| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

EASTERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____     Chapter     **7**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     **4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
| --- | --- | --- | --- |
| 1. | **Debtor's name** | **RDX, INC.** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-5035219** | |
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **2436 S. Sarah Street Fresno, CA 93706** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Fresno** County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

| Debtor | **RDX, INC.** | | Case number (*if known*) | |
| | Name | | | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
| | District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor | _____ | | Relationship | _____ |
| | District | _____ | When | _____ | Case number, if known | _____ |

| Debtor | **RDX, INC.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**     Check all that apply:

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)

  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

  - ☐ It needs to be physically secured or protected from the weather.

  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

  - ☐ Other _____

  **Where is the property?** _____

  Number, Street, City, State & ZIP Code

  **Is the property insured?**

  - ☐ No
  - ☐ Yes.  Insurance agency _____

    Contact name _____

    Phone _____

---

| | **Statistical and administrative information** |
|---|---|

**13. Debtor's estimation of available funds**     .     Check one:

- ☐ Funds will be available for distribution to unsecured creditors.
- ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **RDX, INC.** | Case number (*if known*) | |
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 27, 2017**
               MM / DD / YYYY

**X**   ***/s/ Dave Singh***                        **Dave Singh**
      Signature of authorized representative of debtor         Printed name

Title    **President**

**18. Signature of attorney**

**X**   ***/s/ Arash Arjang***                      Date   **June 27, 2017**
      Signature of attorney for debtor                  MM / DD / YYYY

**Arash Arjang**
Printed name

**Yarra, Kharazi, Clason & Aniotzbehere**
Firm name

**2000 Fresno Street., Suite 300**
**Fresno, CA 93721**
Number, Street, City, State & ZIP Code

Contact phone   **(559)441-1214**       Email address

**276237**
Bar number and State

**Fill in this information to identify the case:**

Debtor name     **RDX, INC.**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an
  amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 27, 2017**          X **/s/ Dave Singh**
                                            Signature of individual signing on behalf of debtor

                                            **Dave Singh**
                                            Printed name

                                            **President**
                                            Position or relationship to debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>RDX, INC.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF CALIFORNIA</td></tr>
<tr><td>Case number <em>(if known)</em></td><td></td></tr>
</table>

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................... $ _____ 0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................................... $ _____ 491,378.35

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................................... $ _____ 491,378.35

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $ _____ 2,491,263.49

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $ _____ 2,103.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$ _____ 1,180,693.64

4. Total liabilities .........................................................................................................................
   Lines 2 + 3a + 3b                                                                                                  $ _____ 3,674,060.13

**Fill in this information to identify the case:**

Debtor name    **RDX, INC.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. Does the debtor have any cash or cash equivalents?

    ☐ No. Go to Part 2.
    ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.     **Cash on hand** | **$10.00** |

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| **4 Checking Accounts with Wells Fargo** | | | |
| **All accounts have a negative balance -** | | | |
| **Last 4 Digits are as follows:** | | | |
| **XXXXXX2791** | | | |
| **XXXXXX2841** | | | |
| **XXXXXX2817** | | | |
| 3.1.    **XXXXXX2833** | **Checking** | | **$0.00** |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**

       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **$10.00** |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. Does the debtor have any deposits or prepayments?

    ■ No. Go to Part 3.
    ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. Does the debtor have any accounts receivable?

    ☐ No. Go to Part 4.
    ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor     **RDX, INC.**                                        Case number *(If known)* _____
Name

11.      **Accounts receivable**

         11a. 90 days old or less:        **1,548.00**     -                **0.00**   = ....              **$1,548.00**
                                    face amount                   doubtful or uncollectible accounts

         11a. 90 days old or less:          **350.00**     -                **0.00**   = ....                **$350.00**
                                    face amount                   doubtful or uncollectible accounts

         11a. 90 days old or less:        **1,223.00**     -                **0.00**   = ....              **$1,223.00**
                                    face amount                   doubtful or uncollectible accounts

12.      **Total of Part 3.**                                                               ┌─────────────────┐
         Current value on lines 11a + 11b = line 12.  Copy the total to line 82.            │       **$3,121.00** │
                                                                                            └─────────────────┘

**Part 4:**   **Investments**

13. **Does the debtor own any investments?**

   ■ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No.  Go to Part 6.
   ☐ Yes Fill in the information below.

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.      **Office furniture**  **Table, Desk, 2 Chairs, Misc Office Furniture** | **$0.00** | | **$500.00** |
| 40.      **Office fixtures** | | | |
| 41.      **Office equipment, including all computer equipment and communication systems equipment and software**  **1 Computer and 1 printer** | **$0.00** | | **$250.00** |

| Debtor | **RDX, INC.** | Case number *(If known)* |
|---|---|---|
| | Name | |

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**                                                                                    | **$750.00** |
Add lines 39 through 42.  Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **Debtor has a total of 63 trucks and 15 chassis of various makes and models, which are secured by an all-inclusive lien from TBK Bank.  Attached to the Petition as Exhibit A is a list of all the trucks, which includes the VIN numbers.** | **Unknown** | **N/A** | **Unknown** |
| 47.2.  **Debtor has a total of 5 trucks of various makes and models, which are secured by an all-inclusive lien from TBK Bank. Attached to the Petition as Exhibit A is a list of all the trucks, which includes the VIN numbers.** | **$0.00** | | **Unknown** |
| 47.3.  **Debtor has a total of 3 trucks of various makes and models, which are secured by an all-inclusive lien from Ascentium Capital.  Attached to the Petition as Exhibit A is a list of all the trucks, which includes the VIN numbers.** | **$0.00** | | **Unknown** |
| 47.4.  **Debtor has a total of 5 trucks of various makes and models, which are secured by an all-inclusive lien from Wells Fargo. Attached to the Petition as Exhibit A is a list of all the trucks, which includes the VIN numbers.** | **$0.00** | | **Unknown** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **RDX, INC.** _____   Case number *(If known)* _____
             Name

47.5.   **Debtor has a total of 2 trucks of various**
        **makes and models, which are secured**
        **by an all-inclusive lien from Exchange**
        **Bank.  Attached to the Petition as**
        **Exhibit A is a list of all the trucks, which**
        **includes the VIN numbers.** _____   _____  **$0.00**   _____   **Unknown**

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
      floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm**
      **machinery and equipment)**

51.   **Total of Part 8.**                                                                    **$0.00**

      Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ■ No
      ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 9: | **Real property** |
|---------|-------------------|

54. **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|----------|-------------------------------------------|

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No.  Go to Part 11.
    ☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|----------|----------------------|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

                                                                         **Current value of**
                                                                         **debtor's interest**

71.   **Notes receivable**
      Description (include name of obligor)

72.   **Tax refunds and unused net operating losses (NOLs)**
      Description (for example, federal, state, local)

73.   **Interests in insurance policies or annuities**

74.   **Causes of action against third parties (whether or not a lawsuit**
      **has been filed)**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **RDX, INC.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**Auto Accident - Claim against Starla Marie Williams**
**Claim opened with Infinity Insurance**
**Infinity has denied liability**
**DOI = 1-23-2017**
**Claim No.: 20002880197**        **Unknown**

| Nature of claim | **Auto Accident** |
|---|---|
| Amount requested | **$0.00** |

**RDX, Inc. v. Baghel Keshgurh**
**16CECG03405**        **Unknown**

| Nature of claim | **Complaint for Damages, Fraud, Breach of Contract** |
|---|---|
| Amount requested | **$0.00** |

**RDX, Inc. v. Tic Tac Towing, Inc., et al.**
**Complaint for Conversion, Conspiracy, and Permanent**
**Injunction**
**Complaint filed in February 2017-CV17-196 - County of**
**Yolo**        **Unknown**

| Nature of claim | **Complaint for Conversion, Conspiracy, and Permanent Injunction** |
|---|---|
| Amount requested | **$0.00** |

**Debtor has a claim against West Coast Growers for**
**approximately $486,897.35, for services provided. West**
**Coast Growers has filed for bankruptcy, Case No.**
**15-11079-A-7, in the Eastern District of California.**        **$486,897.35**

| Nature of claim | **$486,897.35 is owed to RDX by West Coast Growers for transportation services** |
|---|---|
| Amount requested | **$486,897.35** |

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

       **Various tires for trucks**        **$600.00**

78.    **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.        **$487,497.35**

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com       

Debtor    **RDX, INC.**                        Case number *(If known)* _____

        Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $10.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $3,121.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $750.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $487,497.35 | |
| 91. **Total.** Add lines 80 through 90 for each column | $491,378.35 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $491,378.35 |

**Fill in this information to identify the case:**

Debtor name   **RDX, INC.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF CALIFORNIA

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

| 2.1 | **Exchange Bank** | | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**Debtor has a total of 2 trucks of various makes and models, which are secured by an all-inclusive lien from Exchange Bank. Attached to the Petition as Exhibit A is a list of all the trucks, which includes the VIN numbers.**

**545 FOURTH STREET
Santa Rosa, CA 95401**

Creditor's mailing address

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
2016
Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **TBK Bank, SSB** | | **$1,700,000.00** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**Debtor has a total of 63 trucks and 15 chassis of various makes and models, which are secured by an all-inclusive lien from TBK Bank.  Attached to the Petition as Exhibit A is a list of all the trucks, which includes the VIN numbers.**

**12700 Park Central Dr.
Suite 1700
Dallas, TX 75251**

Creditor's mailing address

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No

**Date debt was incurred**

Debtor    **RDX, INC.**                 Case number (if know)      
          Name

**Various Dates**
**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **TBK Bank, SSB** | |
| --- | --- | --- |

Creditor's Name

**Describe debtor's property that is subject to a lien**     **$660,000.00**     **Unknown**

**Debtor has a total of 5 trucks of various makes and models, which are secured by an all-inclusive lien from TBK Bank. Attached to the Petition as Exhibit A is a list of all the trucks, which includes the VIN numbers.**

**12700 Park Central D.**
**Suite 1700**
**Dallas, TX 75251**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2016**
**Last 4 digits of account number**
**6539**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.4 | **Wells Fargo Bank, N.A.** | |
| --- | --- | --- |

Creditor's Name

**Describe debtor's property that is subject to a lien**     **$131,263.49**     **Unknown**

**Debtor has a total of 5 trucks of various makes and models, which are secured by an all-inclusive lien from Wells Fargo. Attached to the Petition as Exhibit A is a list of all the trucks, which includes the VIN numbers.**

**101 N PHILLIPS AVENUE**
**Sioux Falls, SD 57104**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2016**
**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$2,491,263.4**

| Debtor | **RDX, INC.** | Case number (if know) | |
|---|---|---|---|
| | Name | | |

|   | 9 |
|---|---|

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **FRANDZEL ROBINS BLOOM & CSATO, L.C.**<br>**1000 Wilshire Boulevard**<br>**19th Floor**<br>**Attn: Andrew Alper, Esq.**<br>**Los Angeles, CA 90017** | Line **2.2** | |
| **Solomon, Grindle, Lidstad & Wintringer**<br>**11682 El Camino Real, Suite 250**<br>**San Diego, CA 92130** | Line **2.4** | |
| **TBK Bank, SSB**<br>**PO Box 1030**<br>**Bettendorf, IA 52722** | Line **2.3** | |
| **Triumph Bancorp, Inc.**<br>**12700 Park Central Drive**<br>**Suite 1700**<br>**Dallas, TX 75251** | Line **2.2** | |
| **Wells Fargo Equipment Finance, Inc.**<br>**600 SOUTH 4TH ST 10TH FL, MAC N9300-100**<br>**Minneapolis, MN 55415** | Line **2.4** | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **RDX, INC.**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,103.00 | $2,103.00 |
|---|---|---|---|---|

2.1  Priority creditor's name and mailing address
**Franchise Tax Board
Bankruptcy Unit
PO Box 2952
Sacramento, CA 95812**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim  **$2,103.00**          Priority amount  **$2,103.00**

Date or dates debt was incurred
**2012-2014**

Basis for the claim:
**Taxes, Penalty & Interest**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

Amount of claim

3.1  Nonpriority creditor's name and mailing address
**AAA Insurance
PO Box 24523
Oakland, CA 94623-1523**

Date(s) debt was incurred  **Jan 2017**

Last 4 digits of account number  **6785**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Claim**

Is the claim subject to offset?  ■ No  ☐ Yes

Amount of claim  **$4,417.82**

3.2  Nonpriority creditor's name and mailing address
**Align Claims
350 10th Ave
San Diego, CA 92101**

Date(s) debt was incurred  **March 2017**

Last 4 digits of account number  **2603**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Claim**

Is the claim subject to offset?  ■ No  ☐ Yes

Amount of claim  **$1,482.95**

Debtor   **RDX, INC.**                Case number *(if known)* _____

*Name*

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Alliance United Insurance Company**
5300 Adolfo Rd
Camarillo, CA 93012

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **March 2017**

Last 4 digits of account number   **CA17**

Basis for the claim:   **Accident Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,974.88** |
|---|---|---|---|

**American Express**
PO Box 0001
Los Angeles, CA 90096-8000

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   _

Last 4 digits of account number   **1002**

Basis for the claim:   **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00** |
|---|---|---|---|

**Ampco Trucking Lot**
1195 Middle Harbor Rd
Oakland, CA 94607

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **2016-2017**

Last 4 digits of account number   _

Basis for the claim:   **Parking Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,907.38** |
|---|---|---|---|

**Baghel Keshgurh**
3165 W. Shields, Apt 229
Fresno, CA 93722

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred   **2016**

Last 4 digits of account number   **7726**

Basis for the claim:   **Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,105.00** |
|---|---|---|---|

**Baghel Keshgurh**
3165 W. Shields, Apt 229
Fresno, CA 93722

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred   **2016**

Last 4 digits of account number   **1001**

Basis for the claim:   **WC Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**BNSF Railway**
740 East Carnegie Dr.
San Bernardino, CA 92408

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **March 2016**

Last 4 digits of account number   **2816**

Basis for the claim:   **Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |
|---|---|---|---|

**California Diesel Repair**
2840 E Church Ave
Fresno, CA 93706

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **2016-2017**

Last 4 digits of account number   _

Basis for the claim:   **Repair Bills**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **RDX, INC.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

California Highway Patrol
601 North 7th Street
Sacramento, CA 95811

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,849.04**

CalTrans
1635 W Pine Ave
Fresno, CA 93728

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  **9876**

**Basis for the claim:**  **Invoice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,129.22**

Capital Collections, LLC
1221 Van Ness Ave
Fresno, CA 93721

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  **2016**

**Last 4 digits of account number**  **0250**

**Basis for the claim:**  **Judgment**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00**

City of Carson
PO Box 4164
Tustin, CA 92781-4164

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  **3-24-2017**

**Last 4 digits of account number**  **5939**

**Basis for the claim:**  **Parking Ticket**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00**

City of Carson
PO Box 4164
Tustin, CA 92781-4164

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  **02-16-2017**

**Last 4 digits of account number**  **5288**

**Basis for the claim:**  **Parking Ticket**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$71.00**

City of Fresno Processing Center
PO Box 1090
San Jose, CA 95108-1090

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  **02-27-2017**

**Last 4 digits of account number**  **2912**

**Basis for the claim:**  **Parking Ticket**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$194.00**

City of Fresno Processing Center
PO Box 1090
San Jose, CA 95108-1090

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  **02-01-2017**

**Last 4 digits of account number**  **2687**

**Basis for the claim:**  **Parking Ticket**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **RDX, INC.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$204.00** |
|---|---|---|---|

**City of Fresno Processing Center**
**PO Box 1090**
**San Jose, CA 95108-1090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **02-01-2017**

**Basis for the claim:** **Parking Ticket**

Last 4 digits of account number **2689**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$81.00** |
|---|---|---|---|

**City of Fresno Processing Center**
**PO Box 1090**
**San Jose, CA 95108-1090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **02-01-2017**

**Basis for the claim:** **Parking Ticket**

Last 4 digits of account number **2690**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$108.00** |
|---|---|---|---|

**City of Fresno Processing Center**
**PO Box 1090**
**San Jose, CA 95108-1090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **04-03-2017**

**Basis for the claim:** **Parking Ticket**

Last 4 digits of account number **2866**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$66.00** |
|---|---|---|---|

**City of Fresno Processing Center**
**PO Box 1090**
**San Jose, CA 95108-1090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **02-21-2017**

**Basis for the claim:** **Parking Ticket**

Last 4 digits of account number **2912**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$184.00** |
|---|---|---|---|

**City of Fresno Processing Center**
**PO Box 1090**
**San Jose, CA 95108-1090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **02-04-2017**

**Basis for the claim:** **Parking Ticket**

Last 4 digits of account number **2739**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$108.00** |
|---|---|---|---|

**City of Fresno Processing Center**
**PO Box 1090**
**San Jose, CA 95108-1090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **02-27-2017**

**Basis for the claim:** **Parking Ticket**

Last 4 digits of account number **0664**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$113.00** |
|---|---|---|---|

**City of Fresno Processing Center**
**PO Box 1090**
**San Jose, CA 95108-1090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **08-07-2016**

**Basis for the claim:** **Parking Ticket**

Last 4 digits of account number **0720**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **RDX, INC.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.24**

Nonpriority creditor's name and mailing address
**City of Fresno Processing Center**
**PO Box 1090**
**San Jose, CA 95108-1090**

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **0138**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Parking Ticket**

Is the claim subject to offset? ■ No ☐ Yes

**$113.00**

---

**3.25**

Nonpriority creditor's name and mailing address
**City of Fresno Processing Center**
**PO Box 1090**
**San Jose, CA 95108-1090**

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **1653**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Parking Ticket**

Is the claim subject to offset? ■ No ☐ Yes

**$108.00**

---

**3.26**

Nonpriority creditor's name and mailing address
**City of Fresno Processing Center**
**PO Box 1090**
**San Jose, CA 95108-1090**

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **4398**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Parking Ticket**

Is the claim subject to offset? ■ No ☐ Yes

**$113.00**

---

**3.27**

Nonpriority creditor's name and mailing address
**City of Fresno Processing Center**
**P.O. Box 1090**
**San Jose, CA 95108**

Date(s) debt was incurred  **March 2014**

Last 4 digits of account number  **2738**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Parking Ticket**

Is the claim subject to offset? ■ No ☐ Yes

**$108.00**

---

**3.28**

Nonpriority creditor's name and mailing address
**City of Fresno Processing Center**
**P.O. Box 1090**
**San Jose, CA 95108**

Date(s) debt was incurred  **March 2017**

Last 4 digits of account number  **2739**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Parking Ticket**

Is the claim subject to offset? ■ No ☐ Yes

**$76.00**

---

**3.29**

Nonpriority creditor's name and mailing address
**City of Fresno Processing Center**
**P.O. Box 1090**
**San Jose, CA 95108**

Date(s) debt was incurred  **April 2017**

Last 4 digits of account number  **2866**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Parking Ticket**

Is the claim subject to offset? ■ No ☐ Yes

**$108.00**

---

**3.30**

Nonpriority creditor's name and mailing address
**City of Los Angeles**
**PO Box 512599**
**Los Angeles, CA 90051-1599**

Date(s) debt was incurred  **2016-2017**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Various Parking Violation Tickets in Unknown Amounts**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **RDX, INC.** | Case number (if known) | |
|--------|---------------|------------------------|--|
| | Name | | |

---

**3.31** | Nonpriority creditor's name and mailing address
**City of Oakland**
**Parking Citation Assistance Center**
**PO Box 54916**
**Los Angeles, CA 90054-0916**

Date(s) debt was incurred  **12-21-2016**
Last 4 digits of account number  **1431**

As of the petition filing date, the claim is: *Check all that apply.*                    **$153.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Parking Ticket**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address
**City of Oakland**
**Parking Citation Assistance Center**
**PO Box 54916**
**Los Angeles, CA 90054-0916**

Date(s) debt was incurred  **12-21-2016**
Last 4 digits of account number  **0716**

As of the petition filing date, the claim is: *Check all that apply.*                    **$254.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Parking Ticket**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address
**City of Oakland**
**Parking Citation Assistance Center**
**PO Box 54916**
**Los Angeles, CA 90054-0916**

Date(s) debt was incurred  **12-22-2016**
Last 4 digits of account number  **0683**

As of the petition filing date, the claim is: *Check all that apply.*                    **$254.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Parking Ticket**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address
**City of Oakland**
**Parking Citation Assistance Center**
**PO Box 54916**
**Los Angeles, CA 90054-0916**

Date(s) debt was incurred  **12-22-2016**
Last 4 digits of account number  **0617**

As of the petition filing date, the claim is: *Check all that apply.*                    **$153.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Parking Ticket**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address
**City of Oakland**
**Parking Citation Assistance Center**
**PO Box 54916**
**Los Angeles, CA 90054-0916**

Date(s) debt was incurred  **12-16-2016**
Last 4 digits of account number  **1398**

As of the petition filing date, the claim is: *Check all that apply.*                    **$153.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Parking Ticket**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address
**City of Oakland**
**Parking Citation Assistance Center**
**PO Box 54916**
**Los Angeles, CA 90054-0916**

Date(s) debt was incurred  **October 2016**
Last 4 digits of account number  **5850**

As of the petition filing date, the claim is: *Check all that apply.*                    **$83.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Parking Ticket**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address
**City of Oakland**
**Parking Citation Assistance Center**
**250 Frank H. Ogawa Plaza**
**Suite 6300**
**Oakland, CA 94612**

Date(s) debt was incurred  **2016-2017**
Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Various unknown parking citations - Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **RDX, INC.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$93.00** |
|---|---|---|---|

**City of Oakland**
**P.O. Box 54916**
**Los Angeles, CA 90054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **March 1, 2017**

**Basis for the claim:**  **Parking Ticket**

Last 4 digits of account number  **9374**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$55.00** |
|---|---|---|---|

**City of San Dimas - Parking**
**c/o Parking Citation Service Center**
**PO Box 11923**
**Santa Ana, CA 92711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **July 2016**

**Basis for the claim:**  **Parking Ticket**

Last 4 digits of account number  **1494**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$601.00** |
|---|---|---|---|

**County of Alameda Superior Court**
**661 Washington Street**
**Oakland, CA 94607-3922**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **January 2017**

**Basis for the claim:**  **Traffic Violation**

Last 4 digits of account number  **5128**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$689.00** |
|---|---|---|---|

**County of Alameda Superior Court**
**661 Washington Street**
**Oakland, CA 94607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **January 2017**

**Basis for the claim:**  **Traffic Violation**

Last 4 digits of account number  **3635**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$405.00** |
|---|---|---|---|

**County of Alameda Superior Court**
**661 Washington Street**
**Oakland, CA 94607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **August 2016**

**Basis for the claim:**  **Traffic Violation**

Last 4 digits of account number  **4970**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$900.00** |
|---|---|---|---|

**County of Alameda Superior Court**
**Wiley W. Manuel Courthouse**
**661 Washington St**
**Oakland, CA 94607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **April 2017**

**Basis for the claim:**  **Traffic Violation**

Last 4 digits of account number  **7223**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$197.00** |
|---|---|---|---|

**County of Alameda Superior Court**
**Gale/Schenone Hall of Justice**
**5672 Stoneridge Drive**
**Pleasanton, CA 94588**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **February 2017**

**Basis for the claim:**  **Traffic Violation**

Last 4 digits of account number  **5280**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **RDX, INC.**
_____
         Name                                      Case number (if known) _____

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,547.00** |
|---|---|---|---|

**County of Alameda Superior Court**
**Wiley W. Manuel Courthouse**
**661 Washington St**
**Oakland, CA 94607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **November 2016**

**Basis for the claim:  Traffic Violation**

Last 4 digits of account number  **5402**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**County of Alameda Superior Court**
**Gale/Schenone Hall of Justice**
**5672 Stoneridge Drive**
**Pleasanton, CA 94588**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  Various unknown parking citations - Notice Only**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$648.00** |
|---|---|---|---|

**County of Alameda Superior Court**
**Fremont Hall of Justice**
**39439 Paseo Padre Parkway**
**Fremont, CA 94538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **December 2016**

**Basis for the claim:  Traffic Violation**

Last 4 digits of account number  **2631**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$648.00** |
|---|---|---|---|

**County of Alameda Superior Court**
**661 Washington Street**
**Oakland, CA 94607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **December 2016**

**Basis for the claim:  Traffic Violation**

Last 4 digits of account number  **2631**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$285.00** |
|---|---|---|---|

**County of Alameda Superior Court**
**Gale-Schenone Hall of Justice**
**5672 Stoneridge Dr**
**Pleasanton, CA 94588**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **May 2016**

**Basis for the claim:  Traffic Violation**

Last 4 digits of account number  **7137**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$190.00** |
|---|---|---|---|

**County of Fresno Superior Court**
**2317 Tuolumne Street**
**Fresno, CA 93724**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **November 2015**

**Basis for the claim:  Traffic Citation**

Last 4 digits of account number  **20SC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$380.00** |
|---|---|---|---|

**County of Fresno Superior Court**
**2317 Tuolumne Street**
**Fresno, CA 93721**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **November 2015**

**Basis for the claim:  Traffic Violation**

Last 4 digits of account number  **0256**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **RDX, INC.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$190.00** |
|---|---|---|---|

**County of Fresno Superior Court**
**2317 Tuolumne Street**
**Fresno, CA 93721**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **August 2015**

**Basis for the claim:  Traffic Violation**

Last 4 digits of account number **4671**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$190.00** |
|---|---|---|---|

**County of Fresno Superior Court**
**2317 Tuolumne Street**
**Fresno, CA 93721**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **January 2017**

**Basis for the claim:  Traffic Violation**

Last 4 digits of account number **5515**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$190.00** |
|---|---|---|---|

**County of Fresno Superior Court**
**2317 Tuolumne Street**
**Fresno, CA 93721**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **February 2017**

**Basis for the claim:  Traffic Violation**

Last 4 digits of account number **9266**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$274.00** |
|---|---|---|---|

**County of Fresno Superior Court**
**2317 Tuolumne Street**
**Fresno, CA 93721**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **June 2017**

**Basis for the claim:  Traffic Violation**

Last 4 digits of account number **8751**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$609.00** |
|---|---|---|---|

**County of Fresno Superior Court**
**2317 Tuolumne Street**
**Fresno, CA 93721**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **June 2016**

**Basis for the claim:  Traffic Violation**

Last 4 digits of account number **6916**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$380.00** |
|---|---|---|---|

**County of Fresno Superior Court**
**2317 Tuolumne Street**
**Fresno, CA 93721**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **March 2017**

**Basis for the claim:  Traffic Violation**

Last 4 digits of account number **1507**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$190.00** |
|---|---|---|---|

**County of Fresno Superior Court**
**2317 Tuolumne Street**
**Fresno, CA 93721**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **November 2016**

**Basis for the claim:  Traffic Violation**

Last 4 digits of account number **9106**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **RDX, INC.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.59** | Nonpriority creditor's name and mailing address
**County of Fresno Superior Court**
**2317 Tuolumne Street**
**Fresno, CA 93721**

Date(s) debt was incurred __January 2017__

Last 4 digits of account number __5515__

As of the petition filing date, the claim is: *Check all that apply.*      **$190.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Traffic Violation__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address
**County of Fresno Superior Court**
**2317 Tuolumne Street**
**Fresno, CA 93721**

Date(s) debt was incurred __May 2017__

Last 4 digits of account number __8008__

As of the petition filing date, the claim is: *Check all that apply.*      **$844.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Traffic Violation__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61** | Nonpriority creditor's name and mailing address
**County of Fresno Superior Court**
**2317 Tuolumne Street**
**Fresno, CA 93721**

Date(s) debt was incurred __February 2017__

Last 4 digits of account number __9266__

As of the petition filing date, the claim is: *Check all that apply.*      **$190.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Traffic Violation__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address
**County of Fresno Superior Court**
**2317 Tuolumne Street**
**Fresno, CA 93721**

Date(s) debt was incurred __October 2016__

Last 4 digits of account number __6785__

As of the petition filing date, the claim is: *Check all that apply.*      **$274.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Traffic Violation__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address
**County of Fresno Superior Court**
**2317 Tuolumne Street**
**Fresno, CA 93721**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*      **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Various unknown parking citations - Notice Only__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address
**County of Kern Superior Court**
**Lamont Branch**
**12022 Main Street**
**Lamont, CA 93241**

Date(s) debt was incurred __May 2016__

Last 4 digits of account number __3563__

As of the petition filing date, the claim is: *Check all that apply.*      **$284.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Traffic Violation__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address
**County of Kern Superior Court**
**Lamont Branch**
**12022 Main Street**
**Lamont, CA 93241**

Date(s) debt was incurred __May 2016__

Last 4 digits of account number __3566__

As of the petition filing date, the claim is: *Check all that apply.*      **$284.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Traffic Violation__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **RDX, INC.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$284.00** |
|---|---|---|---|

**County of Kern Superior Court**
**Lamont Branch**
**12022 Main Street**
Lamont, CA 93241

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **May 2016**

Basis for the claim: **Traffic Violation**

Last 4 digits of account number **3564**

Is the claim subject to offset? ■ No ☐ Yes

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$284.00** |
|---|---|---|---|

**County of Kern Superior Court**
**Lamont Branch**
**12022 Main Street**
Lamont, CA 93241

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **May 2016**

Basis for the claim: **Traffic Violation**

Last 4 digits of account number **3537**

Is the claim subject to offset? ■ No ☐ Yes

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$284.00** |
|---|---|---|---|

**County of Kern Superior Court**
**Lamont Branch**
**12022 Main Street**
Lamont, CA 93241

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **May 2016**

Basis for the claim: **Traffic Violation**

Last 4 digits of account number **3565**

Is the claim subject to offset? ■ No ☐ Yes

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$644.00** |
|---|---|---|---|

**County of Kern Superior Court**
**Lamont Branch**
**12022 Main Street**
Lamont, CA 93241

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **July 2016**

Basis for the claim: **Traffic Violation**

Last 4 digits of account number **742A**

Is the claim subject to offset? ■ No ☐ Yes

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$284.00** |
|---|---|---|---|

**County of Kern Superior Court**
**Lamont Branch**
**12022 Main Street**
Lamont, CA 93241

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **May 2016**

Basis for the claim: **Traffic Violation**

Last 4 digits of account number **3532**

Is the claim subject to offset? ■ No ☐ Yes

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$664.00** |
|---|---|---|---|

**County of Kern Superior Court**
**Lamont Branch**
**12022 Main Street**
Lamont, CA 93241

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **June 2016**

Basis for the claim: **Traffic Violation**

Last 4 digits of account number **8639**

Is the claim subject to offset? ■ No ☐ Yes

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$664.00** |
|---|---|---|---|

**County of Kern Superior Court**
**Lamont Branch**
**12022 Main Street**
Lamont, CA 93241

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **June 2016**

Basis for the claim: **Traffic Violation**

Last 4 digits of account number **567A**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **RDX, INC.** | | Case number *(if known)* | |
| | Name | | | |

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$664.00** |
|---|---|---|---|

**County of Kern Superior Court**
**12022 Main Street**
**Lamont, CA 93241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **July 2016**

Last 4 digits of account number  **790A**

Basis for the claim:  **Traffic Violation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$664.00** |
|---|---|---|---|

**County of Kern Superior Court**
**Lamont Branch**
**12022 Main Street**
**Lamont, CA 93241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **July 2016**

Last 4 digits of account number  **791A**

Basis for the claim:  **Traffic Violation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$664.00** |
|---|---|---|---|

**County of Kern Superior Court**
**Lamont Branch**
**12022 Main Street**
**Lamont, CA 93241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **June 2016**

Last 4 digits of account number  **643A**

Basis for the claim:  **Traffic Violation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$284.00** |
|---|---|---|---|

**County of Kern Superior Court**
**Lamont Branch**
**12022 Main Street**
**Lamont, CA 93241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **July 2016**

Last 4 digits of account number  **3852**

Basis for the claim:  **Traffic Violation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$284.00** |
|---|---|---|---|

**County of Kern Superior Court**
**Lamont Branch**
**12022 Main St**
**Lamont, CA 93241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **July 2016**

Last 4 digits of account number  **3675**

Basis for the claim:  **Traffic Violation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$284.00** |
|---|---|---|---|

**County of Kern Superior Court**
**Arvin-Lamont Branch**
**12022 Main Street**
**Lamont, CA 93241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **May 2017**

Last 4 digits of account number  **4475**

Basis for the claim:  **Traffic Violation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**County of Kern Superior Court**
**12022 Main Street**
**Lamont, CA 93241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Various unknown parking citations - Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **RDX, INC.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$198.00** |
|---|---|---|---|

**County of Kings Superior Court**
**1640 Kings County Drive**
**Hanford, CA 93230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **January 2017**

Basis for the claim: **Traffic Violation**

Last 4 digits of account number **3178**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$854.00** |
|---|---|---|---|

**County of Kings Superior Court**
**1640 Kings County Drive**
**Hanford, CA 93230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **November 2016**

Basis for the claim: **Traffic Violation**

Last 4 digits of account number **2340**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**County of Kings Superior Court**
**1640 Kings County Drive**
**Hanford, CA 93230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Various unknown parking citations - Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$170.00** |
|---|---|---|---|

**County of Los Angeles**
**Parking Enforcement**
**PO Box 30629**
**Los Angeles, CA 90030-0629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **08-30-16**

Basis for the claim: **Parking Ticket**

Last 4 digits of account number **6893**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$197.00** |
|---|---|---|---|

**County of Los Angeles**
**Long Beach Courthouse**
**P.O. Box 60516**
**Los Angeles, CA 90060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **November 2015**

Basis for the claim: **Traffic Violation**

Last 4 digits of account number **6585**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00** |
|---|---|---|---|

**County of Los Angeles**
**Long Beach Courthouse**
**P.O. Box 60516**
**Los Angeles, CA 90060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **May 2016**

Basis for the claim: **Traffic Violation**

Last 4 digits of account number **4929**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$505.00** |
|---|---|---|---|

**County of Los Angeles**
**Van Nuys Branch**
**P.O. Box 60570**
**Los Angeles, CA 90060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **November 2015**

Basis for the claim: **Traffic Violation**

Last 4 digits of account number **25TM**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor   **RDX, INC.**
    Name                                          Case number *(if known)*

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$197.00** |
|---|---|---|---|

**County of Los Angeles**
**Santa Clarita Courthouse**
**P.O. Box 60570**
**Los Angeles, CA 90060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **May 2015**

**Basis for the claim:** <u>Traffic Violation</u>

Last 4 digits of account number  **47TS**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$222.00** |
|---|---|---|---|

**County of Los Angeles**
**Long Beach Branch**
**P.O. Box 60570**
**Los Angeles, CA 90060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **July 2016**

**Basis for the claim:** <u>Traffic Violation</u>

Last 4 digits of account number  **3932**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**County of Los Angeles**
**Van Nuys Branch**
**6230 Sylmar Ave**
**Van Nuys, CA 91401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **May 2015**

**Basis for the claim:** <u>NOTICE ONLY</u>

Last 4 digits of account number  **25TM**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$310.00** |
|---|---|---|---|

**County of Los Angeles Superior Court**
**Long Beach Branch**
**P.O. Box 60570**
**Los Angeles, CA 90060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **November 2016**

**Basis for the claim:** <u>Traffic Violation</u>

Last 4 digits of account number  **8328**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$340.00** |
|---|---|---|---|

**County of Los Angeles Superior Court**
**275 Magnolia Avenue**
**Long Beach, CA 90802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **November 2016**

**Basis for the claim:** <u>Traffic Violation</u>

Last 4 digits of account number  **9379**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$222.00** |
|---|---|---|---|

**County of Los Angeles Superior Court**
**Long Beach Courthouse**
**P.O. Box 60516**
**Los Angeles, CA 90060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **October 2016**

**Basis for the claim:** <u>Traffic Violation</u>

Last 4 digits of account number  **8767**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**County of Los Angeles Superior Court**
**Long Beach Courthouse**
**P.O. Box 60516**
**Los Angeles, CA 90060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **March 2017**

**Basis for the claim:** <u>Notice Only</u>

Last 4 digits of account number  **2484**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **RDX, INC.**
_____
　　　　　　Name

Case number (if known) _____

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**County of Los Angeles Superior Court**
Santa Clarita Courthouse
23747 Valencia Blvd
Valencia, CA 91355-5000

Date(s) debt was incurred  **May 2015**

Last 4 digits of account number  **47TS**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$872.00** |

**County of Madera Superior Court**
200 S "G" Street
Madera, CA 93637

Date(s) debt was incurred  **June 2017**

Last 4 digits of account number  **8561**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Traffic Violation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$284.00** |

**County of Madera Superior Court**
200 S "G" Street
Madera, CA 93637

Date(s) debt was incurred  **June 2017**

Last 4 digits of account number  **8559**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Traffic Violation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**County of Madera Superior Court**
200 S "G" Street
Madera, CA 93637

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Various unknown parking citations - Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$284.00** |

**County of Merced Sueprior Court**
1159 G Street
Los Banos, CA 93635

Date(s) debt was incurred  **May 2017**

Last 4 digits of account number  **7008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Traffic Violation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$284.00** |

**County of Merced Superior Court**
1159 G Street
Los Banos, CA 93635

Date(s) debt was incurred  **May 2017**

Last 4 digits of account number  **7374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Traffic Violation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$398.00** |

**County of Merced Superior Court**
1159 G Street
Los Banos, CA 93635

Date(s) debt was incurred  **May 2017**

Last 4 digits of account number  **4222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Traffic Violation**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **RDX, INC.** | Case number *(if known)* | |
|--------|---------------|--------------------------|---|
| | Name | | |

---

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$398.00** |
|---|---|---|---|

**County of Merced Superior Court**
**1159 G Street**
**Los Banos, CA 93635**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  May 2017**

**Basis for the claim:  Traffic Violation**

**Last 4 digits of account number  4239**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$243.00** |
|---|---|---|---|

**County of Merced Superior Court**
**1159 G Street**
**Los Banos, CA 93635**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  May 2017**

**Basis for the claim:  Traffic Violation**

**Last 4 digits of account number  4243**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$392.00** |
|---|---|---|---|

**County of Merced Superior Court**
**445 I Street**
**Los Banos, CA 93635**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  September 2016**

**Basis for the claim:  Traffic Violation**

**Last 4 digits of account number  4196**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$872.00** |
|---|---|---|---|

**County of Merced Superior Court**
**445 I Street**
**Los Banos, CA 93635**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  July 2016**

**Basis for the claim:  Traffic Violation**

**Last 4 digits of account number  2956**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$442.00** |
|---|---|---|---|

**County of Merced Superior Court**
**720 West 20th Street**
**Merced, CA 95340**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  December 2015**

**Basis for the claim:  Traffic Violation**

**Last 4 digits of account number  3016**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,754.00** |
|---|---|---|---|

**County of Merced Superior Court**
**720 West 29th Street**
**Merced, CA 95340**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  September 2015**

**Basis for the claim:  Traffic Violation**

**Last 4 digits of account number  1858**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$433.00** |
|---|---|---|---|

**County of Merced Superior Court**
**1159 G Street**
**Los Banos, CA 93635**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  March 2017**

**Basis for the claim:  Traffic Violation**

**Last 4 digits of account number  2830**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **RDX, INC.** | | Case number *(if known)* | |
|--------|---------------|---|--------------------------|---|
| | Name | | | |

---

**3.108** | Nonpriority creditor's name and mailing address
**County of Merced Superior Court**
**445 I Street**
**Los Banos, CA 93635**

Date(s) debt was incurred  **September 2016**

Last 4 digits of account number  **4196**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Traffic Violation**

Is the claim subject to offset? ■ No ☐ Yes

**$392.00**

---

**3.109** | Nonpriority creditor's name and mailing address
**County of Merced Superior Court**
**1159 G Street**
**Los Banos, CA 93635**

Date(s) debt was incurred  **May 2017**

Last 4 digits of account number  **6510**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Traffic Violation**

Is the claim subject to offset? ■ No ☐ Yes

**$1,086.00**

---

**3.110** | Nonpriority creditor's name and mailing address
**County of Merced Superior Court**
**1159 G Street**
**Los Banos, CA 93635**

Date(s) debt was incurred  **May 2017**

Last 4 digits of account number  **4790**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Traffic Violation**

Is the claim subject to offset? ■ No ☐ Yes

**$692.00**

---

**3.111** | Nonpriority creditor's name and mailing address
**County of Merced Superior Court**
**1159 G Street**
**Los Banos, CA 93635**

Date(s) debt was incurred  **May 2017**

Last 4 digits of account number  **7616**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Traffic Violation**

Is the claim subject to offset? ■ No ☐ Yes

**$284.00**

---

**3.112** | Nonpriority creditor's name and mailing address
**County of Merced Superior Court**
**1159 G Street**
**Los Banos, CA 93635**

Date(s) debt was incurred  **May 2017**

Last 4 digits of account number  **7790**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Traffic Violation**

Is the claim subject to offset? ■ No ☐ Yes

**$486.00**

---

**3.113** | Nonpriority creditor's name and mailing address
**County of Merced Superior Court**
**445 I Street**
**Los Banos, CA 93635**

Date(s) debt was incurred  **April 2016**

Last 4 digits of account number  **5915**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Traffic Violation**

Is the claim subject to offset? ■ No ☐ Yes

**$439.00**

---

**3.114** | Nonpriority creditor's name and mailing address
**County of Merced Superior Court**
**445 I Street**
**Los Banos, CA 93635**

Date(s) debt was incurred  **April 2016**

Last 4 digits of account number  **5956**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Traffic Violation**

Is the claim subject to offset? ■ No ☐ Yes

**$594.00**

---

Debtor   **RDX, INC.**                    Case number *(if known)*

Name

| | |
|---|---|
| 3.115   **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **$594.00** |

**3.115**   **Nonpriority creditor's name and mailing address**
**County of Merced Superior Court**
**1159 G Street**
**Los Banos, CA 93635**

Date(s) debt was incurred   **April 2017**

Last 4 digits of account number   **0754**

As of the petition filing date, the claim is: *Check all that apply.*         **$594.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Traffic Violation**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.116**   **Nonpriority creditor's name and mailing address**
**County of Merced Superior Court**
**1159 G Street**
**Los Banos, CA 93635**

Date(s) debt was incurred   **May 2017**

Last 4 digits of account number   **4093**

As of the petition filing date, the claim is: *Check all that apply.*         **$202.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Traffic Violation**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.117**   **Nonpriority creditor's name and mailing address**
**County of Merced Superior Court**
**1159 G Street**
**Los Banos, CA 93635**

Date(s) debt was incurred   **April 2017**

Last 4 digits of account number   **0756**

As of the petition filing date, the claim is: *Check all that apply.*         **$357.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Traffic Violation**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.118**   **Nonpriority creditor's name and mailing address**
**County of Merced Superior Court**
**1159 G Street**
**Los Banos, CA 93635**

Date(s) debt was incurred   **December 2016**

Last 4 digits of account number   **4105**

As of the petition filing date, the claim is: *Check all that apply.*         **$196.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Traffic Violation**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.119**   **Nonpriority creditor's name and mailing address**
**County of Merced Superior Court**
**1159 G Street**
**Los Banos, CA 93635**

Date(s) debt was incurred   **November 2016**

Last 4 digits of account number   **4220**

As of the petition filing date, the claim is: *Check all that apply.*         **$442.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Traffic Violation**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.120**   **Nonpriority creditor's name and mailing address**
**County of Merced Superior Court**
**1159 G Street**
**Los Banos, CA 93635**

Date(s) debt was incurred   **April 2017**

Last 4 digits of account number   **9448**

As of the petition filing date, the claim is: *Check all that apply.*         **$480.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Traffic Violation**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121**   **Nonpriority creditor's name and mailing address**
**County of Merced Superior Court**
**1159 G Street**
**Los Banos, CA 93635**

Date(s) debt was incurred   **April 2017**

Last 4 digits of account number   **9446**

As of the petition filing date, the claim is: *Check all that apply.*         **$919.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Traffic Violation**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **RDX, INC.**
_____          Case number (if known) _____
          Name

| | |
|---|---|
| 3.122 | **Nonpriority creditor's name and mailing address** |

**County of Merced Superior Court**
**1159 G Street**
**Los Banos, CA 93635**

Date(s) debt was incurred  **May 2017**

Last 4 digits of account number  **1984**

As of the petition filing date, the claim is: *Check all that apply.*          **$739.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Traffic Violation**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.123 | **Nonpriority creditor's name and mailing address** |

**County of Merced Superior Court**
**1159 G Street**
**Los Banos, CA 93635**

Date(s) debt was incurred  **May 2017**

Last 4 digits of account number  **0249**

As of the petition filing date, the claim is: *Check all that apply.*          **$284.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Traffic Violation**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.124 | **Nonpriority creditor's name and mailing address** |

**County of Merced Superior Court**
**720 West 29th Street**
**Merced, CA 95340**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Various unknown parking citations - Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.125 | **Nonpriority creditor's name and mailing address** |

**County of Merced Superior Court**
**1159 G Street**
**Los Banos, CA 93635**

Date(s) debt was incurred  **May 2017**

Last 4 digits of account number  **7376**

As of the petition filing date, the claim is: *Check all that apply.*          **$284.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Traffic Violation**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.126 | **Nonpriority creditor's name and mailing address** |

**County of Riverside**
**Banning Justice Center**
**311 E. Ramsey Street**
**Banning, CA 92220**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Various unknown parking citations - Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.127 | **Nonpriority creditor's name and mailing address** |

**County of San Joaquin Superior Court**
**Stockton Branch**
**222 E. Weber Avenue**
**Stockton, CA 95201**

Date(s) debt was incurred  **May 2016**

Last 4 digits of account number  **2338**

As of the petition filing date, the claim is: *Check all that apply.*          **$274.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Traffic Violation**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.128 | **Nonpriority creditor's name and mailing address** |

**County of Stanislaus Superior Court**
**2260 Floyd Avenue**
**Modesto, CA 95355**

Date(s) debt was incurred  **April 2017**

Last 4 digits of account number  **1554**

As of the petition filing date, the claim is: *Check all that apply.*          **$284.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Traffic Violation**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **RDX, INC.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.129** | Nonpriority creditor's name and mailing address

**County of Stanislaus Superior Court**
**Traffic Division**
**2260 Floyd Avenue**
**Modesto, CA 95355**

Date(s) debt was incurred  **December 2016**

Last 4 digits of account number  **5181**

As of the petition filing date, the claim is: *Check all that apply.*     **$284.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Traffic Violation**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.130** | Nonpriority creditor's name and mailing address

**County of Stanislaus Superior Court**
**Traffic Division**
**2260 Floyd Avenue**
**Modesto, CA 95355**

Date(s) debt was incurred  **May 2017**

Last 4 digits of account number  **6078**

As of the petition filing date, the claim is: *Check all that apply.*     **$196.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Traffic Violation**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.131** | Nonpriority creditor's name and mailing address

**County of Stanislaus Superior Court**
**Traffic Division**
**2260 Floyd Avenue**
**Modesto, CA 95355**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Various unknown parking citations - Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.132** | Nonpriority creditor's name and mailing address

**County of Tulare Superior Court**
**Traffic Division**
**221 S Mooney Blvd**
**Visalia, CA 93291**

Date(s) debt was incurred  **December 2016**

Last 4 digits of account number  **6151**

As of the petition filing date, the claim is: *Check all that apply.*     **$284.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Traffic Violation**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.133** | Nonpriority creditor's name and mailing address

**County of Tulare Superior Court**
**Traffic Division**
**221 S. Mooney Blvd**
**Visalia, CA 93291**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Various unknown parking citations - Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.134** | Nonpriority creditor's name and mailing address

**Department of Industrial Relations**
**Office of the Director**
**1515 Clay St. Suite 701**
**Oakland, CA 94612**

Date(s) debt was incurred  **2017**

Last 4 digits of account number  **7726**

As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.135** | Nonpriority creditor's name and mailing address

**Department of Motor Vehicles - Fresno**
**655 W Olive Ave**
**Fresno, CA 93728**

Date(s) debt was incurred  **2015-2017**

Last 4 digits of account number  **7489**

As of the petition filing date, the claim is: *Check all that apply.*     **$306,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **DMV Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor     **RDX, INC.**                                    Case number (if known) _____
           Name

| | |
|---|---|
| 3.136 | **Nonpriority creditor's name and mailing address** |

| 3.136 | **Nonpriority creditor's name and mailing address**<br>**Direct Chassis Link, Inc.**<br>**3525 Whitehall Park Dr. Suite 400**<br>**Charlotte, NC 28273**<br><br>Date(s) debt was incurred  **2016-2017**<br>Last 4 digits of account number  **1589** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:**  **Claim**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$212,148.00** |
|---|---|---|
| 3.137 | **Nonpriority creditor's name and mailing address**<br>**EFS LLC**<br>**1104 Country Hills Dr., Suite 600**<br>**Ogden, UT 84403**<br><br>Date(s) debt was incurred  **2016-2017**<br>Last 4 digits of account number  **0108** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Claims**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$12,622.99** |
| 3.138 | **Nonpriority creditor's name and mailing address**<br>**Evergreen Shipping Agency**<br>**6021 Katella Ave.**<br>**Suite 200**<br>**Cypress, CA 90630**<br><br>Date(s) debt was incurred  **2017**<br>Last 4 digits of account number  **4125** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Claims - Invoices**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$5,130.00** |
| 3.139 | **Nonpriority creditor's name and mailing address**<br>**Exchange Bank Leasing**<br>**444 Aviation Blvd.**<br>**Santa Rosa, CA 95403**<br><br>Date(s) debt was incurred  **2016-2017**<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Claim**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$81,273.39** |
| 3.140 | **Nonpriority creditor's name and mailing address**<br>**Fastrak - Violation Processing Dept.**<br>**PO Box 26925**<br>**San Francisco, CA 94126**<br><br>Date(s) debt was incurred  **05-10-2017**<br>Last 4 digits of account number  **4690** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Toll Fee**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$50.00** |
| 3.141 | **Nonpriority creditor's name and mailing address**<br>**Fastrak - Violation Processing Dept.**<br>**PO Box 26925**<br>**San Francisco, CA 94126**<br><br>Date(s) debt was incurred  **08-29-2016**<br>Last 4 digits of account number  **9806** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Toll Fee**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$95.00** |
| 3.142 | **Nonpriority creditor's name and mailing address**<br>**Fastrak - Violation Processing Dept.**<br>**PO Box 26925**<br>**San Francisco, CA 94126**<br><br>Date(s) debt was incurred  **09-09-16**<br>Last 4 digits of account number  **3079** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Toll Fee**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$95.00** |

| Debtor | **RDX, INC.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,370.34** |
| | **Financial Credit Network, Inc** | ☐ Contingent | |
| | **1300 W Main St** | ☐ Unliquidated | |
| | **Visalia, CA 93291** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Colection__ | |
| | **Last 4 digits of account number** __3461__ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$594.00** |
| | **Financial Credit Network, Inc** | ☐ Contingent | |
| | **1300 W Main St** | ☐ Unliquidated | |
| | **Visalia, CA 93291** | ☐ Disputed | |
| | **Date(s) debt was incurred** __2016__ | **Basis for the claim:** __Colection__ | |
| | **Last 4 digits of account number** __6151__ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,200.00** |
| | **Flexi-Van Leasing, Inc.** | ☐ Contingent | |
| | **251 Monroe Ave** | ☐ Unliquidated | |
| | **Kenilworth, NJ 07033** | ☐ Disputed | |
| | **Date(s) debt was incurred** __Feb 2017__ | **Basis for the claim:** __Claim__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Flexi-Van Leasing, Inc.** | ☐ Contingent | |
| | **251 Monroe Ave** | ☐ Unliquidated | |
| | **Kenilworth, NJ 07033** | ☐ Disputed | |
| | **Date(s) debt was incurred** __2016-2017__ | **Basis for the claim:** __Invoices__ | |
| | **Last 4 digits of account number** __Q189__ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Florentino Gutierrez** | ☐ Contingent | |
| | **c/o Jonathan Ricasa** | ☐ Unliquidated | |
| | **2341 Westwood Blvd. Suite 7** | ■ Disputed | |
| | **Los Angeles, CA 90064** | | |
| | **Date(s) debt was incurred** __2017__ | **Basis for the claim:** __Lawsuit__ | |
| | **Last 4 digits of account number** __3537__ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,540.50** |
| | **FMS** | ☐ Contingent | |
| | **PO Box 707600** | ☐ Unliquidated | |
| | **Suite 2 - 150** | ☐ Disputed | |
| | **Tulsa, OK 74170-7600** | | |
| | **Date(s) debt was incurred** __Jan 2017__ | **Basis for the claim:** __Collection__ | |
| | **Last 4 digits of account number** __2003__ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Fresno County Sheriff** | ☐ Contingent | |
| | **2200 Fresno St** | ☐ Unliquidated | |
| | **Fresno, CA 93724** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Notice Only__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **RDX, INC.** | Case number (if known) | |
|--------|---------------|------------------------|--|
| | Name | | |

---

**3.150** | Nonpriority creditor's name and mailing address
**Fresno Truck Center**
**2727 E Central Ave**
**Fresno, CA 93725**

Date(s) debt was incurred  **2016-2017**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Judgment**

Is the claim subject to offset? ☑ No ☐ Yes

**$24,936.90**

---

**3.151** | Nonpriority creditor's name and mailing address
**Gale/Schenon Hall of Justice**
**5672 Stoneridge Dr.**
**Pleasanton, CA 94588-8678**

Date(s) debt was incurred  **08-30-16**

Last 4 digits of account number  **6754**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CVC Violation**

Is the claim subject to offset? ☑ No ☐ Yes

**$162.00**

---

**3.152** | Nonpriority creditor's name and mailing address
**Garrison Property and Casualty Insurance**
**c/o Todd F. Haines, Esq.**
**30495 Canwood St.**
**Agoura Hills, CA 91301**

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **1981**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Lawsuit**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.153** | Nonpriority creditor's name and mailing address
**Gc Services Limited Partnership**
**6330 Gulfton**
**Houston, TX 77081**

Date(s) debt was incurred  **2017**

Last 4 digits of account number  **7088**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Collection**

Is the claim subject to offset? ☑ No ☐ Yes

**$640.00**

---

**3.154** | Nonpriority creditor's name and mailing address
**Gonzalez Oil Changer & Tires**
**8255 San Leandro St.**
**Oakland, CA 94621**

Date(s) debt was incurred  **2015-2017**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Invoices**

Is the claim subject to offset? ☑ No ☐ Yes

**$13,488.22**

---

**3.155** | Nonpriority creditor's name and mailing address
**Innovative Collection Service**
**P.O. Box 1329**
**San Jose, CA 95109**

Date(s) debt was incurred  **February 2017**

Last 4 digits of account number  **6579**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Collection Account**

Is the claim subject to offset? ☑ No ☐ Yes

**$71.00**

---

**3.156** | Nonpriority creditor's name and mailing address
**Innovative Collection Services**
**P.O. Box 1329**
**San Jose, CA 95109**

Date(s) debt was incurred  **May 2017**

Last 4 digits of account number  **6740**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Collection Account**

Is the claim subject to offset? ☑ No ☐ Yes

**$113.00**

---

| Debtor | **RDX, INC.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.157** | Nonpriority creditor's name and mailing address
**Innovative Collection Services**
P.O. Box 1329
San Jose, CA 95109

Date(s) debt was incurred  **May 2017**

Last 4 digits of account number  **6740**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Collection Account**

Is the claim subject to offset? ■ No ☐ Yes

**$81.00**

---

**3.158** | Nonpriority creditor's name and mailing address
**Innovative Collection Services**
P.O. Box 1329
San Jose, CA 95109

Date(s) debt was incurred  **February 2017**

Last 4 digits of account number  **2842**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Collection Account**

Is the claim subject to offset? ■ No ☐ Yes

**$81.00**

---

**3.159** | Nonpriority creditor's name and mailing address
**Innovative Collection Services**
P.O. Box 1329
San Jose, CA 95109

Date(s) debt was incurred  **February 2017**

Last 4 digits of account number  **2842**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Collection Account**

Is the claim subject to offset? ■ No ☐ Yes

**$113.00**

---

**3.160** | Nonpriority creditor's name and mailing address
**Innovative Collection Services**
P.O. Box 1329
San Jose, CA 95109

Date(s) debt was incurred  **May 2017**

Last 4 digits of account number  **2842**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Collection Account**

Is the claim subject to offset? ■ No ☐ Yes

**$91.00**

---

**3.161** | Nonpriority creditor's name and mailing address
**Innovative Collection Services**
P.O. Box 1329
San Jose, CA 95109

Date(s) debt was incurred  **February 2017**

Last 4 digits of account number  **2842**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Collection Account**

Is the claim subject to offset? ■ No ☐ Yes

**$113.00**

---

**3.162** | Nonpriority creditor's name and mailing address
**Innovative Collection Services**
P.O. Box 1329
San Jose, CA 95109

Date(s) debt was incurred  **May 2017**

Last 4 digits of account number  **2842**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Collection Account**

Is the claim subject to offset? ■ No ☐ Yes

**$81.00**

---

**3.163** | Nonpriority creditor's name and mailing address
**J. J. Keller & Associates, Inc.**
Mail Stop #1540
3003 Breezewood Lane
P.O. Box 368
Neenah, WI 54957-0368

Date(s) debt was incurred  **March 2017**

Last 4 digits of account number  **1332**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Invoice**

Is the claim subject to offset? ■ No ☐ Yes

**$1,941.48**

---

Debtor    **RDX, INC.**                              Case number *(if known)* _____
_____
          Name

| | | |
|---|---|---|
| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*  **$1,939.31** |

**3.164**

**Nonpriority creditor's name and mailing address**

**J. J. Keller & Associates, Inc.**
**Mail Stop #1540**
**3003 Breezewood Lane**
**P.O. Box 368**
**Neenah, WI 54957-0368**

Date(s) debt was incurred  **Dec 2016**

Last 4 digits of account number  **3916**

As of the petition filing date, the claim is: *Check all that apply.*          **$1,939.31**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Invoice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.165**

**Nonpriority creditor's name and mailing address**

**Jagvir Singh**
**5050 W. Garland Ave**
**Fresno, CA 93722**

Date(s) debt was incurred  **2017**

Last 4 digits of account number  **1001**

As of the petition filing date, the claim is: *Check all that apply.*          **$6,105.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Workers Compensation Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.166**

**Nonpriority creditor's name and mailing address**

**Jose Negrete**
**277 South Merlot Ave.**
**Madera, CA 93636**

Date(s) debt was incurred  **2017**

Last 4 digits of account number  **0305**

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Workers Compensation**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.167**

**Nonpriority creditor's name and mailing address**

**Kern County Superior Court**
**Arvin-Lamont Branch**
**12022 Main Street**
**Lamont, CA 93241**

Date(s) debt was incurred  **January 2017**

Last 4 digits of account number  **4640**

As of the petition filing date, the claim is: *Check all that apply.*          **$284.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Traffic Violation**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.168**

**Nonpriority creditor's name and mailing address**

**LDC Collection Systems**
**PO Box 54915**
**Los Angeles, CA 90054-0915**

Date(s) debt was incurred  **12-16-16**

Last 4 digits of account number  **1398**

As of the petition filing date, the claim is: *Check all that apply.*          **$254.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Collection Account**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.169**

**Nonpriority creditor's name and mailing address**

**LDC Collection Systems**
**PO Box 54915**
**Los Angeles, CA 90054-0915**

Date(s) debt was incurred  **12-16-16**

Last 4 digits of account number  **5850**

As of the petition filing date, the claim is: *Check all that apply.*          **$254.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Collection Account**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.170**

**Nonpriority creditor's name and mailing address**

**LDC Collection Systems**
**P.O. Box 54915**
**Los Angeles, CA 90054**

Date(s) debt was incurred  **February 2017**

Last 4 digits of account number  **9198**

As of the petition filing date, the claim is: *Check all that apply.*          **$287.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Collection Account**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **RDX, INC.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.171 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$254.00** |

**LDC Collection Systems**
P.O. Box 54915
Los Angeles, CA 90054

Date(s) debt was incurred  **December 27, 2016**

Last 4 digits of account number  **0716**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Collection Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$254.00** |

**LDC Collection Systems**
P.O. Box 54915
Los Angeles, CA 90054

Date(s) debt was incurred  **December 21, 2016**

Last 4 digits of account number  **1431**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Collections Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,000.00** |

**Lee's Service**
5829 N. Golden State Blvd.
Fresno, CA 93722

Date(s) debt was incurred  **2016-2017**

Last 4 digits of account number  **_**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Claims**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,735.00** |

**Maersk Inc**
700 Ferry St
Oakland, CA 94607

Date(s) debt was incurred  **2016-2017**

Last 4 digits of account number  **_**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Various Invoices - Bill of Lading**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,070.00** |

**Metro Group Maritime**
26 Broadway
Suite 933
New York, NY 10004

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **0225**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Collection**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,818.00** |

**Municipal Services Bureau**
P.O. Box 16755
Austin, TX 78761

Date(s) debt was incurred  **May 2017**

Last 4 digits of account number  **5911**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Collections Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$82.00** |

**New Mexico DPS - Motor Transport Div.**
PO Box 1628
Santa Fe, NM 87507-1628

Date(s) debt was incurred  **February 2017**

Last 4 digits of account number  **0879**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Traffic Violation - Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **RDX, INC.**                              Case number (if known) _____
        Name

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,000.00** |
|---|---|---|---|

**Oakland Maritime Support Services Inc**
**11 Burma Rd**
**Oakland, CA 94607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016-2017**

Basis for the claim:  **Parking Fees**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,132.00** |
|---|---|---|---|

**Pierpass Inc.**
**444 W Ocean Blvd #700**
**Long Beach, CA 90802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016-2017**

Basis for the claim:  **Fees**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ramiro Cervantes**
**c/o Lawyers for Workplace Fairness, APC**
**4100 West Alameda Ave.**
**Burbank, CA 91505**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2016**

Basis for the claim:  **Claim**

Last 4 digits of account number  **3912**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Robert A. Hawkins**
**1849 N Helm Ave #110**
**Fresno, CA 93727**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2017**

Basis for the claim:  **Adversary Proceeding in Bankruptcy Case 15-11079**

Last 4 digits of account number  **1011**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**State of California**
**Department of Industrial Relations**
**Labor Commissioner Office**
**770 E. Shaw Ave**
**Fresno, CA 93710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Basis for the claim:  **Claim**

Last 4 digits of account number  **0305**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$665.26** |
|---|---|---|---|

**TA Truck Service**
**1010 N. 339TH Ave**
**Tonopah, AZ 85354**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Feb 2011**

Basis for the claim:  **Invoice**

Last 4 digits of account number  **6367**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$130.44** |
|---|---|---|---|

**The Toll Roads Violation Dept.**
**PO Box 57011**
**Irvine, CA 92619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **April 2017**

Basis for the claim:  **Toll Fee**

Last 4 digits of account number  **9875**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **RDX, INC.** | Case number *(if known)* |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| 3.185 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,850.00** |
| | **Total Quality Logistics, LLC**<br>**4289 IVY POINTE BLVD**<br>**Cincinnati, OH 45245** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred  2017** | **Basis for the claim:  Invoices** | |
| | **Last 4 digits of account number  _** | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.186 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **TraPac Inc.**<br>**P.O. Box 1178**<br>**Wilmington, CA 90748-1178** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred  March 2017** | **Basis for the claim:  Claim** | |
| | **Last 4 digits of account number  1412** | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.187 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Tulare County Sheriff's**<br>**2404 West Burrel Avenue**<br>**Visalia, CA 93291-4580** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred  _** | **Basis for the claim:  Notice Only** | |
| | **Last 4 digits of account number  _** | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **UEBFT Oakland**<br>**1515 Clay St. Floor 17**<br>**Oakland, CA 94612** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred  2016** | **Basis for the claim:  NOTICE ONLY** | |
| | **Last 4 digits of account number  _** | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.189 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,547.00** |
| | **Wiley W. Manuel Court House**<br>**661 Washington St.**<br>**Oakland, CA 94607-3922** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred  November 2016** | **Basis for the claim:  Traffic Violation - Notice Only** | |
| | **Last 4 digits of account number  5402** | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.190 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$245,512.52** |
| | **Xtra Lease, Inc.**<br>**1801 Park 270 Drive**<br>**Suite 400**<br>**Saint Louis, MO 63146-4037** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred  2015-2017** | **Basis for the claim:  Judgment** | |
| | **Last 4 digits of account number  1331** | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.191 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Yarra, Kharazi, Clason & Aniotzbehere**<br>**2000 Fresno St.**<br>**Fresno, CA 93721** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred  2016-2017** | **Basis for the claim:  Legal Fees** | |
| | **Last 4 digits of account number  _** | Is the claim subject to offset? ■ No  ☐ Yes | |

**Part 3:**  List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for unsecured creditors.

Debtor    **RDX, INC.**                              Case number (if known) _____
          Name

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **770 E. Shaw Ave.**<br>**Suite 222**<br>**Fresno, CA 93710** | Line **3.166**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Align Claims Services, Inc.**<br>**PO Box 80578**<br>**San Diego, CA 92138-0578** | Line **3.2**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Baghel Keshgurgh**<br>**c/o Goldberg & Ibarra, APC**<br>**925 N. Street, Suite 130**<br>**Fresno, CA 93721** | Line **3.6**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Baghel Keshgurgh**<br>**c/o Goldberg & Ibarra, APC**<br>**925 N. Street, Suite 130**<br>**Fresno, CA 93721** | Line **3.7**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Bruce A Hatkoff, Esq.**<br>**Hatkoff & Minassian A Law Corporation**<br>**18757 Burbank Blvd., Suite 100**<br>**Tarzana, CA 91356** | Line **3.136**<br>☐ Not listed. Explain ____ | **1589** |
| 4.6 | **Capital Collections, LLC**<br>**1221 Van Ness Ave**<br>**Fresno, CA 93721** | Line **3.150**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Department of Industrial Relations**<br>**1515 Clay Street, Ste. 701**<br>**Oakland, CA 94612** | Line **3.6**<br>☐ Not listed. Explain ____ | **7726** |
| 4.8 | **Department of Industrial Relations**<br>**1515 Clay Street, Ste. 701**<br>**Oakland, CA 94612** | Line **3.7**<br>☐ Not listed. Explain ____ | **7726** |
| 4.9 | **Department of Motor Vehicles**<br>**2415 1st Ave., Mail Station C271**<br>**Sacramento, CA 95818-2606** | Line **3.135**<br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Department of Motor Vehicles**<br>**Lien Sale Unit**<br>**PO Box 932317**<br>**Sacramento, CA 94232-3170** | Line **3.145**<br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Department of Transportation**<br>**PO Box 168019**<br>**Fresno, CA 93706** | Line **3.11**<br>☐ Not listed. Explain ____ | _ |
| 4.12 | **DMV**<br>**PO BOX 932320, MSH160**<br>**Sacramento, CA 94232** | Line **3.135**<br>☐ Not listed. Explain ____ | **7489** |

| Debtor | **RDX, INC.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.13 | **Ellen Michele Stern**<br>**17630 El Mineral Rd.**<br>**Perris, CA 92570** | Line **3.139**<br><br>☐ Not listed. Explain ____ | _ |
| 4.14 | **Financial Credit Network**<br>**PO Box 3084**<br>**Visalia, CA 93278** | Line **3.143**<br><br>☐ Not listed. Explain ____ | _ |
| 4.15 | **Financial Credit Network**<br>**PO Box 3084**<br>**Visalia, CA 93278** | Line **3.144**<br><br>☐ Not listed. Explain ____ | _ |
| 4.16 | **Flexi-Van Leasing, Inc.**<br>**PO BOX 3228**<br>**Boston, MA 02241-3228** | Line **3.146**<br><br>☐ Not listed. Explain ____ | _ |
| 4.17 | **Flexi-Van Oakland Service Center**<br>**2900 Main Street**<br>**Alameda, CA 94501** | Line **3.146**<br><br>☐ Not listed. Explain ____ | _ |
| 4.18 | **Garrison Property and Casualty Insurance**<br>**9800 Fredericksburg Road**<br>**San Antonio, TX 78288** | Line **3.152**<br><br>☐ Not listed. Explain ____ | _ |
| 4.19 | **Goldberg Ibarra**<br>**925 N St. Ste 130**<br>**Fresno, CA 93721** | Line **3.188**<br><br>☐ Not listed. Explain ____ | _ |
| 4.20 | **J.J. Keller & Associates, Inc.**<br>**PO Box 6609**<br>**Carol Stream, IL 60197-6609** | Line **3.163**<br><br>☐ Not listed. Explain ____ | _ |
| 4.21 | **JP Morgan Chase**<br>**P.O. Box 24696**<br>**Columbus, OH 43224-0696** | Line **3.175**<br><br>☐ Not listed. Explain ____ | _ |
| 4.22 | **Labor Commissioner**<br>**770 E. Shaw Ave. Suite 222**<br>**Fresno, CA 93710** | Line **3.7**<br><br>☐ Not listed. Explain ____ | _ |
| 4.23 | **Labor Commissioner's Office**<br>**770 E. Shaw Ave. Suite 222**<br>**Fresno, CA 93710** | Line **3.165**<br><br>☐ Not listed. Explain ____ | **1001** |
| 4.24 | **Maersk Line**<br>**2500 Navy Way**<br>**9300 Arrowpoint Blvd**<br>**Charlotte, NC 28273** | Line **3.174**<br><br>☐ Not listed. Explain ____ | _ |
| 4.25 | **OD LEGAL OAKLAND**<br>**1515 CLAY ST STE 701**<br>**Oakland, CA 94612** | Line **3.6**<br><br>☐ Not listed. Explain ____ | **7726** |

| Debtor | **RDX, INC.** | Case number (if known) |
|---|---|---|
| | Name | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.26 | **OD LEGAL OAKLAND**<br>**1515 CLAY ST STE 701**<br>**Oakland, CA 94612** | Line **3.7**<br>☐ Not listed. Explain ____ | **7726** |
| 4.27 | **OD Legal Oakland**<br>**1515 Clay St.**<br>**Suite 701**<br>**Oakland, CA 94612** | Line **3.188**<br>☐ Not listed. Explain ____ | _ |
| 4.28 | **Steven R. Hrdlicka**<br>**1221 Van Ness, 2nd Floor**<br>**Fresno, CA 93721** | Line **3.150**<br>☐ Not listed. Explain ____ | _ |
| 4.29 | **Steven R. Hrdlicka**<br>**1221 Van Ness, 2nd Floor**<br>**Fresno, CA 93721** | Line **3.12**<br>☐ Not listed. Explain ____ | _ |
| 4.30 | **TOTAL QUALITY LOGISTICS LLC**<br>**P O BOX 634558**<br>**Cincinnati, OH 45263-4558** | Line **3.185**<br>☐ Not listed. Explain ____ | _ |
| 4.31 | **TraPac, LLC**<br>**630 W HARRY BRIDGES BLVD**<br>**Wilmington, CA 90744** | Line **3.186**<br>☐ Not listed. Explain ____ | **1412** |
| 4.32 | **UEBTF OAKLAND**<br>**1515 CLAY ST FL 17**<br>**Oakland, CA 94612** | Line **3.6**<br>☐ Not listed. Explain ____ | **7726** |
| 4.33 | **UEBTF OAKLAND**<br>**1515 CLAY ST FL 17**<br>**Oakland, CA 94612** | Line **3.7**<br>☐ Not listed. Explain ____ | **7726** |
| 4.34 | **Wal-Mart Stores, Inc**<br>**124 WEST CAPITOL AVENUE, SUITE 1900**<br>**Little Rock, AR 72201** | Line **3.148**<br>☐ Not listed. Explain ____ | _ |
| 4.35 | **Workers' Compensation Appeals Board**<br>**2550 Mariposa St.**<br>**Room 4078**<br>**Fresno, CA 93721** | Line **3.6**<br>☐ Not listed. Explain ____ | **7726** |
| 4.36 | **Workers' Compensation Appeals Board**<br>**2550 Mariposa St.**<br>**Room 4078**<br>**Fresno, CA 93721** | Line **3.7**<br>☐ Not listed. Explain ____ | **7726** |
| 4.37 | **Xtra Lease, LLC**<br>**c/o Christopher J. Lawhorn**<br>**120 South Central Ave. Suite 1800**<br>**Saint Louis, MO 63105** | Line **3.190**<br>☐ Not listed. Explain ____ | _ |
| 4.38 | **Xtra Lease, LLC**<br>**c/o Todd Wynkoop**<br>**McCormick & Barstow**<br>**Fresno, CA 93720** | Line **3.190**<br>☐ Not listed. Explain ____ | **1331** |

Debtor    **RDX, INC.**                                    Case number (if known) _____
          Name

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ **2,103.00** |
| **5b. Total claims from Part 2** | 5b. + | $ **1,180,693.64** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ **1,182,796.64** |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>RDX, INC.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF CALIFORNIA</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | **Debtor has leased 10 trucks of various makes and models. Attached to the Petition as Exhibit A is a list of the trucks.  This account may have been transferred/sold to People's Capital and Leasing Corp., but is believed to have been held by Wells Fargo.** | |
| State the term remaining | | |
| List the contract number of any government contract | | **People's Capital and Leasing Corp.**<br>**850 Main St. BC03/RC871**<br>**Bridgeport, CT 06604** |

| Fill in this information to identify the case: |
|---|

Debtor name      **RDX, INC.**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Dave Singh** | **Dave Singh has personal guarantees on some of the trucks.** | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | **RDX, INC.** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

<strong>Part 1:</strong>   Income

1.  **Gross revenue from business**

    ☐ None.

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue** Check all that apply | **Gross revenue** (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2017** to **Filing Date** | ■ Operating a business ☐ Other  _____ | **$859,614.32** |
| **For prior year:** From  **1/01/2016** to **12/31/2016** | ■ Operating a business ☐ Other  _____ | **$11,137,126.00** |
| **For year before that:** From  **1/01/2015** to **12/31/2015** | ■ Operating a business ☐ Other  _____ | **$9,234,056.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
|---|---|---|

<strong>Part 2:</strong>   List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor     **RDX, INC.**                                    Case number *(if known)*

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Capital Collections, LLC v. RDX Inc** 17CECL00250 | **Collection** | **Fresno County Superior Court 1130 O St Fresno, CA 93721** | ☐ Pending ☐ On appeal ■ Concluded |
| 7.2. | **Cindy Roach v RDX Inc** RG16823780 | **Class Action for Damages, Injunctive Relief, Declaratory Relief and Restitution** | **Alameda County Superior Court 1225 Fallon Street Oakland, CA 94612** | ☐ Pending ☐ On appeal ■ Concluded |
| 7.3. | **Florentino Gutierrez v RDX Inc** 16CECG03537 | **Class Action Complaint - Employment Law - Meal and Rest Period, Minimum Wage and Overtime, UCL** | **Fresno County Superior Court 1130 O Street Fresno, CA 93721** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.4. | **Pilot Travel Centers LLC v RDX Inc** 16CECG02179 | | **Fresno County Superior Court 1130 O Street Fresno, CA 93721** | ☐ Pending ☐ On appeal ■ Concluded |

Debtor    **RDX, INC.**                                          Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.5. | **RDX Inc v Supreme Towing Service dba City Tow Service**<br>**NC061026** | **Statutory Violations, Conversion, Preliminary and Permanent Injunction** | **Los Angeles County Superior Court**<br>**275 Magnolia**<br>**Long Beach, CA 90802** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Robert A. Hawkins v RDX, Inc**<br>**16-01101** | **Adversary Proceeding in Bankruptcy Case 15-11079** | **U.S. Bankruptcy Court**<br>**Eastern District**<br>**2500 Tulare Street**<br>**Fresno, CA 93721** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **XTRA Lease LLC v RDX Inc**<br>**16SL-CC04035** | | **Missouri-St. Louis County Circuit Court**<br>**105 South Central Avenue**<br>**Division 19**<br>**Clayton, MO 93105** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **Baghel Keshgurgh v. RDX, Inc.**<br>**ADJ10747726** | **Application for Adjudication of Claim - Worker's Compensation** | **Workers Compensation Appeals Board**<br>**2550 Mariposa Street, Room 4078**<br>**Fresno, CA 93721** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | **RDX, Inc. v. Baghel Keshgurh**<br>**16CECG03405** | **Complaint for Damages, Fraud, Breach of Contract** | **Fresno County Superior Court**<br>**1130 O St**<br>**Fresno, CA 93721** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. | **Cervantes v. RDX, Inc.**<br>**16CECG03914** | **Failure to Produce Personnel Records** | **Fresno County Superior Court**<br>**1130 O St**<br>**Fresno, CA 93721** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. | **RDX v. Tic Tac Towing, Inc., et al.**<br>**CVCV 2017-196** | **Complaint for Conversion, Conspiracy, and Permanent Injunction** | **Yolo County Superior Court**<br>**1000 Main Street**<br>**Woodland, CA 95695** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12. | **Garrison Property and Casualty Insurance Company v. Jose Ponce, Jr., and RDX, Inc.**<br>**16K11981** | **Claim for Damages** | **County of Los Angeles Superior Court**<br>**111 N. Hill Street**<br>**Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13. | **RDX Inc. v. Supreme Towing, et al.**<br>**NC061026** | **Complaint for conversion and statutory violations** | **Los Angeles County Superior Court**<br>**275 Magnolia**<br>**Long Beach, CA 90802** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.14. | **Jose Negrete v. RDX, Inc.**<br>**WC-CM-160305** | **Workers Compensation** | **Labor Commissioner Office**<br>**770 E. Shaw Ave.**<br>**Suite 222**<br>**Fresno, CA 93710** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

| Debtor | RDX, INC. | Case number *(if known)* | |
|---|---|---|---|

■ None

**Part 4:**    **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

    ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**    **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

**Part 6:**    **Certain Payments or Transfers**

11. **Payments related to bankruptcy**

    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Yarra, Kharazi, Clason & Aniotzbehere**<br>**2000 Fresno Street., Suite 300**<br>**Fresno, CA 93721** | **Attorney's fees** | **06/2017** | **$10,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **U.S. Bankruptcy Court**<br>**Eastern District**<br>**2500 Tulare Street**<br>**Fresno, CA 93721** | **Court Filing Fee** | **06/2017** | **$335.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case

Debtor    **RDX, INC.**                                    Case number *(if known)*

to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within
    2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include
    both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

Debtor    **RDX, INC.**                                          Case number *(if known)*

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Debtor    **RDX, INC.**                                    Case number *(if known)*

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Dave Singh** **2436 S. Sarah Street** **Fresno, CA 93706** | **2011-2017** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

Debtor    __RDX, INC._____     Case number *(if known)* _____

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Dave Singh | 2436 S. Sarah St. Fresno, CA 93706 | CEO, CFO, and Secretary | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __June 27, 2017_____

__/s/ Dave Singh_____          __Dave Singh_____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    __President_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Eastern District of California

In re    **RDX, INC.**                                              Case No.

                                                           Debtor(s)             Chapter     **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---:|
    | For legal services, I have agreed to accept | $ | **10,000.00** |
    | Prior to the filing of this statement I have received | $ | **10,000.00** |
    | Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was:

    ☐ Debtor      ■ Other (specify):    **Dave Singh**

3. The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
         **Negotiations with secured creditors to reduce to resolve liens; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
         **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June 27, 2017**

*Date*

         **/s/ Arash Arjang**

         **Arash Arjang 276237**
         *Signature of Attorney*
         **Yarra, Kharazi, Clason & Aniotzbehere**
         **2000 Fresno Street., Suite 300**
         **Fresno, CA 93721**
         **(559)441-1214  Fax: (559)266-4236**
         *Name of law firm*

---

.

770 E. Shaw Ave.
Suite 222
Fresno, CA 93710


AAA Insurance
PO Box 24523
Oakland, CA 94623-1523


Align Claims
350 10th Ave
San Diego, CA 92101


Align Claims Services, Inc.
PO Box 80578
San Diego, CA 92138-0578


Alliance United Insurance Company
5300 Adolfo Rd
Camarillo, CA 93012


American Express
PO Box 0001
Los Angeles, CA 90096-8000


Ampco Trucking Lot
1195 Middle Harbor Rd
Oakland, CA 94607


Ascentium Capital
23970 Highway 59 North
Kingwood, TX 77339-1535


Baghel Keshgurgh
c/o Goldberg & Ibarra, APC
925 N. Street, Suite 130
Fresno, CA 93721


Baghel Keshgurh
3165 W. Shields, Apt 229
Fresno, CA 93722


BNSF Railway
740 East Carnegie Dr.
San Bernardino, CA 92408

Bruce A Hatkoff, Esq.
Hatkoff & Minassian A Law Corporation
18757 Burbank Blvd., Suite 100
Tarzana, CA 91356


California Diesel Repair
2840 E Church Ave
Fresno, CA 93706


California Highway Patrol
601 North 7th Street
Sacramento, CA 95811


CalTrans
1635 W Pine Ave
Fresno, CA 93728


Capital Collections, LLC
1221 Van Ness Ave
Fresno, CA 93721


City of Carson
PO Box 4164
Tustin, CA 92781-4164


City of Fresno Processing Center
PO Box 1090
San Jose, CA 95108-1090


City of Fresno Processing Center
P.O. Box 1090
San Jose, CA 95108


City of Los Angeles
PO Box 512599
Los Angeles, CA 90051-1599


City of Oakland
Parking Citation Assistance Center
PO Box 54916
Los Angeles, CA 90054-0916

RDX, INC. - - Pg. 3 of 14

City of Oakland
Parking Citation Assistance Center
250 Frank H. Ogawa Plaza
Suite 6300
Oakland, CA 94612


City of Oakland
P.O. Box 54916
Los Angeles, CA 90054


City of San Dimas - Parking
c/o Parking Citation Service Center
PO Box 11923
Santa Ana, CA 92711


County of Alameda Superior Court
661 Washington Street
Oakland, CA 94607-3922


County of Alameda Superior Court
661 Washington Street
Oakland, CA 94607


County of Alameda Superior Court
Wiley W. Manuel Courthouse
661 Washington St
Oakland, CA 94607


County of Alameda Superior Court
Gale/Schenone Hall of Justice
5672 Stoneridge Drive
Pleasanton, CA 94588


County of Alameda Superior Court
Fremont Hall of Justice
39439 Paseo Padre Parkway
Fremont, CA 94538


County of Alemeda Superior Court
661 Washington Street
Oakland, CA 94607


County of Alemeda Superior Court
Gale-Schenone Hall of Justice
5672 Stoneridge Dr
Pleasanton, CA 94588

County of Fresno Superior Court
2317 Tuolumne Street
Fresno, CA 93724


County of Fresno Superior Court
2317 Tuolumne Street
Fresno, CA 93721


County of Kern Superior Court
Lamont Branch
12022 Main Street
Lamont, CA 93241


County of Kern Superior Court
12022 Main Street
Lamont, CA 93241


County of Kern Superior Court
Lamont Branch
12022 Main St
Lamont, CA 93241


County of Kern Superior Court
Arvin-Lamont Branch
12022 Main Street
Lamont, CA 93241


County of Kings Superior Court
1640 Kings County Drive
Hanford, CA 93230


County of Los Angeles
Parking Enforcement
PO Box 30629
Los Angeles, CA 90030-0629


County of Los Angeles
Long Beach Courthouse
P.O. Box 60516
Los Angeles, CA 90060


County of Los Angeles
Van Nuys Branch
P.O. Box 60570
Los Angeles, CA 90060

County of Los Angeles
Santa Clarita Courthouse
P.O. Box 60570
Los Angeles, CA 90060


County of Los Angeles
Long Beach Branch
P.O. Box 60570
Los Angeles, CA 90060


County of Los Angeles
Van Nuys Branch
6230 Sylmar Ave
Van Nuys, CA 91401


County of Los Angeles Superior Court
Long Beach Branch
P.O. Box 60570
Los Angeles, CA 90060


County of Los Angeles Superior Court
275 Magnolia Avenue
Long Beach, CA 90802


County of Los Angeles Superior Court
Long Beach Courthouse
P.O. Box 60516
Los Angeles, CA 90060


County of Los Angeles Superior Court
Santa Clarita Courthouse
23747 Valencia Blvd
Valencia, CA 91355-5000


County of Madera Superior Court
200 S "G" Street
Madera, CA 93637


County of Merced Sueprior Court
1159 G Street
Los Banos, CA 93635


County of Merced Superior Court
1159 G Street
Los Banos, CA 93635

County of Merced Superior Court
445 I Street
Los Banos, CA 93635


County of Merced Superior Court
720 West 20th Street
Merced, CA 95340


County of Merced Superior Court
720 West 29th Street
Merced, CA 95340


County of Riverside
Banning Justice Center
311 E. Ramsey Street
Banning, CA 92220


County of San Joaquin Superior Court
Stockton Branch
222 E. Weber Avenue
Stockton, CA 95201


County of Stanislaus Superior Court
2260 Floyd Avenue
Modesto, CA 95355


County of Stanislaus Superior Court
Traffic Division
2260 Floyd Avenue
Modesto, CA 95355


County of Tulare Superior Court
Traffic Division
221 S Mooney Blvd
Visalia, CA 93291


County of Tulare Superior Court
Traffic Division
221 S. Mooney Blvd
Visalia, CA 93291


Dave Singh

Department of Industrial Relations
Office of the Director
1515 Clay St. Suite 701
Oakland, CA 94612


Department of Industrial Relations
1515 Clay Street, Ste. 701
Oakland, CA 94612


Department of Motor Vehicles
2415 1st Ave., Mail Station C271
Sacramento, CA 95818-2606


Department of Motor Vehicles
Lien Sale Unit
PO Box 932317
Sacramento, CA 94232-3170


Department of Motor Vehicles - Fresno
655 W Olive Ave
Fresno, CA 93728


Department of Transportation
PO Box 168019
Fresno, CA 93706


Direct Chassis Link, Inc.
3525 Whitehall Park Dr. Suite 400
Charlotte, NC 28273


DMV
PO BOX 932320, MSH160
Sacramento, CA 94232


EFS LLC
1104 Country Hills Dr., Suite 600
Ogden, UT 84403


Ellen Michele Stern
17630 El Mineral Rd.
Perris, CA 92570

Evergreen Shipping Agency
6021 Katella Ave.
Suite 200
Cypress, CA 90630


Exchange Bank
545 FOURTH STREET
Santa Rosa, CA 95401


Exchange Bank Leasing
444 Aviation Blvd.
Santa Rosa, CA 95403


Fastrak - Violation Processing Dept.
PO Box 26925
San Francisco, CA 94126


Financial Credit Network
PO Box 3084
Visalia, CA 93278


Financial Credit Network, Inc
1300 W Main St
Visalia, CA 93291


Flexi-Van Leasing, Inc.
251 Monroe Ave
Kenilworth, NJ 07033


Flexi-Van Leasing, Inc.
PO BOX 3228
Boston, MA 02241-3228


Flexi-Van Oakland Service Center
2900 Main Street
Alameda, CA 94501


Florentino Gutierrez
c/o Jonathan Ricasa
2341 Westwood Blvd. Suite 7
Los Angeles, CA 90064

FMS
PO Box 707600
Suite 2 - 150
Tulsa, OK 74170-7600


Franchise Tax Board
Bankruptcy Unit
PO Box 2952
Sacramento, CA 95812


FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard
19th Floor
Attn: Andrew Alper, Esq.
Los Angeles, CA 90017


Fresno County Sheriff
2200 Fresno St
Fresno, CA 93724


Fresno Truck Center
2727 E Central Ave
Fresno, CA 93725


Gale/Schenon Hall of Justice
5672 Stoneridge Dr.
Pleasanton, CA 94588-8678


Garrison Property and Casualty Insurance
9800 Fredericksburg Road
San Antonio, TX 78288


Garrison Property and Casuaty Insurance
c/o Todd F. Haines, Esq.
30495 Canwood St.
Agoura Hills, CA 91301


Gc Services Limited Partnership
6330 Gulfton
Houston, TX 77081


Goldberg Ibarra
925 N St. Ste 130
Fresno, CA 93721

Gonzalez Oil Changer & Tires
8255 San Leandro St.
Oakland, CA 94621


Innovative Collection Service
P.O. Box 1329
San Jose, CA 95109


Innovative Collection Services
P.O. Box 1329
San Jose, CA 95109


J. J. Keller & Associates, Inc.
Mail Stop #1540
3003 Breezewood Lane
P.O. Box 368
Neenah, WI 54957-0368


J.J. Keller & Associates, Inc.
PO Box 6609
Carol Stream, IL 60197-6609


Jagvir Singh
5050 W. Garland Ave
Fresno, CA 93722


Jose Negrete
277 South Merlot Ave.
Madera, CA 93636


JP Morgan Chase
P.O. Box 24696
Columbus, OH 43224-0696


Kern County Superior Court
Arvin-Lamont Branch
12022 Main Street
Lamont, CA 93241


Labor Commissioner
770 E. Shaw Ave. Suite 222
Fresno, CA 93710

Labor Commissioner's Office
770 E. Shaw Ave. Suite 222
Fresno, CA 93710

LDC Collection Systems
PO Box 54915
Los Angeles, CA 90054-0915

LDC Collection Systems
P.O. Box 54915
Los Angeles, CA 90054

Lee's Service
5829 N. Golden State Blvd.
Fresno, CA 93722

Maersk Inc
700 Ferry St
Oakland, CA 94607

Maersk Line
2500 Navy Way
9300 Arrowpoint Blvd
Charlotte, NC 28273

Metro Group Maritime
26 Broadway
Suite 933
New York, NY 10004

Municipal Services Bureau
P.O. Box 16755
Austin, TX 78761

New Mexico DPS - Motor Transport Div.
PO Box 1628
Santa Fe, NM 87507-1628

Oakland Maritime Support Services Inc
11 Burma Rd
Oakland, CA 94607

OD LEGAL OAKLAND
1515 CLAY ST STE 701
Oakland, CA 94612

OD Legal Oakland
1515 Clay St.
Suite 701
Oakland, CA 94612


People's Capital and Leasing Corp.
850 Main St. BC03/RC871
Bridgeport, CT 06604


Pierpass Inc.
444 W Ocean Blvd #700
Long Beach, CA 90802


Ramiro Cervantes
c/o Lawyers for Workplace Fairness, APC
4100 West Alameda Ave.
Burbank, CA 91505


Robert A. Hawkins
1849 N Helm Ave #110
Fresno, CA 93727


Solomon, Grindle, Lidstad & Wintringer
11682 El Camino Real, Suite 250
San Diego, CA 92130


State of California
Department of Industrial Relations
Labor Commissioner Office
770 E. Shaw Ave
Fresno, CA 93710


Steven R. Hrdlicka
1221 Van Ness, 2nd Floor
Fresno, CA 93721


TA Truck Service
1010 N. 339TH Ave
Tonopah, AZ 85354


TBK Bank, SSB
12700 Park Central Dr.
Suite 1700
Dallas, TX 75251

TBK Bank, SSB
12700 Park Central D.
Suite 1700
Dallas, TX 75251


TBK Bank, SSB
PO Box 1030
Bettendorf, IA 52722


The Toll Roads Violation Dept.
PO Box 57011
Irvine, CA 92619


TOTAL QUALITY LOGISTICS LLC
P O BOX 634558
Cincinnati, OH 45263-4558


Total Quality Logistics, LLC
4289 IVY POINTE BLVD
Cincinnati, OH 45245


TraPac Inc.
P.O. Box 1178
Wilmington, CA 90748-1178


TraPac, LLC
630 W HARRY BRIDGES BLVD
Wilmington, CA 90744


Triumph Bancorp, Inc.
12700 Park Central Drive
Suite 1700
Dallas, TX 75251


Tulare County Sheriff's
2404 West Burrel Avenue
Visalia, CA 93291-4580


UEBFT Oakland
1515 Clay St. Floor 17
Oakland, CA 94612


UEBTF OAKLAND
1515 CLAY ST FL 17
Oakland, CA 94612

Wal-Mart Stores, Inc
124 WEST CAPITOL AVENUE, SUITE 1900
Little Rock, AR 72201


Wells Fargo Bank, N.A.
101 N PHILLIPS AVENUE
Sioux Falls, SD 57104


Wells Fargo Equipment Finance, Inc.
600 SOUTH 4TH ST 10TH FL, MAC N9300-100
Minneapolis, MN 55415


Wiley W. Manuel Court House
661 Washington St.
Oakland, CA 94607-3922


Workers' Compensation Appeals Board
2550 Mariposa St.
Room 4078
Fresno, CA 93721


Xtra Lease, Inc.
1801 Park 270 Drive
Suite 400
Saint Louis, MO 63146-4037


Xtra Lease, LLC
c/o Christopher J. Lawhorn
120 South Central Ave. Suite 1800
Saint Louis, MO 63105


Xtra Lease, LLC
c/o Todd Wynkoop
McCormick & Barstow
Fresno, CA 93720


Yarra, Kharazi, Clason & Aniotzbehere
2000 Fresno St.
Fresno, CA 93721

# United States Bankruptcy Court
## Eastern District of California

In re    **RDX, INC.**            Case No.

                 Debtor(s)      Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **RDX, INC.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 27, 2017**                  **/s/ Arash Arjang**

Date                             **Arash Arjang 276237**

Signature of Attorney or Litigant

Counsel for    **RDX, INC.**

**Yarra, Kharazi, Clason & Aniotzbehere**
**2000 Fresno Street., Suite 300**
**Fresno, CA 93721**
**(559)441-1214 Fax:(559)266-4236**