## RDX, Inc. - List of Trucks

| *TBK Bank* | | | |
|---|---|---|---|
| 2008 | FREIGHTLINER | 1FUJA6CK18DY78812 | Truck |
| 2008 | FREIGHTLINER | 1FUJA6CK38DY78858 | Truck |
| 2008 | FREIGHTLINER | 1FUJA6CK38DY78861 | Truck |
| 2008 | FREIGHTLINER | 1FUJA6CK58DY78893 | Truck |
| 2008 | FREIGHTLINER | 1FUJA6CK58DY78912 | Truck |
| 2008 | FREIGHTLINER | 1FUJA6CK98DY78878 | Truck |
| 2008 | FREIGHTLINER | 1FUJA6CV08LZ46467 | Truck |
| 2008 | FREIGHTLINER | 1FUJA6CV08LZ46470 | Truck |
| 2008 | FREIGHTLINER | 1FUJA6CV28LZ46468 | Truck |
| 2008 | FREIGHTLINER | 1FUJA6CV48LZ46469 | Truck |
| 2008 | FREIGHTLINER | 1FUJA6CV48LZ46472 | Truck |
| 2008 | FREIGHTLINER | 1FUJA6CV78LZ46465 | Truck |
| 2008 | FREIGHTLINER | 1FUJA6CV98LZ46466 | Truck |
| 2008 | FREIGHTLINER | 1FUJALCV78DZ84111 | Truck |
| 2008 | FREIGHTLINER | 1FUJALCV28DZ84114 | Truck |
| 2008 | FREIGHTLINER | 1FUJALCV88DY81229 | Truck |
| 2009 | FREIGHTLINER | 1FUJGECV09LAH3098 | Truck |
| 2009 | FREIGHTLINER | 1FUJA6CV09DAA9113 | Truck |
| 2009 | FREIGHTLINER | 1FUJA6CV59DAA9107 | Truck |
| 2009 | FREIGHTLINER | 1FUJA6CV59DAA9110 | Truck |
| 2009 | FREIGHTLINER | 1FUJA6CV79DAA9108 | Truck |
| 2010 | FREIGHTLINER | 1FUJGEDV1ALAS0062 | Truck |
| 2010 | FREIGHTLINER | 1FUJGEDV2ALAS0054 | Truck |
| 2010 | FREIGHTLINER | 1FUJGEDV3ASAL7533 | Truck |
| 2010 | FREIGHTLINER | 1FUJGEDV4ASAL7542 | Truck |
| 2010 | FREIGHTLINER | 1FUJGEDV5ALAS0050 | Truck |
| 2010 | FREIGHTLINER | 1FUJGEDV8ALAS0043 | Truck |
| 2010 | FREIGHTLINER | 1FUJGEDV8ASAL7530 | Truck |
| 2010 | FREIGHTLINER | 1FUJGEDV8ASAL7544 | Truck |
| 2010 | FREIGHTLINER | 1FUJGEDV9ALAS0049 | Truck |
| 2010 | FREIGHTLINER | 1FUJGEDV9ALAS0052 | Truck |
| 2011 | FREIGHTLINER | 1FUJGBDV6BSAZ8388 | Truck |
| 2011 | FREIGHTLINER | 1FUJGLDR0BSAV0927 | Truck |
| 2011 | FREIGHTLINER | 1FUJGLDR1BLAX9685 | Truck |
| 2011 | FREIGHTLINER | 1FUJGLDR1BSAV0919 | Truck |
| 2011 | FREIGHTLINER | 1FUJGLDR2BSAV0928 | Truck |
| 2011 | FREIGHTLINER | 1FUJGLDR2BSAV0931 | Truck |
| 2011 | FREIGHTLINER | 1FUJGLDR3BSBA9741 | Truck |
| 2011 | FREIGHTLINER | 1FUJGLDR4BSAV0929 | Truck |
| 2011 | FREIGHTLINER | 1FUJGLDR5BLAX9687 | Truck |
| 2011 | FREIGHTLINER | 1FUJGLDR5BSBA9739 | Truck |

| | | | |
|---|---|---|---|
| 2011 | FREIGHTLINER | 1FUJGLDR7BSAV0925 | Truck |
| 2011 | FREIGHTLINER | 1FUJGLDR8BSAV0920 | Truck |
| 2011 | FREIGHTLINER | 1FUJGLDR9BLAX9689 | Truck |
| 2011 | FREIGHTLINER | 1FUJGLDRXBLAX9684 | Truck |
| 2011 | FREIGHTLINER | 1FUJGLDRXBSAV0918 | Truck |
| 2011 | FREIGHTLINER | 1FUJA6CK0BDAV9753 | Truck |
| 2011 | FREIGHTLINER | 1FUJA6CK9BDAV9752 | Truck |
| 2011 | INTERNATIONAL | 3HSDJSJR0BN353833 | Truck |
| 2011 | INTERNATIONAL | 3HSDJSJR1BN353839 | Truck |
| 2011 | INTERNATIONAL | 3HSDJSJR1BN386372 | Truck |
| 2011 | INTERNATIONAL | 3HSDJSJR1BN386386 | Truck |
| 2011 | INTERNATIONAL | 3HSDJSJR2BN386395 | Truck |
| 2011 | INTERNATIONAL | 3HSDJSJR3BN386339 | Truck |
| 2011 | INTERNATIONAL | 3HSDJSJR3BN386373 | Truck |
| 2011 | INTERNATIONAL | 3HSDJSJR6BN353836 | Truck |
| 2011 | INTERNATIONAL | 3HSDJSJR6BN386500 | Truck |
| 2011 | INTERNATIONAL | 3HSDJSJR7BN386344 | Truck |
| 2011 | INTERNATIONAL | 3HSDJSJR7BN410139 | Truck |
| 2011 | INTERNATIONAL | 3HSDJSJR8BN386501 | Truck |
| 2011 | INTERNATIONAL | 3HSDJSJRXBN353838 | Truck |
| 2011 | INTERNATIONAL | 3HSDJSJRXBN386595 | Truck |
| 2011 | ITNERNATIONAL | 3HSDJSJR0BN386461 | Truck |
| 2014 | PRATT | 1P9CP4320EB343969 | Chassis |
| 2014 | PRATT | 1P9CP4320EB343972 | Chassis |
| 2014 | PRATT | 1P9CP4321EB343964 | Chassis |
| 2014 | PRATT | 1P9CP4321EB343978 | Chassis |
| 2014 | PRATT | 1P9CP4322EB343973 | Chassis |
| 2014 | PRATT | 1P9CP4323EB343965 | Chassis |
| 2014 | PRATT | 1P9CP4324EB343974 | Chassis |
| 2014 | PRATT | 1P9CP4325EB343966 | Chassis |
| 2014 | PRATT | 1P9CP4326EB343975 | Chassis |
| 2014 | PRATT | 1P9CP4327EB343967 | Chassis |
| 2014 | PRATT | 1P9CP4327EB343970 | Chassis |
| 2014 | PRATT | 1P9CP4328EB343976 | Chassis |
| 2014 | PRATT | 1P9CP4329EB343968 | Chassis |
| 2014 | PRATT | 1P9CP4329EB343971 | Chassis |
| 2014 | PRATT | 1P9CP432XEB343977 | Chassis |

| | | | |
|---|---|---|---|
| **TBK Bank** | | | |
| 2016 | FREIGHTLINER | 3AKJGLD50GSHA1844 | Truck |
| 2016 | FREIGHTLINER | 3AKJGLD52GSHA1845 | Truck |
| 2016 | FREIGHTLINER | 3AKJGLD55GSHA1841 | Truck |
| 2016 | FREIGHTLINER | 3AKJGLD57GSHA1842 | Truck |
| 2016 | FREIGHTLINER | 3AKJGLD59GSHA1843 | Truck |

| Wells Fargo | | | |
|---|---|---|---|
| 2017 | F-LINER | 3AKJGLDV7HSHG6711 | CASCADIA |
| 2017 | F-LINER | 3AKJGLDV9HSHG6712 | CASCADIA |
| 2017 | F-LINER | 3AKJGLDV0HSHG6713 | CASCADIA |
| 2017 | F-LINER | 3AKJGLDV2HSHG6714 | CASCADIA |
| 2017 | F-LINER | 3AKJGLDV4HSHG6715 | CASCADIA |
| 2017 | F-LINER | 3AKJGLDVXHSHG6718 | CASCADIA |
| 2017 | F-LINER | 3AKJGLDV8HSHG6720 | CASCADIA |
| 2017 | F-LINER | 3AKJGLDV1HSHG6722 | CASCADIA |
| 2017 | F-LINER | 3AKJGLDV3HSHG6723 | CASCADIA |
| 2017 | F-LINER | 3AKJGLDV5HSHG6724 | CASCADIA |
| 2010 | F-LINER | 1FUJGEDR8ASAR6967 | X12564ST |
| 2010 | F-LINER | 1FUJGEDR8ASAR6970 | X12564ST |
| 2010 | F-LINER | 1FUJGEDRXASAR6971 | X12564ST |
| 2010 | F-LINER | 1FUJGEDR1ASAR6969 | X12564ST |
| 2010 | F-LINER | 1FUJGEDR9ASAU9690 | X12564ST |

| Ascentium | | | |
|---|---|---|---|
| 2010 | F-LINER | 1FUJGEDR5ASAR2956 | X12564ST |
| 2010 | F-LINER | 1FUJGEDR5ASAR6991 | X12564ST |
| 2010 | F-LINER | 1FUJGEDR4ASAR6982 | X12564ST |

| Exchange Bank | | | |
|---|---|---|---|
| 2010 | F-LINER | 1FUJGEDR3ASAR6973 | X12564ST |
| 2010 | F-LINER | 1FUJGEDR0ASAV0730 | X12564ST |