Andrew K. Alper (State Bar No. 088876)
aalper@frandzel.com
Gerrick M. Warrington (State Bar No. 294890)
gwarrington@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard
Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Creditor TBK Bank, SSB, a Texas State Savings Bank

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| In re<br><br>RDX, Inc.,<br><br>　　　　Debtor. | CASE No. 17-12463<br><br>DC No. FRB-1<br><br>Chapter 7<br><br>**EX PARTE APPLICATION FOR AN ORDER SETTING A HEARING ON SHORTED NOTICE ON CREDITOR TBK BANK, SSB'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>[Filed concurrently with Declaration of Dirk Copple in Support of Ex Parte Relief; Motion for Relief form Stay; Memorandum of Points and Authorities in Support of Motion for Relief from Stay; Declaration of Dirk Copple in Support of Motion for Relief from Stay; and Appendix of Exhibits]<br><br>[No Hearing Required on Ex Parte Application] |

　　　　Secured creditor, TBK Bank, SSB, a Texas State Savings Bank ("TBK"), hereby submits this Ex Parte Application for an Order Setting a Hearing on Shortened Notice on TBK's Motion for Relief From the Automatic Stay ("Motion"), seeking a hearing at the first-available date and time. Concurrently with the filing of this Ex Parte Application, TBK is filing a declaration of Dirk Copple in support of the ex parte relief requested, as well as the underlying Motion for Relief from

Stay, and supporting documents related thereto, as well as a proposed order related to this Ex Parte Application.

## INTRODUCTION

As set forth in detail in the separately and concurrently-filed Motion for Relief from Stay, declaration of Dirk Copple in support of stay relief, and appendix of exhibits related to stay relief, and as summarized below, TBK should be granted relief from the automatic stay. TBK made two loans to the Debtor RDX, Inc. ("Debtor"), which are secured by personal property collateral, including 68 trailer tractors and 15 trailers ("Trucks"). The total amount outstanding under both loans totals more than $2.2 million. The value of the Trucks is approximately $1.4 million at best.

## BASIS FOR EX PARTE RELIEF

Exigent circumstances exist for which TBK seeks a hearing on a shortened basis. Specifically, none of the Trucks are insured. Without insurance, the Trucks are not protected from potential accidents with uninsured third parties. In fact, TBK has now learned and provided evidence thereof that at the time the loan was made, the Debtor provided false and forged insurance certificates to TBK and did not have insurance at the inception of the larger loan identified in the Motion as LSA 1. *See* Declaration of Dirk Copple in Support of Motion for Relief from Stay, ¶18; Appendix of Exhibits, Exh. 10.

In addition, of the vehicles which TBK has repossessed (prior to the bankruptcy filing), each one of these vehicles has been damaged in what appears to be intentional acts by the Debtor's own principals. The Debtor has left other Trucks with major repair bills, as can be seen from the Declaration of Dirk Copple in support of this Application (¶¶5,6) and in the separately-filed declaration of Dirk Copple in support of the Motion for Relief From Stay (¶¶19, 20, 25, 26), all of which is adversely affecting the value of the collateral and increasing TBK's risks of losses. Without a hearing on a shortened basis, TBK will suffer irreparable harm because the Debtor and its principals have been cannibalizing and destroying the collateral.

## SUMMARY OF MOTION FOR RELIEF FROM STAY

In accordance with Local Rule 9014-1(f)(3), TBK is filing its Motion concurrently with and as an exhibit related to this Ex Parte Application. The Motion seeks immediate relief from the

2590844.2 | 101026-0002

2

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, 19TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

automatic stay pursuant to 11 U.S.C. §§ 362(d)(1) and (d)(2) to allow TBK to exercise all available non-bankruptcy law remedies, including repossession and sale of the Trucks before their value diminishes any further due to intentional or accidental damage.

In short, "cause" for relief from stay under § 362(d)(1) exists for several reasons. First, TBK is not adequately protected. There is no equity in the Trucks, and they are depreciating from use, among other things. In addition, the collateral has been, and presumably still is being, subjected to intentional damage. Several of the Trucks are in need of substantial repairs. Finally, it has come to the attention of TBK that all of the Trucks are uninsured as of Sunday, July 2, 2017, due to a lapse in insurance coverage. This is particularly troubling, given the obvious potential for uncompensated damage to the collateral by uninsured third-parties. Moreover, there is clear and present danger to others with the Debtors running around in Trucks which could injure persons and property without insurance. When the Court looks at the Debtor's Schedules, the Debtor has shown its distaste for complying with rules, laws, and regulations, as the Court will see traffic violation, after traffic violation, on its Schedules. In addition, relief should be granted under § 362(d)(2) because the Trucks lack equity for the Estate and there is no prospect of an "effective reorganization" in this chapter 7 case.

WHEREFORE, TBK respectfully requests that the Court:

1. Enter the proposed order granting this Ex Parte Application; and

2. Set a hearing on the Motion at the first-available date and time on the Court's calendar.

DATED: July 6, 2017　　　　　　　　FRANDZEL ROBINS BLOOM & CSATO, L.C.

By: /s/ Andrew K. Alper
　　ANDREW K. ALPER
　　Attorneys for Creditor TBK Bank, SSB, a Texas
　　State Savings Bank

2590844.2 | 101026-0002

3