A. NEW OWNER'S LAST NAME (OR) COMPANY NAME    FIRST

B. NEW OWNER'S ADDRESS    APT NUMBER    C. ODOMETER READING (NO TENTHS)

D. CITY    STATE    ZIP CODE    E. DATE OF SALE OR LEASE RETURN    MO   DAY   YR

F. SELLER'S OR LESSEE'S LAST NAME (OR) COMPANY NAME    FIRST    G. SELLING PRICE (NO CENTS) WHOLE DOLLARS

H. SELLER'S OR LESSEE'S ADDRESS    APT NUMBER    I. SELLER'S OR LESSEE'S SIGNATURE

J. CITY    STATE    ZIP CODE    X

VEHICLE ID NUMBER    YR MODEL   MAKE    PLATE NUMBER

**1FUJGEDV4ASAL7542**    **2010 FRHT**    **3QKE095**

REG 138A (REV 10/2012)

---

## STATE OF CALIFORNIA

### CERTIFICATE OF TITLE

**b1416080L1A2**

VEHICLE HISTORY

**COMMERCIAL**    **TITLE ONLY**

VEHICLE ID NUMBER    YR MODEL   MAKE    PLATE NUMBER

**1FUJGEDV4ASAL7542**    **2010 FRHT**    **3QKE095**

| BODY TYPE MODEL | AX | UNLADEN WEIGHT | FUEL | TRANSFER DATE | FEES PAID | REGISTRATION EXPIRATION DATE |
|---|---|---|---|---|---|---|
| **DS** | **3** | **16500** | **D** | | **$15** | **03/31/2014** |

| | YR 1ST SOLD | CLASS | YR | MO | EQUIPMT/TRUST NUMBER | ISSUE DATE |
|---|---|---|---|---|---|---|
| | | **RR** | **2014** | **XV** | | **08/01/16** |

MOTORCYCLE ENGINE NUMBER    ODOMETER DATE    ODOMETER READING

- - - - -

REGISTERED OWNER(S)

**RDX INC**
**2436 S SARAH ST**
**FRESNO CA 93706**

I certify (or declare) under penalty of perjury under the laws of the State of California that **THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.**

1a _____ X _____
   DATE      SIGNATURE OF REGISTERED OWNER

1b _____ X _____
   DATE      SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads [ _ _ _ _ _ _ _ ] (no tenths) miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked. Mileage is VOID if altered or erased.

**WARNING** ☐ Odometer reading is not the actual mileage. ☐ Mileage exceeds the odometer mechanical limits.

*I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

| DATE | TRANSFEROR/SELLER SIGNATURE(S) | DATE | TRANSFEREE/BUYER SIGNATURE(S) |
|---|---|---|---|
| | X | | X |
| PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY | | PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY | |

### IMPORTANT READ CAREFULLY

Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)

**TBK BANK SSB** ✓
**12700 PARK CENTRAL DR**
**STE 1700**
**DALLAS**
**TX 75251**

2. X _____
Signature releases interest in vehicle. (Company names must be countersigned)
Release Date

**CA167443367**

022120    REG. 17.30RS (REV 02/2016)

VOID WITHOUT BEAR WATERMARK HOLD TO LIGHT TO VIEW

**KEEP IN A SAFE PLACE · VOID IF ALTERED**

50

400406361

1FUJGEDV5ALAS0050                    2010 FRHT                    3QNZ776

# STATE OF CALIFORNIA

## CERTIFICATE OF TITLE                    VEHICLE HISTORY

61436120229

**COMMERCIAL**          **TITLE ONLY**

| | YR MODEL | MAKE | PLATE NUMBER |
|---|---|---|---|
| VEHICLE ID NUMBER | 2010 | FRHT | 3QNZ776 |
| 1FUJGEDV5ALAS0050 | | | |

| BODY TYPE MODEL | AX | UNILADEN WEIGHT | FUEL | TRANSFER DATE | FEES PAID | REGISTRATION EXPIRATION DATE |
|---|---|---|---|---|---|---|
| DS | 3 | 16000 | D | | $20 | 03/31/2014 |

| YR 1ST SOLD | CLASS | YR | MO | EQUIPMT/TRUST NUMBER | ISSUE DATE |
|---|---|---|---|---|---|
| | QH | 2014 | XZ | | 12/02/16 |

MOTORCYCLE ENGINE NUMBER          ODOMETER DATE          ODOMETER READING

REGISTERED OWNER(S)
RDX INC
2436 S SARAH ST
FRESNO CA 93706

I certify (or declare) under penalty of perjury under the laws of the State of California that **THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.**

1a _____ DATE _____ X _____
              SIGNATURE OF REGISTERED OWNER

1b _____ DATE _____ X _____
              SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads [ | | , | | ] (no tenths) miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked. Mileage is VOID if altered or erased.

**WARNING** ☐ Odometer reading is not the actual mileage ☐ Mileage exceeds the odometer mechanical limits.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| DATE | TRANSFEROR/SELLER SIGNATURE(S) | DATE | TRANSFEROR/BUYER SIGNATURE(S) |
|---|---|---|---|
| | X | | X |

PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY     PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY

### IMPORTANT READ CAREFULLY
Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)

TBK BANK SSB
3 PARK CENTRAL
DALLAS
TX 75251

2  X _____
Signature releases interest in vehicle. (Company names must be countersigned)

Release Date _____

CA169893761

018006          REG. 17 30RS (REV.02/20%)

**KEEP IN A SAFE PLACE - VOID IF ALTERED**

VOID WITHOUT BEAR WATERMARK. HOLD TO LIGHT TO VIEW

51



A. NEW OWNER'S *LAST NAME* (OR) COMPANY NAME    *FIRST*

B. NEW OWNER'S ADDRESS    APT NUMBER    C. ODOMETER READING (NO TENTHS)

D. CITY    STATE    ZIP CODE    E. DATE OF SALE OR LEASE RETURN

F. SELLER'S OR LESSEE'S *LAST NAME* (OR) COMPANY NAME    *FIRST*    G. SELLING PRICE (NO CENTS) WHOLE DOLLARS

H. SELLER'S OR LESSEE'S ADDRESS    APT NUMBER    I. SELLER'S OR LESSEE'S SIGNATURE

X

J. CITY    STATE    ZIP CODE

VEHICLE ID NUMBER    YR MODEL   MAKE    PLATE NUMBER

1FUJGEDV8ALAS0043    2010 FRHT    3Q0A263

REG 138A (REV. 10/2012)

---

## STATE OF CALIFORNIA

## CERTIFICATE OF TITLE

VEHICLE HISTORY

61416080142

**COMMERCIAL**    **TITLE ONLY**

VEHICLE ID NUMBER    YR MODEL   MAKE    PLATE NUMBER

1FUJGEDV8ALAS0043    2010 FRHT    3Q0A263

BODY TYPE MODEL    AX   UNLADEN WEIGHT   FUEL   TRANSFER DATE    FEES PAID    REGISTRATION EXPIRATION DATE

DS    3 16000 D    $15    03/31/2014

YR 1ST SOLD   CLASS   *YR   MO    EQUIPMT/TRUST NUMBER    ISSUE DATE

QH 2014 XV    08/01/16

MOTORCYCLE ENGINE NUMBER    ODOMETER DATE    ODOMETER READING

REGISTERED OWNER(S) ✓

RDX INC
2436 S SARAH ST
FRESNO CA 93706

- - - - -

I certify (or declare) under penalty of perjury under the laws of the State of California that THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.

1a   DATE   X     SIGNATURE OF REGISTERED OWNER

1b   DATE   X     SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads [ ] [ ] [ ] , [ ] [ ] [ ] (no tenths), miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked. Mileage is VOID if altered or erased.

**WARNING** ☐ Odometer reading is not the actual mileage. ☐ Mileage exceeds the odometer mechanical limits.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE   TRANSFEROR/SELLER SIGNATURE(S)    DATE   TRANSFEREE/BUYER SIGNATURE(S)

X     X

PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY    PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY

## IMPORTANT READ CAREFULLY

Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)

TBK BANK SSB ✓
12700 PARK CENTRAL DR
STE 1700
DALLAS
TX 75251

2. X
Signature releases interest in vehicle. (Company names must be countersigned)
Release Date

CA167443364

022117    REG. 1730RS (REV 02/2016)

**KEEP IN A SAFE PLACE - VOID IF ALTERED**

VOID WITHOUT BEAR WATERMARK, HOLD TO LIGHT TO VIEW

52

| A. NEW OWNER'S LAST NAME (OR) COMPANY NAME | | | | | | | | | | | | | | FIRST | | | | | | | | | | | | | |
| B. NEW OWNER'S ADDRESS | | | | | | | | | | | | | | | | | | APT NUMBER | | | | | C. ODOMETER READING (NO TENTHS) | | | | |
| D. CITY | | | | | | | | | | | STATE | ZIP CODE | | | | | | | | | | E. DATE OF SALE OR LAST RETURN | | | |
| F. SELLER'S OR LESSEE'S LAST NAME (OR) COMPANY NAME | | | | | | | | | | | FIRST | | | | | | | | | | | G. SELLING PRICE (NO CENTS) WHOLE DOLLARS | | |
| H. SELLER'S OR LESSEE'S ADDRESS | | | | | | | | | | | | | | | | APT NUMBER | | | | | I. SELLER'S OR LESSEE'S SIGNATURE | | | |
| J. CITY | | | | | | | | | | | STATE | ZIP CODE | | | | | | | | | | X | | | |

| | VEHICLE I.D NUMBER | | | | | | | | YR. MODEL | MAKE | | | PLATE NUMBER | |
| | 1FUJGEDV8ASAL7530 | | | | | | | | 2010 FRHT | | | | 3QKE906 | |

REG 138A (REV. 10/2012)

## STATE OF CALIFORNIA
## CERTIFICATE OF TITLE

61416080142

**COMMERCIAL          TITLE ONLY**

VEHICLE HISTORY

| VEHICLE ID NUMBER | | | YR MODEL | MAKE | PLATE NUMBER |
|---|---|---|---|---|---|
| 1FUJGEDV8ASAL7530 | | | 2010 FRHT | | 3QKE906 |

| BODY TYPE MODEL | AX | UNLADEN WEIGHT | FUEL | TRANSFER DATE | FEES PAID | REGISTRATION EXPIRATION DATE |
|---|---|---|---|---|---|---|
| DS | 3 | 16500 | D | | #15 | 03/31/2014 |

| | YR 1ST SOLD | CLASS | YR | MO | EQUIPMT/TRUST NUMBER | ISSUE DATE |
|---|---|---|---|---|---|---|
| | RX | 2014 | XV | | | 08/01/16 |

| MOTORCYCLE ENGINE NUMBER | | ODOMETER DATE | ODOMETER READING |
|---|---|---|---|

REGISTERED OWNER(S) ✓

RDX INC ✓
2436 S SARAH ST
FRESNO CA 93706

- - - - -

I certify (or declare) under penalty of perjury under the laws of the State of California that **THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.**

1a ____ DATE ____ X _____
                    SIGNATURE OF REGISTERED OWNER

1b ____ DATE ____ X _____
                    SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads [ | | | | | ] (no tenths), miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked. Mileage is VOID if altered or erased.

**WARNING** ☐ Odometer reading is not the actual mileage.  ☐ Mileage exceeds the odometer mechanical limits.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| DATE | TRANSFEROR/SELLER SIGNATURE(S) | DATE | TRANSFEREE/BUYER SIGNATURE(S) |
|---|---|---|---|
| | X | | X |
| PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY | | PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY | |

### IMPORTANT READ CAREFULLY
Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)

TBK BANK SSB ✓
12700 PARK CENTRAL DR
STE 1700
DALLAS
TX 75251

2. X _____
Signature releases interest in vehicle. (Company names must be countersigned)

Release Date _____

**CA167443368**

022121          REG 17.30RS (REV 02/2016)

**KEEP IN A SAFE PLACE - VOID IF ALTERED**

VOID WITHOUT BEAR WATERMARK. HOLD TO LIGHT TO VIEW.

53

| A. NEW OWNER'S LAST NAME (OR) COMPANY NAME | | | | | | | FIRST | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| B. NEW OWNER'S ADDRESS | APT NUMBER |
|---|---|

G. ODOMETER READING (NO TENTHS)

| D. CITY | STATE | ZIP CODE |
|---|---|---|

E. DATE OF SALE OR LEASE RETURN

MO  DAY  YR

| I. SELLER'S OR LESSEE'S LAST NAME (OR) COMPANY NAME | FIRST |
|---|---|

G. SELLING PRICE (NO CENTS)

WHOLE DOLLARS

| H. SELLER'S OR LESSEE'S ADDRESS | APT NUMBER |
|---|---|

I. SELLER'S OR LESSEE'S SIGNATURE

X

| J. CITY | STATE | ZIP CODE |
|---|---|---|

| VEHICLE ID NUMBER | YR MODEL | MAKE | PLATE NUMBER |
|---|---|---|---|
| 1FUJGEDV8ASAL7544 | 2010 FRHT | | 3QKE904 |

REG 138A (REV. 10/2012)

# STATE OF CALIFORNIA

## CERTIFICATE OF TITLE

VEHICLE HISTORY

61416080A2

**COMMERCIAL          TITLE ONLY**

| VEHICLE ID NUMBER | YR MODEL | MAKE | PLATE NUMBER |
|---|---|---|---|
| 1FUJGEDV8ASAL7544 | 2010 FRHT | | 3QKE904 |

| BODY TYPE MODEL | AX | UNLADEN WEIGHT | FUEL | TRANSFER DATE | FEES PAID | REGISTRATION EXPIRATION DATE |
|---|---|---|---|---|---|---|
| DS | 3 | 16500 | D | | $15 | 03/31/2014 |

| | YR 1ST SOLD | CLASS | YR | MO | EQUIPMT/TRUST NUMBER | ISSUE DATE |
|---|---|---|---|---|---|---|
| | RX | 2014 | XV | | | 08/01/16 |

| MOTORCYCLE ENGINE NUMBER | ODOMETER DATE | ODOMETER READING |
|---|---|---|

REGISTERED OWNER(S) ✓

**RDX INC**
**2436 S SARAH ST**
**FRESNO CA 93706**

-----

I certify (or declare) under penalty of perjury under the laws of the State of California that THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.

1a _____  X _____
    DATE              SIGNATURE OF REGISTERED OWNER

1b _____  X _____
    DATE              SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads [ | | | | | | ] (no tenths), miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked. Mileage is VOID if altered or erased.

**WARNING** ☐ Odometer reading is not the actual mileage. ☐ Mileage exceeds the odometer mechanical limits.

*I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

| DATE | TRANSFEROR/SELLER SIGNATURE(S) | DATE | TRANSFEREE/BUYER SIGNATURE(S) |
|---|---|---|---|
| | X | | X |
| PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY | | PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY | |

### IMPORTANT READ CAREFULLY

Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)

**TBK BANK SSB** ✓
**12700 PARK CENTRAL DR**
**STE 1700**
**DALLAS**
**TX 75251**

2. X _____
Signature releases interest in vehicle. (Company names must be countersigned)

Release Date _____

**CA167443371**

022124          REG. 17 30RS (REV. 02/2016)

VOID WITHOUT BEAR WATERMARK. HOLD TO LIGHT TO VIEW

**KEEP IN A SAFE PLACE - VOID IF ALTERED**

54

A. NEW OWNER'S LAST NAME (OR) COMPANY NAME
FIRST

B. NEW OWNER'S ADDRESS                                    APT NUMBER
C. ODOMETER READING (NO TENTHS)

D. CITY                          STATE     ZIP CODE
E. DATE OR SALE OR LEASE RETURN
MO     DAY     YR

F. SELLER'S OR LESSEE'S LAST NAME (OR) COMPANY NAME          FIRST
G. SELLING PRICE (NO CENTS)
WHOLE
DOLLARS

H. SELLER'S OR LESSEE'S ADDRESS                          APT NUMBER
I. SELLER'S OR LESSEE'S SIGNATURE
X

J. CITY                          STATE     ZIP CODE

VEHICLE ID NUMBER                    YR MODEL   MAKE          PLATE NUMBER

**1FUJGEDV9ALAS0049**                    **2010 FRHT**        **3Q0A262**

REG 138A (REV 10/2010)

---

| STATE OF CALIFORNIA | |
|---|---|

## CERTIFICATE OF TITLE

VEHICLE HISTORY

**61416080142**

**COMMERCIAL     TITLE ONLY**

VEHICLE ID NUMBER                YR MODEL   MAKE        PLATE NUMBER
**1FUJGEDV9ALAS0049**            **2010 FRHT**          **3Q0A262**

| BODY TYPE MODEL | AX | UNLADEN WEIGHT | FUEL | TRANSFER DATE | FEES PAID | REGISTRATION EXPIRATION DATE |
|---|---|---|---|---|---|---|
| **DS** | **3** | **16000** | **D** | | **$15** | **04/30/2014** |

| YR 1ST SOLD | CLASS | YR | MO | EQUIPMT/TRUST NUMBER | ISSUE DATE |
|---|---|---|---|---|---|
| | **QH** | **2014** | **XV** | | **08/01/16** |

MOTORCYCLE ENGINE NUMBER                ODOMETER DATE    ODOMETER READING

REGISTERED OWNER(S)
**RDX INC**
**2436 S SARAH ST**
**FRESNO CA 93706**

- - - - -

I certify (or declare) under penalty of perjury under the laws of the State of California that THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.

1a. _____ X _____
        DATE              SIGNATURE OF REGISTERED OWNER

1b. _____ X _____
        DATE              SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads [ | | | | | | ] (no tenths), miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked. Mileage is VOID if altered or erased.

WARNING ☐ Odometer reading is not the actual mileage ☐ Mileage exceeds the odometer mechanical limits

*I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

| DATE | TRANSFEROR/SELLER SIGNATURE(S) | DATE | TRANSFEREE/BUYER SIGNATURE(S) |
|---|---|---|---|
| | X | | X |

PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY          PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY

### IMPORTANT READ CAREFULLY

Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)

**TBK BANK SSB** ✓
**12700 PARK CENTRAL DR**
**STE 1700**
**DALLAS**
**TX 75251**

2. X _____
Signature releases interest in vehicle. (Company names must be countersigned)

Release Date _____

**CA167443363**

**022116**                REG. 17.30RS (REV.02/2016)

| KEEP IN A SAFE PLACE - VOID IF ALTERED | |
|---|---|

VOID WITHOUT BEAR WATERMARK. HOLD TO LIGHT TO VIEW

55



A. NEW OWNER'S LAST NAME (OR) COMPANY NAME ... FIRST

B. NEW OWNER'S ADDRESS ... APT NUMBER ... C. ODOMETER READING (NO TENTHS)

D. CITY ... STATE ... ZIP CODE ... E. DATE OF SALE OR LEASE RETURN

F. SELLER'S OR LESSEE'S LAST NAME (OR) COMPANY NAME ... FIRST ... G. SELLING PRICE (NO CENTS) WHOLE DOLLARS

H. SELLER'S OR LESSEE'S ADDRESS ... APT NUMBER ... I. SELLER'S OR LESSEE'S SIGNATURE
X

J. CITY ... STATE ... ZIP CODE

VEHICLE ID NUMBER ... YR MODEL ... MAKE ... PLATE NUMBER

**1FUJGEDV9ALAS0052** ... **2010 FRHT** ... **3Q0A261**

REG 138A (REV 10/2012)

---

## STATE OF CALIFORNIA

## CERTIFICATE OF TITLE

614160801A2

VEHICLE HISTORY

**COMMERCIAL        TITLE ONLY**

| VEHICLE ID NUMBER | YR MODEL | MAKE | PLATE NUMBER |
|---|---|---|---|
| **1FUJGEDV9ALAS0052** | **2010 FRHT** | | **3Q0A261** |

BODY TYPE MODEL ... AX ... UNLADEN WEIGHT ... FUEL ... TRANSFER DATE ... FEES PAID ... REGISTRATION EXPIRATION DATE
**DS** ... **3 16000 D** ... **$15** ... **03/31/2014**

YR 1ST SOLD ... CLASS ... *YR ... MO ... EQUIPMT/TRUST NUMBER ... ISSUE DATE
**QH 2014 XV** ... **08/01/16**

MOTORCYCLE ENGINE NUMBER ... ODOMETER DATE ... ODOMETER READING

REGISTERED OWNER(S) ✓
**RDX INC**
**2436 S SARAH ST**
**FRESNO CA 93706**

- - - - -

I certify (or declare) under penalty of perjury under the laws of the State of California that THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.

1a. _____ X _____
DATE ... SIGNATURE OF REGISTERED OWNER

1b. _____ X _____
DATE ... SIGNATURE OF REGISTERED OWNER

Federal and state law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads [ ] [ ] [ ] [ ] [ ] [ ] (no tenths), miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked. Mileage is VOID if altered or erased.

**WARNING** ☐ Odometer reading is not the actual mileage. ☐ Mileage exceeds the odometer mechanical limits.

*I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

DATE ... TRANSFEROR/SELLER SIGNATURE(S) ... DATE ... TRANSFEREE/BUYER SIGNATURE(S)
X ... X

PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY ... PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY

### IMPORTANT READ CAREFULLY

Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)
**TBK BANK SSB** ✓
**12700 PARK CENTRAL DR**
**STE 1700**
**DALLAS**
**TX 75251**

2. X _____
Signature releases interest in vehicle. (Company names must be countersigned)

Release Date _____

**CA167443365**

022118 ... REG. 17.30RS (REV.02/2016)

### KEEP IN A SAFE PLACE - VOID IF ALTERED

VOID WITHOUT BEAR WATERMARK. HOLD TO LIGHT TO VIEW.

56



A. NEW OWNER'S LAST NAME (OR) COMPANY NAME    FIRST

B. NEW OWNER'S ADDRESS    APT NUMBER

C. ODOMETER READING (NO TENTHS)

D. CITY    STATE    ZIP CODE

E. DATE OF SALE OR LEASE RETURN

F. SELLER'S OR LESSEE'S LAST NAME (OR) COMPANY NAME    FIRST

G. SELLING PRICE (NO CENTS)   WHOLE DOLLARS

H. SELLER'S OR LESSEE'S ADDRESS    APT NUMBER

I. SELLER'S OR LESSEE'S SIGNATURE

X

J. CITY    STATE    ZIP CODE

VEHICLE ID NUMBER    YR. MODEL   MAKE    PLATE NUMBER

1FUJGBDV6BSAZ8388    2011 FRHT    3QKD256

REG 138A (REV. 10/2012)

# STATE OF CALIFORNIA

## CERTIFICATE OF TITLE

614160801A2

VEHICLE HISTORY

COMMERCIAL    TITLE ONLY

VEHICLE ID NUMBER     YR MODEL   MAKE    PLATE NUMBER

1FUJGBDV6BSAZ8388    2011 FRHT    3QKD256

BODY TYPE MODEL   AX   UNLADEN WEIGHT   FUEL   TRANSFER DATE   FEES PAID    REGISTRATION EXPIRATION DATE

DS    3 16500 D    #15    04/30/2013

YR 1ST SOLD   CLASS   YR   MO   EQUIPMT/TRUST NUMBER    ISSUE DATE

SV 2013 XV    08/01/16

MOTORCYCLE ENGINE NUMBER    ODOMETER DATE    ODOMETER READING

08/06/2013    529145 MI

ACTUAL MILEAGE

REGISTERED OWNER(S)

SINGH NAVDEEP ✓
5724 W MAGILL AVE
FRESNO CA 93722

-----

I certify (or declare) under penalty of perjury under the laws of the State of California that THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.

1a. _____ DATE _____ X _____
SIGNATURE OF REGISTERED OWNER

1b. _____ DATE _____ X _____
SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads |__|__|__|__|__|__| (no tenths), miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked. Mileage is VOID if altered or erased.

WARNING ☐ Odometer reading is not the actual mileage. ☐ Mileage exceeds the odometer mechanical limits.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE   TRANSFEROR/SELLER SIGNATURE(S)
X

DATE   TRANSFEREE/BUYER SIGNATURE(S)
X

PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY    PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY

### IMPORTANT READ CAREFULLY

Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)

TBK BANK SSB ✓
12700 PARK CENTRAL DR
STE 1700
DALLAS
TX 75251

2. X _____
Signature releases interest in vehicle. (Company names must be countersigned)

Release Date _____

CA167443355

022108

REG. 17.30RS (REV 02/2016)

KEEP IN A SAFE PLACE - VOID IF ALTERED

VOID WITHOUT BEAR WATERMARK. HOLD TO LIGHT TO VIEW.



A. NEW OWNER'S LAST NAME (OR) COMPANY NAME    FIRST

B. NEW OWNER'S ADDRESS    APT NUMBER

C. ODOMETER READING (NO TENTHS)

D. CITY    STATE    ZIP CODE

E. DATE OF SALE OR LEASE RETURN   MO   DAY   YR

F. SELLER'S OR LESSEE'S LAST NAME (OR) COMPANY NAME    FIRST

G. SELLING PRICE (NO CENTS)   WHOLE DOLLARS

H. SELLER'S OR LESSEE'S ADDRESS    APT NUMBER

I. SELLER'S OR LESSEE'S SIGNATURE   X

J. CITY    STATE    ZIP CODE

| VEHICLE I.D NUMBER | YR. MODEL MAKE | PLATE NUMBER |
|---|---|---|
| 1FUJGLDR1BLAX9685 | 2011 FRHT | 3QKE834 |

REG 138A (REV. 10/2012)

## STATE OF CALIFORNIA

### CERTIFICATE OF TITLE

61416080102

VEHICLE HISTORY

**COMMERCIAL**     **TITLE ONLY**

| VEHICLE ID NUMBER | YR MODEL | MAKE | PLATE NUMBER |
|---|---|---|---|
| 1FUJGLDR1BLAX9685 | 2011 | FRHT | 3QKE834 |

REGISTRATION EXPIRATION DATE

| BODY TYPE MODEL | AX | UNLADEN WEIGHT | FUEL | TRANSFER DATE | FEES PAID | |
|---|---|---|---|---|---|---|
| DS | 3 | 16800 | D | 07/27/16 | $15 | 03/31/2014 |

| YR 1ST SOLD | CLASS | YR | MO | EQUIPMT/TRUST NUMBER | ISSUE DATE |
|---|---|---|---|---|---|
| | QN | 2014 | XV | | 08/01/16 |

MOTORCYCLE ENGINE NUMBER     ODOMETER DATE     ODOMETER READING

REGISTERED OWNER(S)

RDX INC
5724 MAGILL AVE
FRESNO CA 93722

- - - - -

I certify (or declare) under penalty of perjury under the laws of the State of California that THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.

1a_____ DATE _____ X _____
SIGNATURE OF REGISTERED OWNER

1b_____ DATE _____ X _____
SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads [ ] [ ] [ ] , [ ] [ ] [ ] (no tenths), miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked. Mileage is VOID if altered or erased.

**WARNING**   ☐ Odometer reading is not the actual mileage.   ☐ Mileage exceeds the odometer mechanical limits.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| DATE | TRANSFEROR/SELLER SIGNATURE | DATE | TRANSFEREE/BUYER SIGNATURE |
|---|---|---|---|
| | X | | X |

PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY     PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY

### IMPORTANT READ CAREFULLY

Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)

TBK BANK SSB ✓
12700 PARK CENTRAL DR
STE 1700
DALLAS
TX 75251

2. X _____
Signature releases interest in vehicle (Company names must be countersigned)

Release Date _____

CA167443385

022138    REG 17 30RS (REV.02/2016)

**KEEP IN A SAFE PLACE - VOID IF ALTERED**

VOID WITHOUT BEAR WATERMARK. HOLD TO LIGHT TO VIEW.

59

A. NEW OWNER'S LAST NAME OR COMPANY NAME                FIRST

B. NEW OWNER'S ADDRESS                              APT NUMBER    C. ODOMETER READING (NO TENTHS)

D. CITY                        STATE    ZIP CODE        E. DATE OF SALE OR LEASE RETURN

F. SELLER'S OR LESSEE'S LAST NAME (OR) COMPANY NAME    FIRST    G. SELLING PRICE (NO CENTS)

H. SELLER'S OR LESSEE'S ADDRESS                    APT NUMBER    I. SELLER'S OR LESSEE'S SIGNATURE
                                                              X

J. CITY                        STATE    ZIP CODE

VEHICLE ID NUMBER                        YR MODEL    MAKE        PLATE NUMBER

1FUJGLDR1BSAV0919              2011 FRHT    3QKE847

REG 138A (REV 10/03)

# STATE OF CALIFORNIA

## CERTIFICATE OF TITLE

61416080102                                          VEHICLE HISTORY

COMMERCIAL        TITLE ONLY            YR MODEL    MAKE        PLATE NUMBER
VEHICLE ID NUMBER                       2011 FRHT   3QKE847
1FUJGLDR1BSAV0919 ✓                                 REGISTRATION
                                                    EXPIRATION DATE
BODY TYPE MODEL   AX  UNLADEN  FUEL  TRANSFER DATE  FEES PAID   04/30/2014
                  WEIGHT
DS                3  16500 D  07/27/16  $15          ISSUE DATE
                  YR 1ST  CLASS  YR  MO  EQUIPMT/TRUST NUMBER  08/01/16
                  SOLD
                  NJ  2013  XV      ODOMETER DATE    ODOMETER READING

MOTORCYCLE ENGINE NUMBER

REGISTERED OWNER(S) ✓
RDX INC
5724 MAGILL AVE
FRESNO CA 93722

                                                    - - - - -

I certify (or declare) under penalty of perjury under the laws of the State of California that THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.

1a _____  X _____
     DATE              SIGNATURE OF REGISTERED OWNER

1b _____  X _____
     DATE              SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads [ _ _ _ _ _ _ ] (no tenths), miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked. Mileage is VOID if altered or erased.

WARNING  ☐ Odometer reading is not the actual mileage.  ☐ Mileage exceeds the odometer mechanical limits.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE    TRANSFEROR/SELLER SIGNATURE(S)      DATE    TRANSFEREE/BUYER SIGNATURE(S)
        X                                           X
PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY    PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY

### IMPORTANT READ CAREFULLY
Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)

TBK BANK SSB ✓                    2. X _____
12700 PARK CENTRAL DR              Signature releases interest in vehicle. (Company
STE 1700                           names must be countersigned)
DALLAS                             Release Date _____
TX 75251                                          CA167443376
                          022129   REG. 17.30RS (REV 02/2016)

KEEP IN A SAFE PLACE - VOID IF ALTERED

VOID WITHOUT BEAR WATERMARK, HOLD TO LIGHT TO VIEW.

60

A. NEW OWNER'S LAST NAME (OR) COMPANY NAME　　　　　FIRST

B. NEW OWNER'S ADDRESS　　　　　　　　　　　APT NUMBER　　C. ODOMETER READING (NO TENTHS)

D. CITY　　　　　　　　　STATE　　ZIP CODE　　　　　E. DATE OF SALE OR LEASE RETURN
　　　　　　　　　　　　　　　　　　　　　　　　　　MO　　DAY　　YR

F. SELLER'S OR LESSEE'S LAST NAME (OR) COMPANY NAME　　　FIRST　　　G. SELLING PRICE (NO CENTS)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　WHOLE
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DOLLARS

H. SELLER'S OR LESSEE'S ADDRESS　　　　　　　APT NUMBER　　I. SELLER'S OR LESSEE'S SIGNATURE

J. CITY　　　　　　　　　STATE　　ZIP CODE　　　　　X

　　　VEHICLE ID NUMBER　　　　　　　YR MODEL　MAKE　　PLATE NUMBER

**1FUJGLDR2BSAV0928**　　　　**2011 FRHT**　　**3QKE844**

REG 138A (REV. 10/2012)

---

## STATE OF CALIFORNIA

### CERTIFICATE OF TITLE

VEHICLE HISTORY

**61416080102**

**COMMERCIAL**　　**TITLE ONLY**

| | YR MODEL | MAKE | | PLATE NUMBER |
|---|---|---|---|---|

VEHICLE ID NUMBER　　　　　　　　　YR MODEL　MAKE　　　PLATE NUMBER
**1FUJGLDR2BSAV0928**　　　　**2011 FRHT**　　**3QKE844**

BODY TYPE MODEL　　AX　UNLADEN WEIGHT　FUEL　TRANSFER DATE　FEES PAID　REGISTRATION EXPIRATION DATE
**DS**　　　　**3　16500　D　07/27/16　$15　05/31/2014**

　　　　　YR 1ST SOLD　　CLASS　YR　MO　EQUIPMT/TRUST NUMBER　ISSUE DATE
　　　　　**NJ　2013　XV**　　　　　　　**08/01/16**

MOTORCYCLE ENGINE NUMBER　　　　ODOMETER DATE　　ODOMETER READING

REGISTERED OWNER(S)
**RDX INC
5724 MAGILL AVE
FRESNO CA 93722**

- - - - -

I certify (or declare) under penalty of perjury under the laws of the State of California that **THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.**

1a. ____ DATE ____ X _____
　　　　　　　　SIGNATURE OF REGISTERED OWNER

1b. ____ DATE ____ X _____
　　　　　　　　SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads |__|__|__|,|__|__|__| (no tenths) miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked. Mileage is VOID if altered or erased.

WARNING　☐ Odometer reading is not the actual mileage　☐ Mileage exceeds the odometer mechanical limits

*I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

| DATE | TRANSFEROR/SELLER SIGNATURE(S) | DATE | TRANSFEREE/BUYER SIGNATURE(S) |
|---|---|---|---|
| | X | | X |

PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY　　PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY

### IMPORTANT READ CAREFULLY

Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)

**TBK BANK SSB** ✓
**12700 PARK CENTRAL DR
STE 1700
DALLAS
TX 75251**

2　X _____
Signature releases interest in vehicle. (Company names must be countersigned)
Release Date _____

**CA167443377**
022130

REG 17 30RS (REV 02/2014)

KEEP IN A SAFE PLACE - VOID IF ALTERED

A. NEW OWNER'S LAST NAME (OR) COMPANY NAME                FIRST

B. NEW OWNER'S ADDRESS                APT NUMBER          C. ODOMETER READING (NO TENTHS)

D. CITY          STATE     ZIP CODE          E. DATE OF SALE OR LEASE RETURN

F. SELLER'S OR LESSEE'S LAST NAME (OR) COMPANY NAME     FIRST          G. SELLING PRICE (NO CENTS)
                                                                          WHOLE DOLLARS

H. SELLER'S OR LESSEE'S ADDRESS                APT NUMBER          I. SELLER'S OR LESSEE'S SIGNATURE

X

J. CITY          STATE     ZIP CODE

VEHICLE ID NUMBER          YR MODEL    MAKE          PLATE NUMBER

1FUJGLDR2BSAV0931          2011 FRHT          3QKE846

REG 186A (REV. 10/2012)

---

## STATE OF CALIFORNIA

### CERTIFICATE OF TITLE

**61416080102**                          VEHICLE HISTORY

**COMMERCIAL      TITLE ONLY**          YR MODEL   MAKE          PLATE NUMBER

VEHICLE ID NUMBER                        2011 FRHT          3QKE846
1FUJGLDR2BSAV0931 ✓                                         REGISTRATION
                                                            EXPIRATION DATE
BODY TYPE MODEL      AX   UNLADEN   FUEL  TRANSFER DATE  FEES PAID
                     WEIGHT                                  05/31/2014
DS                   3  16500  D    07/27/16    $15
                                                            ISSUE DATE
         YR 1ST      CLASS    YR    MO   EQUIPMT/TRUST NUMBER
         SOLD                                                08/01/16
                     NJ   2013   XV
MOTORCYCLE ENGINE NUMBER                 ODOMETER DATE    ODOMETER READING

REGISTERED OWNER(S) ✓

RDX INC
5724 MAGILL AVE
FRESNO CA 93722                                    - - - - -

I certify (or declare) under penalty of perjury under the laws of the State of California that **THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.**

1a. _____ X _____
    DATE        SIGNATURE OF REGISTERED OWNER

1b. _____ X _____
    DATE        SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads [ | | | | | | ] (no tenths) miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked. Mileage is VOID if altered or erased.

**WARNING**  ☐ Odometer reading is **not** the actual mileage.  ☐ Mileage exceeds the odometer mechanical limits.

*I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

DATE                                      DATE
X                                         X
PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY     PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY

**IMPORTANT READ CAREFULLY**
Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)                             2. X _____
                                         Signature releases interest in vehicle. (Company
TBK BANK SSB ✓                           names must be countersigned)
12700 PARK CENTRAL DR
STE 1700                                 Release Date _____
DALLAS
TX 75251                                 CA167443378

022131                    REG 17.30RS (REV.02/2016)

### KEEP IN A SAFE PLACE - VOID IF ALTERED

62

A. NEW OWNER'S LAST NAME (OR) COMPANY NAME    FIRST

B. NEW OWNER'S ADDRESS     APT NUMBER

C. ODOMETER READING (NO TENTHS)

D. CITY     STATE    ZIP CODE

E. DATE OF SALE OR LEASE RETURN   MO   DAY   YR

F. SELLER'S OR LESSEE'S LAST NAME (OR) COMPANY NAME    FIRST

G. SELLING PRICE (NO CENTS)   WHOLE DOLLARS

H. SELLER'S OR LESSEE'S ADDRESS     APT NUMBER

I. SELLER'S OR LESSEE'S SIGNATURE

X

J. CITY     STATE    ZIP CODE

VEHICLE ID NUMBER     YR MODEL   MAKE     PLATE NUMBER

**1FUJGLDR3BSBA9741**     **2011 FRHT**     **3QKE836**

REG. 138A (REV. 10/2012)

## STATE OF CALIFORNIA

### CERTIFICATE OF TITLE

VEHICLE HISTORY

**61416080102**

**COMMERCIAL**    **TITLE ONLY**     YR MODEL   MAKE     PLATE NUMBER

VEHICLE ID NUMBER

**1FUJGLDR3BSBA9741** ✓    **2011 FRHT**    **3QKE836**

BODY TYPE MODEL    AX   UNLADEN WEIGHT   FUEL   TRANSFER DATE   FEES PAID    REGISTRATION EXPIRATION DATE

**DS**    **3 16800 D 07/27/16 \*15**    **03/31/2014**

YR 1ST SOLD   CLASS   YR    MO    EQUIPMT/TRUST NUMBER    ISSUE DATE

**QN 2014 XV**       **08/01/16**

MOTORCYCLE ENGINE NUMBER     ODOMETER DATE    ODOMETER READING

REGISTERED OWNER(S)

**RDX INC** ✓
**5724 MAGILL AVE**
**FRESNO CA 93722**     - - - - -

I certify (or declare) under penalty of perjury under the laws of the State of California that THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.

1a   X _____
   DATE            SIGNATURE OF REGISTERED OWNER

1b   X _____
   DATE            SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads [ ][ ][ ] . [ ][ ][ ] (no tenths), miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked. Mileage is VOID if altered or erased.

**WARNING**   ☐ Odometer reading is not the actual mileage.   ☐ Mileage exceeds the odometer mechanical limits.

*I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

DATE   TRANSFEROR/SELLER SIGNATURE(S)     DATE   TRANSFEREE/BUYER SIGNATURE(S)

X                    X

PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY     PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY

### IMPORTANT READ CAREFULLY

Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)

**TBK BANK SSB** ✓
**12700 PARK CENTRAL DR**
**STE 1700**
**DALLAS**
**TX 75251**

2. X _____
Signature releases interest in vehicle. (Company names must be countersigned)

Release Date _____

**CA167443384**

**022137**    REG. 17 30RS (REV.02/2016)

**KEEP IN A SAFE PLACE - VOID IF ALTERED**

VOID WITHOUT BEAR WATERMARK. HOLD TO LIGHT TO VIEW    VOID WITHOUT BEAR WATERMARK, HOLD TO LIGHT TO VIEW

63

| | | | | | | | | | | | | | | | PROJ | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

A. NEW OWNER'S LAST NAME (OR) COMPANY NAME

D. NEW OWNER'S ADDRESS — APT NUMBER — C. ODOMETER READING (NO TENTHS)

D. CITY — STATE — ZIP CODE — E. DATE OF SALE OR LEASE RETURN — MO DAY YR

F. SELLER'S OR LESSEE'S LAST NAME (OR) COMPANY NAME — FIRST — G. SELLING PRICE (NO CENTS) — WHOLE DOLLARS

H. SELLER'S OR LESSEE'S ADDRESS — APT NUMBER — I. SELLER'S OR LESSEE'S SIGNATURE
X

J. CITY — STATE — ZIP CODE

| VEHICLE ID NUMBER | YR MODEL MAKE | PLATE NUMBER |
|---|---|---|
| 1FUJGLDR4BSAV0929 | 2011 FRHT | 3QKE845 |

REG 135A (REV. 10/2010)

---

## STATE OF CALIFORNIA

### CERTIFICATE OF TITLE

VEHICLE HISTORY

61416080102

**COMMERCIAL　　　TITLE ONLY**

| VEHICLE ID NUMBER | | YR MODEL | MAKE | PLATE NUMBER |
|---|---|---|---|---|
| 1FUJGLDR4BSAV0929 | ✓ | 2011 | FRHT | 3QKE845 |

| BODY TYPE MODEL | AX | UNLADEN WEIGHT | FUEL | TRANSFER DATE | FEES PAID | REGISTRATION EXPIRATION DATE |
|---|---|---|---|---|---|---|
| DS | 3 | 16500 | D | 07/27/16 | $15 | 05/31/2014 |

| | YR 1ST SOLD | CLASS | YR | MO | EQUIPMT/TRUST NUMBER | ISSUE DATE |
|---|---|---|---|---|---|---|
| | NJ | 2013 | XV | | | 08/01/16 |

MOTORCYCLE ENGINE NUMBER — ODOMETER DATE — ODOMETER READING

REGISTERED OWNER(S) ✓
**RDX INC
5724 MAGILL AVE
FRESNO CA 93722**

- - - - -

I certify (or declare) under penalty of perjury under the laws of the State of California that **THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.**

1a. ___ X ___
DATE　　　　　　　SIGNATURE OF REGISTERED OWNER

1b. ___ X ___
DATE　　　　　　　SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads |___|___|___|___|___|___| (no tenths), miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked. Mileage is VOID if altered or erased.

**WARNING** ☐ Odometer reading is not the actual mileage. ☐ Mileage exceeds the odometer mechanical limits.

*I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

DATE — TRANSFEROR/SELLER SIGNATURE(S)
X

DATE — TRANSFEREE/BUYER SIGNATURE(S)
X

PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY — PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY

#### IMPORTANT READ CAREFULLY

Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)

**TBK BANK SSB ✓
12700 PARK CENTRAL DR
STE 1700
DALLAS
TX 75251**

2. X _____
Signature releases interest in vehicle (Company names must be countersigned)
Release Date _____

CA167443375
022128 — REG. 17 30RS (REV.02/2016)

KEEP IN A SAFE PLACE - VOID IF ALTERED

VOID WITHOUT BEAR WATERMARK. HOLD TO LIGHT TO VIEW.　VOID WITHOUT BEAR WATERMARK. HOLD TO LIGHT TO VIEW.

64

A. NEW OWNER'S LAST NAME (UH) COMPANY NAME     FIRST

B. NEW OWNER'S ADDRESS          APT NUMBER

C ODOMETER READING (NO TENTHS)

D. CITY          STATE     ZIP CODE

E. DATE OF SALE OR LEASE RETURN

F. SELLER'S OR LESSEE'S LAST NAME (OR) COMPANY NAME     FIRST

G. SELLING PRICE (NO CENTS)     WHOLE DOLLARS

H. SELLER'S OR LESSEE'S ADDRESS          APT NUMBER

I SELLER'S OR LESSEE'S SIGNATURE

X

J. CITY          STATE     ZIP CODE

VEHICLE ID NUMBER          YR MODEL   MAKE          PLATE NUMBER

`1FUJGLDR5BLAX9687`          `2011 FRHT`          `3QKE835`

REG 138A (REV 10/4/21)

---

## STATE OF CALIFORNIA

## CERTIFICATE OF TITLE          VEHICLE HISTORY

`61416080102`

**COMMERCIAL     TITLE ONLY**

VEHICLE ID NUMBER          YR MODEL   MAKE          PLATE NUMBER

`1FUJGLDR5BLAX9687` ✓          `2011 FRHT`          `3QKE835`

| BODY TYPE MODEL | AX | UNLADEN WEIGHT | FUEL | TRANSFER DATE | FEES PAID | REGISTRATION EXPIRATION DATE |
|---|---|---|---|---|---|---|
| DS | 3 | 16800 | D | 07/27/16 | $15 | 03/31/2014 |

| YR 1ST SOLD | CLASS | YR | MO | EQUIPMT/TRUST NUMBER | ISSUE DATE |
|---|---|---|---|---|---|
| | QN | 2014 | XV | | 08/01/16 |

MOTORCYCLE ENGINE NUMBER          ODOMETER DATE     ODOMETER READING

REGISTERED OWNER(S) ✓

```
RDX INC
5724 MAGILL AVE
FRESNO CA 93722
```

- - - - -

I certify (or declare) under penalty of perjury under the laws of the State of California that THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.

1a ___ X ___
   DATE          SIGNATURE OF REGISTERED OWNER

1b ___ X ___
   DATE          SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads [ ] [ ] [ ] [ ] [ ] [ ] (no tenths), miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked. Mileage is VOID if altered or erased.

**WARNING**  ☐ Odometer reading is **not** the actual mileage.  ☐ Mileage exceeds the odometer mechanical limits.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| DATE | TRANSFEROR/SELLER SIGNATURE(S) | DATE | TRANSFEROR/BUYER SIGNATURE(S) |
|---|---|---|---|
| | X | | X |
| PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY | | PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY | |

### IMPORTANT READ CAREFULLY

Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)

```
TBK BANK SSB ✓
12700 PARK CENTRAL DR
STE 1700
DALLAS
TX 75251
```

2. X _____
Signature releases interest in vehicle. (Company names must be countersigned)

Release Date _____

`CA167443386`

`022139`          REG. 17 30RS (REV 02/2016)

**KEEP IN A SAFE PLACE - VOID IF ALTERED**

VOID WITHOUT BEAR WATERMARK. HOLD TO LIGHT TO VIEW. VOID WITHOUT BEAR WATERMARK. HOLD TO LIGHT TO VIEW.

65

A. NEW OWNER'S LAST NAME (OR) COMPANY NAME | FIRST

B. NEW OWNER'S ADDRESS | APT NUMBER

C. ODOMETER READING (NO TENTHS)

D. CITY | STATE | ZIP CODE

E. DATE OF SALE OR LEASE RETURN | MO | DAY

F. SELLER'S OR LESSEE'S LAST NAME (OR) COMPANY NAME | FIRST

G. SELLING PRICE (NO CENTS) WHOLE DOLLARS

H. SELLER'S OR LESSEE'S ADDRESS | APT NUMBER

I. SELLER'S OR LESSEE'S SIGNATURE
X

J. CITY | STATE | ZIP CODE

VEHICLE ID NUMBER | YR. MODEL | MAKE | PLATE NUMBER

**1FUJGLDR5BSBA9739** | **2011 FRHT** | **3QKE831**

REG 138A (REV 109/2012)

---

## STATE OF CALIFORNIA

### CERTIFICATE OF TITLE

VEHICLE HISTORY

**61416080102**

**COMMERCIAL**        **TITLE ONLY**

VEHICLE ID NUMBER | YR MODEL | MAKE | PLATE NUMBER

**1FUJGLDR5BSBA9739** ✓ | **2011 FRHT** | **3QKE831**

| BODY TYPE MODEL | AX | UNLADEN WEIGHT | FUEL | TRANSFER DATE | FEES PAID | REGISTRATION EXPIRATION DATE |
|---|---|---|---|---|---|---|
| **DS** | **3** | **16800** | **D** | **07/27/16** | **#15** | **03/31/2014** |

| YR 1ST SOLD | CLASS | YR | MO | EQUIPMT/TRUST NUMBER | ISSUE DATE |
|---|---|---|---|---|---|
| | **QN** | **2014** | **XV** | | **08/01/16** |

MOTORCYCLE ENGINE NUMBER | ODOMETER DATE | ODOMETER READING

REGISTERED OWNER(S)
**RDX INC** ✓
**5724 MAGILL AVE**
**FRESNO CA 93722**

- - - - -

I certify (or declare) under penalty of perjury under the laws of the State of California that THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.

1a_____ DATE ____ X_____
SIGNATURE OF REGISTERED OWNER

1b_____ DATE ____ X_____
SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads [ | | | , | | | ] (no tenths), miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked. Mileage is VOID if altered or erased.

**WARNING** ☐ Odometer reading is not the actual mileage  ☐ Mileage exceeds the odometer mechanical limits.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| DATE | TRANSFEROR/SELLER SIGNATURE(S) | DATE | TRANSFEREE/BUYER SIGNATURE(S) |
|---|---|---|---|
| | X | | X |
| PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY | | PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY | |

### IMPORTANT READ CAREFULLY
Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)

**TBK BANK SSB** ✓
**12700 PARK CENTRAL DR**
**STE 1700**
**DALLAS**
**TX 75251**

2. X_____
Signature releases interest in vehicle. (Company names must be countersigned)

Release Date _____

**CA167443383**

**022136**        REG. 17 30RS (REV 02/2016)

**KEEP IN A SAFE PLACE - VOID IF ALTERED**

66

A. NEW OWNER'S *LAST NAME (OR) COMPANY NAME*          *FIRST*

B. NEW OWNER'S ADDRESS                                                                APT NUMBER          C. ODOMETER READING (NO TENTHS)

D. CITY                                                    STATE          ZIP CODE          E. DATE OF SALE OR LEASE RETURN
                                                                                                    MO          DAY          YR

F. SELLER'S OR LESSEE'S *LAST NAME (OR) COMPANY NAME*          *FIRST*                    G. SELLING PRICE (NO CENTS)
                                                                                                    WHOLE DOLLARS

H. SELLER'S OR LESSEE'S ADDRESS                                                       APT NUMBER          I. SELLER'S OR LESSEE'S SIGNATURE

                                                                                                    X

J. CITY                                                    STATE          ZIP CODE

VEHICLE ID NUMBER                                            YR MODEL    MAKE              PLATE NUMBER

**1FUJGLDR7BSAV0925**                          **2011 FRHT**          **3QKD950**

REG 136A (REV 10/2012)

## STATE OF CALIFORNIA

### CERTIFICATE OF TITLE

VEHICLE HISTORY

**61416080102**

**COMMERCIAL          TITLE ONLY**

| | YR MODEL | MAKE | PLATE NUMBER |
VEHICLE ID NUMBER

**1FUJGLDR7BSAV0925** ✓     **2011 FRHT**          **3QKD950**
                                                                REGISTRATION EXPIRATION DATE
BODY TYPE MODEL     AX     UNLACEN WEIGHT     FUEL     TRANSFER DATE     FEES PAID     **07/31/2013**

**DS**          **3  16500  D  07/27/16  $15**

          YR 1ST SOLO      CLASS      YR      MO     EQUIPMT/TRUST NUMBER          ISSUE DATE

          **NJ  2013  XV**                                **08/01/16**

MOTORCYCLE ENGINE NUMBER                          ODOMETER DATE          ODOMETER READING

REGISTERED OWNER(S)

**RDX INC** ✓
**5724 MAGILL AVE**
**FRESNO CA 93722**                                                        - - - - -

I certify (or declare) under penalty of perjury under the laws of the State of California that THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.

1a _____  X _____
          DATE                          SIGNATURE OF REGISTERED OWNER

1b _____  X _____
          DATE                          SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads [ | | | , | | | ] (no tenths), miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked. Mileage is VOID if altered or erased.

WARNING  ☐ Odometer reading is not the actual mileage.  ☐ Mileage exceeds the odometer mechanical limits.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| DATE | TRANSFEROR/SELLER SIGNATURE(S) | DATE | TRANSFEROR/OWNER SIGNATURE(S) |
| | X | | X |
| PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY | | PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY | |

### IMPORTANT READ CAREFULLY

Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)

**TBK BANK SSB** ✓
**12700 PARK CENTRAL DR**
**STE 1700**
**DALLAS**
**TX 75251**

2. X _____
Signature releases interest in vehicle. (Company names must be countersigned)
Release Date _____

**CA167443382**

**022135**          REG 17.30RS (REV 02/2016)

KEEP IN A SAFE PLACE - VOID IF ALTERED

VOID WITHOUT BEAR WATERMARK. HOLD TO LIGHT TO VIEW

C7

A. NEW OWNER'S LAST NAME (OR) COMPANY NAME    FIRST

B. NEW OWNER'S ADDRESS    APT NUMBER    C. ODOMETER READING (NO TENTHS)

D. CITY    STATE    ZIP CODE    E. DATE OF SALE OR LEASE RETURN

F. SELLER'S OR LESSEE'S LAST NAME (OR) COMPANY NAME    FIRST    G. SELLING PRICE (NO CENTS) WHOLE DOLLARS

H. SELLER'S OR LESSEE'S ADDRESS    APT NUMBER    I. SELLER'S OR LESSEE'S SIGNATURE

X

J. CITY    STATE    ZIP CODE

VEHICLE ID NUMBER    YR MODEL   MAKE    PLATE NUMBER

**1FUJGLDR8BSAV0920**    **2011 FRHT**    **3QKD949**

REG 138A (REV 10/2012)

---

# STATE OF CALIFORNIA

## CERTIFICATE OF TITLE

VEHICLE HISTORY

**61416080102**

**COMMERCIAL**    **TITLE ONLY**

| VEHICLE ID NUMBER | | YR MODEL | MAKE | PLATE NUMBER |
|---|---|---|---|---|
| **1FUJGLDR8BSAV0920** ✓ | | **2011** | **FRHT** | **3QKD949** |

| BODY TYPE MODEL | AX | UNLADEN WEIGHT | FUEL | TRANSFER DATE | FEES PAID | REGISTRATION EXPIRATION DATE |
|---|---|---|---|---|---|---|
| **DS** | **3** | **16500** | **D** | **07/27/16** | **$15** | **07/31/2013** |

| | YR 1ST SOLD | CLASS | YR | MO | EQUIPMT/TRUST NUMBER | ISSUE DATE |
|---|---|---|---|---|---|---|
| | **NJ** | | **2013** | **XV** | | **08/01/16** |

MOTORCYCLE ENGINE NUMBER    ODOMETER DATE    ODOMETER READING

REGISTERED OWNER(S) ✓

**RDX INC**
**5724 MAGILL AVE**
**FRESNO CA 93722**

- - - - -

I certify (or declare) under penalty of perjury under the laws of the State of California that THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.

1a. _____ X _____
    DATE     SIGNATURE OF REGISTERED OWNER

1b. _____ X _____
    DATE     SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads [ | | | | | | ] (no tenths), miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked. Mileage is VOID if altered or erased.

WARNING ☐ Odometer reading is not the actual mileage ☐ Mileage exceeds the odometer mechanical limits.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| DATE | TRANSFEROR/SELLER SIGNATURE(S) | DATE | TRANSFEREE/BUYER SIGNATURE(S) |
|---|---|---|---|
| | X | | X |

PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY    PRINTED NAME OF OWNER OR AGENT SIGNING FOR A COMPANY

### IMPORTANT READ CAREFULLY

Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)

**TBK BANK SSB** ✓
**12700 PARK CENTRAL DR**
**STE 1700**
**DALLAS**
**TX 75251**

2. X _____
Signature releases interest in vehicle. (Company names must be countersigned)

Release Date _____

**CA167443380**

**022133**    REG. 17.30RS (REV.02/2016)

VOID WITHOUT BEAR WATERMARK. HOLD TO LIGHT TO VIEW

**KEEP IN A SAFE PLACE - VOID IF ALTERED**

68

| | FIRST | |
|---|---|---|

B. NEW OWNER'S ADDRESS    APT NUMBER    C. ODOMETER READING (NO TENTHS)

D. CITY    STATE    ZIP CODE    E. DATE OF SALE OR LEASE RETURN   MO   DAY   YR

F. SELLER'S OR LESSEE'S LAST NAME (OR) COMPANY NAME    FIRST    G. SELLING PRICE (NO CENTS) WHOLE DOLLARS

H. SELLER'S OR LESSEE'S ADDRESS    APT NUMBER    I. SELLER'S OR LESSEE'S SIGNATURE

X

J. CITY    STATE    ZIP CODE

VEHICLE ID NUMBER    YR. MODEL   MAKE    PLATE NUMBER

**1FUJGLDR9BLAX9689**     **2011 FRHT**     **3QKE833**

REG 138A (REV. 10/2012)

---

# STATE OF CALIFORNIA

## CERTIFICATE OF TITLE

VEHICLE HISTORY

**61416080102**

**COMMERCIAL**     **TITLE ONLY**

| | YR MODEL | MAKE | PLATE NUMBER |
|---|---|---|---|
| VEHICLE ID NUMBER | | | |
| **1FUJGLDR9BLAX9689** ✓ | **2011** | **FRHT** | **3QKE833** |

| BODY TYPE MODEL | AX | UNLADEN WEIGHT | FUEL | TRANSFER DATE | FEES PAID | REGISTRATION EXPIRATION DATE |
|---|---|---|---|---|---|---|
| **DS** | **3** | **16800** | **D** | **07/27/16** | **$15** | **03/31/2014** |

| | YR 1ST SOLD | CLASS | YR | MO | EQUIPMT/TRUST NUMBER | ISSUE DATE |
|---|---|---|---|---|---|---|
| | | **QN** | **2014** | **XV** | | **08/01/16** |

MOTORCYCLE ENGINE NUMBER     ODOMETER DATE     ODOMETER READING

REGISTERED OWNER(S) ✓

**RDX INC**
**5724 MAGILL AVE**
**FRESNO CA 93722**

- - - - -

I certify (or declare) under penalty of perjury under the laws of the State of California that THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.

1a _____ DATE _____ X _____
     SIGNATURE OF REGISTERED OWNER

1b _____ DATE _____ X _____
     SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads |_|_|_|_|_|_| (no tenths), miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked. Mileage is VOID if altered or erased.

**WARNING** ☐ Odometer reading is not the actual mileage. ☐ Mileage exceeds the odometer mechanical limits.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| DATE | TRANSFEROR/SELLER SIGNATURE(S) | DATE | TRANSFEREE/BUYER SIGNATURE(S) |
|---|---|---|---|
| | X | | X |
| PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY | | PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY | |

### IMPORTANT READ CAREFULLY

Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)

**TBK BANK SSB** ✓
**12700 PARK CENTRAL DR**
**STE 1700**
**DALLAS**
**TX 75251**

2. X _____
Signature releases interest in vehicle (Company names must be countersigned)

Release Date _____

**CA167443387**

022140     REG. 17 30RS (REV. 02/2016)

**KEEP IN A SAFE PLACE · VOID IF ALTERED**

VOID WITHOUT BEAR WATERMARK. HOLD TO LIGHT TO VIEW
VOID WITHOUT BEAR WATERMARK. HOLD TO LIGHT TO VIEW

69



A. NEW OWNER'S LAST NAME (OR) COMPANY NAME    FIRST

B. NEW OWNER'S ADDRESS    APT NUMBER

C. ODOMETER READING (NO TENTHS)

D. CITY    STATE    ZIP CODE

E. DATE OF SALE OR LEASE RETURN    MO.   DAY   YR.

F. SELLER'S OR LESSEE'S LAST NAME (OR) COMPANY NAME    FIRST

G. SELLING PRICE (NO CENTS)    WHOLE DOLLARS

H. SELLER'S OR LESSEE'S ADDRESS    APT NUMBER

I. SELLER'S OR LESSEE'S SIGNATURE    X

J. CITY    STATE    ZIP CODE

VEHICLE ID NUMBER    YR. MODEL   MAKE    PLATE NUMBER

**1FUJGLDRXBSAV0918**    **2011 FRHT**    **3QKD946**

REG 138A (REV. 10/2012)

---

# STATE OF CALIFORNIA

## CERTIFICATE OF TITLE

VEHICLE HISTORY

61416080102

**COMMERCIAL**     **TITLE ONLY**

| VEHICLE ID NUMBER | YR MODEL | MAKE | PLATE NUMBER |
|---|---|---|---|
| **1FUJGLDRXBSAV0918** ✓ | **2011** | **FRHT** | **3QKD946** |

| BODY TYPE MODEL | AX | UNLADEN WEIGHT | FUEL | TRANSFER DATE | FEES PAID | REGISTRATION EXPIRATION DATE |
|---|---|---|---|---|---|---|
| **DS** | **3** | **16500** | **D** | **07/27/16** | **$15** | **07/31/2013** |

| YR 1ST SOLD | CLASS | YR | MO | EQUIPMT/TRUST NUMBER | ISSUE DATE |
|---|---|---|---|---|---|
| | **NJ** | **2016** | **XV** | | **08/01/16** |

| MOTORCYCLE ENGINE NUMBER | ODOMETER DATE | ODOMETER READING |
|---|---|---|

REGISTERED OWNER(S) ✓
**RDX INC**
**5724 MAGILL AVE**
**FRESNO CA 93722**

I certify (or declare) under penalty of perjury under the laws of the State of California that **THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.**

1a. _____ X _____
   DATE           SIGNATURE OF REGISTERED OWNER

1b. _____ X _____
   DATE           SIGNATURE OF REGISTERED OWNER

Federal and state law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads |__|__|__|__|__|.|__| (no tenths), miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked. Mileage is VOID if altered or erased.

**WARNING** ☐ Odometer reading is not the actual mileage. ☐ Mileage exceeds the odometer mechanical limits.

*I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

| DATE | TRANSFEROR/SELLER SIGNATURE(S) | DATE | TRANSFEREE/BUYER SIGNATURE(S) |
|---|---|---|---|
| | X | | X |
| PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY | | PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY | |

### IMPORTANT READ CAREFULLY

Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)

**TBK BANK SSB** ✓
**12700 PARK CENTRAL DR**
**STE 1700**
**DALLAS**
**TX 75251**

2. X _____
Signature releases interest in vehicle. (Company names must be countersigned)

Release Date _____

**CA167443381**

022134

REG 17 30RS (REV.02/2016)

**KEEP IN A SAFE PLACE - VOID IF ALTERED**

VOID WITHOUT BEAR WATERMARK. HOLD TO LIGHT TO VIEW

70

A. NEW OWNER'S LAST NAME (OR) COMPANY NAME | FIRST

B. NEW OWNER'S ADDRESS | APT NUMBER | C. ODOMETER READING (NO TENTHS)

D. CITY | STATE | ZIP CODE | E. DATE OF SALE OR LEASE RETURN | MO | DAY | YR

F. SELLER'S OR LESSEE'S LAST NAME (OR) COMPANY NAME | FIRST | G. SELLING PRICE (NO CENTS) | WHOLE DOLLARS

H. SELLER'S OR LESSEE'S ADDRESS | APT NUMBER | I. SELLER'S OR LESSEE'S SIGNATURE

X

J. CITY | STATE | ZIP CODE

VEHICLE ID NUMBER | YR MODEL | MAKE | PLATE NUMBER

1FUJA6CK0BDAV9753 | 2011 FRHT | 3QKD257

REG 138A (REV 10-2012)

---

# STATE OF CALIFORNIA

## CERTIFICATE OF TITLE

614160801A2                                           VEHICLE HISTORY

**COMMERCIAL**          **TITLE ONLY**

| VEHICLE ID NUMBER | YR MODEL | MAKE | PLATE NUMBER |
|---|---|---|---|
| 1FUJA6CK0BDAV9753 ✓ | 2011 FRHT | 3QKD257 |

| BODY TYPE MODEL | AX | UNLADEN WEIGHT | FUEL | TRANSFER DATE | FEES PAID | REGISTRATION EXPIRATION DATE |
|---|---|---|---|---|---|---|
| DS | 3 | 16500 | D | | $15 | 04/30/2013 |

| YR 1ST SOLD | CLASS | *YR | MO | EQUIPMT/TRUST NUMBER | ISSUE DATE |
|---|---|---|---|---|---|
| | SX | 2013 | XV | | 08/01/16 |

MOTORCYCLE ENGINE NUMBER

ODOMETER DATE | ODOMETER READING
08/06/2013 | 505201 MI
ACTUAL MILEAGE

REGISTERED OWNER(S) ✓
NAVDEEP SINGH ✓
5724 W MAGILE AVE
FRESNO CA 93722

I certify (or declare) under penalty of perjury under the laws of the State of California that **THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.**

1a ____ DATE ____ X _____
                          SIGNATURE OF REGISTERED OWNER

1b ____ DATE ____ X _____
                          SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads [ | | | | | | ] (no tenths), miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked. Mileage is VOID if altered or erased.

**WARNING** ☐ Odometer reading is not the actual mileage ☐ Mileage exceeds the odometer mechanical limits.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| DATE | TRANSFEROR/SELLER SIGNATURE(S) | DATE | TRANSFEREE/BUYER SIGNATURE(S) |
|---|---|---|---|
| | X | | X |
| PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY | | PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY |

### IMPORTANT READ CAREFULLY

Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)

TBK BANK SSB ✓
12700 PARK CENTRAL DR
STE 1700
DALLAS
TX 75251

2. X _____
Signature releases interest in vehicle. (Company names must be countersigned)

Release Date _____

CA167443354

022107        REG 17.30RS (REV 02/2016)

KEEP IN A SAFE PLACE - VOID IF ALTERED

VOID WITHOUT BEAR WATERMARK. HOLD TO LIGHT TO VIEW


A. NEW OWNER'S LAST NAME (OR) COMPANY NAME   FIRST

B. NEW OWNER'S ADDRESS   APT NUMBER   C. ODOMETER READING (NO TENTHS)

D. CITY   STATE   ZIP CODE   E. DATE OF SALE OR LEASE RETURN   MO   DAY   YR

F. SELLER'S OR LESSEE'S LAST NAME (OR) COMPANY NAME   FIRST   G. SELLING PRICE (NO CENTS) WHOLE DOLLARS

H. SELLER'S OR LESSEE'S ADDRESS   APT NUMBER   I. SELLER'S OR LESSEE'S SIGNATURE   X

J. CITY   STATE   ZIP CODE

VEHICLE ID NUMBER    YR MODEL   MAKE    PLATE NUMBER

**1FUJA6CK9BDAV9752**    **2011 FRHT**    **3QKD255**

REG 138A (REV. 10/2012)

---

## STATE OF CALIFORNIA

### CERTIFICATE OF TITLE

VEHICLE HISTORY

**614160801A2**

**COMMERCIAL**    **TITLE ONLY**

VEHICLE ID NUMBER   YR MODEL   MAKE   PLATE NUMBER

**1FUJA6CK9BDAV9752** ✓   **2011 FRHT**   **3QKD255**

BODY TYPE MODEL   AX   UNLADEN WEIGHT   FUEL   TRANSFER DATE   FEES PAID   REGISTRATION EXPIRATION DATE

**DS**   **3 16500 D**   **#15**   **04/30/2013**

YR 1ST SOLD   CLASS   YR   MO   EQUIPMT/TRUST NUMBER   ISSUE DATE

**SX 2013 XV**   **08/01/16**

MOTORCYCLE ENGINE NUMBER   ODOMETER DATE   ODOMETER READING

**08/06/2013**   **510100 MI**
**ACTUAL MILEAGE**

REGISTERED OWNER(S)

**SINGH NAVDEEP** ✓
**5724 W MAGILL AVE**
**FRESNO CA 93722**

- - - - -

I certify (or declare) under penalty of perjury under the laws of the State of California that **THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.**

1a ___ DATE ___ X ___ SIGNATURE OF REGISTERED OWNER

1b ___ DATE ___ X ___ SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads [ ] [ ] [ ] [ ] [ ] [ ] (no tenths), miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked. Mileage is VOID if altered or erased.

**WARNING** ☐ Odometer reading is not the actual mileage ☐ Mileage exceeds the odometer mechanical limits

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE   TRANSFEROR/SELLER SIGNATURE X   DATE   TRANSFEROR/BUYER SIGNATURE(S) X

PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY   PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY

### IMPORTANT READ CAREFULLY

Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)

**TBK BANK SSB** ✓
**12700 PARK CENTRAL DR**
**STE 1700**
**DALLAS**
**TX 75251**

2. X ___
Signature releases interest in vehicle (Company names must be countersigned)
Release Date ___

**CA167443353**

**022106**   REG 17 30RS (REV.02/2016)

**KEEP IN A SAFE PLACE - VOID IF ALTERED**

VOID WITHOUT BEAR WATERMARK. HOLD TO LIGHT TO VIEW

73



A. NEW OWNER'S LAST NAME (OR) COMPANY NAME | FIRST

B. NEW OWNER'S ADDRESS | APT NUMBER | C. ODOMETER READING (NO TENTHS)

C. CITY | STATE | ZIP CODE | E. DATE OF SALE OR LEASE RETURN
MO | DAY | YR

F. SELLER'S OR LESSEE'S LAST NAME (OR) COMPANY NAME | FIRST | G. SELLING PRICE (NO CENTS) WHOLE DOLLARS

H. SELLER'S OR LESSEE'S ADDRESS | APT NUMBER | I. SELLER'S OR LESSEE'S SIGNATURE
X

J. CITY | STATE | ZIP CODE

VEHICLE ID NUMBER | YR MODEL | MAKE | PLATE NUMBER

**3HSDJSJR0BN353833          2011 INTL          3QKJ774**

REG 138A (REV 10/2012)

---

**STATE OF CALIFORNIA**

## CERTIFICATE OF TITLE

**61416080102**

**COMMERCIAL          TITLE ONLY**          VEHICLE HISTORY

YR MODEL | MAKE | PLATE NUMBER

VEHICLE ID NUMBER
**3HSDJSJR0BN353833          2011 INTL          3QKJ774**

BODY TYPE MODEL | UNLADEN AX WEIGHT | FUEL | TRANSFER DATE | FEES PAID | REGISTRATION EXPIRATION DATE
**DS          3 16000 D    07/27/16    $15          01/31/2015**

YR 1ST SOLD | CLASS | YR | MO | EQUIPMT/TRUST NUMBER | ISSUE DATE
**LC    2015   XV          08/01/16**

MOTORCYCLE ENGINE NUMBER | ODOMETER DATE | ODOMETER READING

REGISTERED OWNER(S)
**RDX INC**
**5724 MAGILL AVE**
**FRESNO CA 93722**

- - - - -

I certify (or declare) under penalty of perjury under the laws of the State of California that THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.

1a ___ DATE ___ X ___ SIGNATURE OF REGISTERED OWNER

1b ___ DATE ___ X ___ SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads [ | | | | | | ] (no tenths), miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked. Mileage is VOID if altered or erased.

WARNING  ☐ Odometer reading is not the actual mileage.  ☐ Mileage exceeds the odometer mechanical limits.

*I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

DATE | TRANSFEROR/SELLER SIGNATURE X | DATE | TRANSFEREE/BUYER SIGNATURES X

PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY | PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY

*IMPORTANT READ CAREFULLY*
Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)

**TBK BANK SSB**
**12700 PARK CENTRAL DR**
**STE 1700**
**DALLAS**
**TX 75251**

2. X
Signature releases interest in vehicle. (Company names must be countersigned)
Release Date

**CA167443389**

022142                                      REG. 17 30RS (REV.02/2016)

KEEP IN A SAFE PLACE - VOID IF ALTERED

VOID WITHOUT BEAR WATERMARK, HOLD TO LIGHT TO VIEW

74

# CERTIFICATE OF TITLE

## STATE OF OKLAHOMA

400406361

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | TITLE NO |
|---|---|---|---|
| 3HSDJSJR1BN353839 | 2011 | INTL | 810003319078 |

| BODY TYPE | MODEL | DATE 1st SOLD | DATE ISSUED |
|---|---|---|---|
| TR | PRO | | 3/8/2017 |

| AGENT NO. | ODOMETER | TYPE OF TITLE |
|---|---|---|
| M1430 | 0 / None | Add Lien |

DATE INS
LOSS OR SALVAGE

NAME AND ADDRESS OF VEHICLE OWNER

RDX INC.
12700 PARK CENTRAL DR STE 1700
DALLAS TX 75251-1517

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S)

3/7/2017        TBK BANK SSB

It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named herein is the owner of the vehicle described above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.

CONTROL NO.
43964637
(This is not a title number)

### ASSIGNMENT OF TITLE BY REGISTERED OWNER    (If Dealer, List License # Here: _____)

IF REGISTERED OWNER (SELLER) IS A LICENSED DEALER, PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate

Purchaser(s) Name (Type or Print): _____

Purchaser(s) Complete Address: _____

Actual Purchase Price of Vehicle: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. Warning – Odometer Discrepancy

; (NO TENTHS)

Signature of Seller(s): _____    Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of _____ 20___

Notary Public _____    Commission Expiration _____

Affix Notary Seal/ Stamp Here

Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.

Signature of Buyer(s): _____    Printed Name of Buyer(s): _____

VOID IF ALTERED

## OKLAHOMA TAX COMMISSION / MOTOR VEHICLE DIVISION
## NOTICE OF TRANSFER

(SUBMISSION OF THIS FORM IS OPTIONAL – REFER TO INSTRUCTIONS ON REVERSE)

| VEHICLE IDENTIFICATION NUMBER | 3HSDJSJR1BN353839 | TITLE NUMBER | 810003319078 |
|---|---|---|---|

BUYER'S NAME (Printed): _____

BUYER'S ADDRESS/CITY/STATE/ZIP: _____

SELLER'S NAME (Printed): _____

SELLER'S ADDRESS/CITY/STATE/ZIP: _____

SIGNATURE OF SELLER: _____    DATE OF SALE: _____

CONTROL No. (Not a Title Number)    VEHICLE LICENSE PLATE NUMBER: _____

43964637

### NOTICE OF TRANSFER FILING FEE: $10.00

75

400406361

OKLAHOMA TAX COMMISSION

LIEN HOLDERS RELEASE FORMS                                        1292661040

VIN: 3HSDJSJR1BN353839 ✓        VEHYR: 2011    MAKE: INTL      MODEL: PRO      BODY: TR
AGNT #: M1430                            LIEN DATE: 03/07/2017

LIEN DEBTOR: RDX INC

RDX INC ✓
2436 S SARAH ST
FRESNO CA 93706-4525

LIEN HOLDER: TBK BANK SSB

TBK BANK SSB ✓                                              REF#: 1292661040
12700 PARK CENTRAL DR STE 1700
DALLAS TX 75251-1517

TO:   OKLAHOMA TAX COMMISSION
      MOTOR VEHICLE DIVISION
      P.O. BOX 269061
      OKLAHOMA CITY OK 73126

TO WHOM IT MAY CONCERN: WE HAVE RELEASED OUR SECURITY INTEREST IN THE MOTOR VEHICLE
DESCRIBED ABOVE, EFFECTIVE ON THE DATE WHICH APPEARS BY MY SIGNATURE. PLEASE REVISE YOUR
RECORDS TO REFLECT THIS RELEASE.
SIGNATURE OF REPRESENTATIVE OF SECURED PARTY

X                                          _____          DATE


**LENDER: TO ENSURE PROPER PROCESSING OF YOUR COMPLETED LIEN RELEASE,
PLEASE NOTE THE FOLLOWING.**

DO NOT ALTER THIS DOCUMENT

NO STAPLES

NO TAPE

NO FOREIGN FIXTURES OR ATTACHMENTS

NO WRITING OR MARKING
(OTHER THAN SIGNATURE AND DATE FOR RELEASE)

DO NOT ALTER THE SIZE OF THIS DOCUMENT

# CERTIFICATE OF TITLE

## STATE OF OKLAHOMA

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | TITLE NO |
|---|---|---|---|
| 3HSDJSJR1BN386372 ✓ | 2011 | INTL | 810002990230 |

| BODY TYPE | MODEL | | DATE 1st SOLD | DATE ISSUED |
|---|---|---|---|---|
| TR | PRO | | | 12/16/2016 |

| AGENT NO | | ODOMETER | TYPE OF TITLE |
|---|---|---|---|
| M1430 | | 0 | Add **Lien** |
| | | None | DATE INS. LOSS OR SALVAGE |

NAME AND ADDRESS OF VEHICLE OWNER

RDX INC. ✓
12700 PARK CENTRAL DR STE 1700
DALLAS TX 75251-1517

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):

12/14/2016          TBK BANK SSB ✓

*It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named herein is the owner of the vehicle described above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.*

CONTROL NO
93646549

(This is not a title number)

### ASSIGNMENT OF TITLE BY REGISTERED OWNER  (If Dealer, List License # Here: )

IF REGISTERED OWNER (SELLER) IS A LICENSED DEALER PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances if any properly noted on this certificate

Purchaser(s) Name (Type or Print)_____

Purchaser(s) Complete Address:_____

Actual Purchase Price of Vehicle:_____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐ 1. The odometer has exceeded its mechanical limits.

☐ 2 The odometer reading is NOT the actual mileage. Warning — Odometer Discrepancy

(NO TENTHS)

Signature of Seller(s): _____ Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of _____ 20____

Notary Public: _____ Commission Expiration _____

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____ Printed Name of Buyer(s): _____

## VOID IF ALTERED

### OKLAHOMA TAX COMMISSION / MOTOR VEHICLE DIVISION
### NOTICE OF TRANSFER

(SUBMISSION OF THIS FORM IS OPTIONAL - REFER TO INSTRUCTIONS ON REVERSE)

VEHICLE IDENTIFICATION NUMBER  3HSDJSJR1BN386372          TITLE NUMBER  810002990230

BUYER'S NAME (Printed):_____

BUYER'S ADDRESS/CITY/STATE/ZIP:_____

SELLER'S NAME (Printed):_____

SELLERS ADDRESS/CITY/STATE/ZIP:_____

SIGNATURE OF SELLER:_____ DATE OF SALE:_____

CONTROL No. (Not a Title Number)          VEHICLE LICENSE PLATE NUMBER_____

84462055          NOTICE OF TRANSFER FILING FEE: $10.00

77

4004063261

OKLAHOMA TAX COMMISSION

LIEN HOLDERS RELEASE FORMS       714225712

VIN: 3HSDJSJR1BN386372 ✓     VEHYR: 2011    MAKE: INTL    MODEL: PRO    BODY: TR
AGNT #: M1430              LIEN DATE: 12/14/2016

LIEN DEBTOR: RDX INC

RDX INC ✓
12700 PARK CENTRAL DR STE 1700
DALLAS TX 75251-1517

LIEN HOLDER: TBK BANK SSB

TBK BANK SSB ✓
12700 PARK CENTRAL DR STE 1700           REF#: 714225712
DALLAS TX 75251-1517

TO:   OKLAHOMA TAX COMMISSION
      MOTOR VEHICLE DIVISION
      P.O. BOX 269061
      OKLAHOMA CITY OK 73126

TO WHOM IT MAY CONCERN: WE HAVE RELEASED OUR SECURITY INTEREST IN THE MOTOR VEHICLE
DESCRIBED ABOVE, EFFECTIVE ON THE DATE WHICH APPEARS BY MY SIGNATURE. PLEASE REVISE YOUR
RECORDS TO REFLECT THIS RELEASE.
SIGNATURE OF REPRESENTATIVE OF SECURED PARTY

X                                 DATE


**LENDER: TO ENSURE PROPER PROCESSING OF YOUR COMPLETED LIEN RELEASE,
PLEASE NOTE THE FOLLOWING.**

DO NOT ALTER THIS DOCUMENT

NO STAPLES

NO TAPE

NO FOREIGN FIXTURES OR ATTACHMENTS

NO WRITING OR MARKING
(OTHER THAN SIGNATURE AND DATE FOR RELEASE)

DO NOT ALTER THE SIZE OF THIS DOCUMENT

A. NEW OWNER'S LAST NAME (OR COMPANY NAME)                    FIRST

B. NEW OWNER'S ADDRESS                              APT NUMBER        C. ODOMETER READING (NO TENTHS)

D. CITY                          STATE        ZIP CODE            E. DATE OF SALE OR LEASE RETURN
                                                                  MO        DAY        YR

F. SELLER'S OR LESSEE'S LAST NAME (OR) COMPANY NAME        FIRST      G. SELLING PRICE (NO CENTS)
                                                                                        WHOLE
                                                                                        DOLLARS

H. SELLER'S OR LESSEE'S ADDRESS                    APT NUMBER        I. SELLER'S OR LESSEE'S SIGNATURE
                                                                  X

J. CITY                          STATE        ZIP CODE

VEHICLE ID NUMBER                          YR  MODEL  MAKE        PLATE NUMBER

3HSDJSJR1BN386386              2011 INTL        3QKJ776

## STATE OF CALIFORNIA
## CERTIFICATE OF TITLE

61416080102                                    VEHICLE HISTORY

**COMMERCIAL**        **TITLE ONLY**    YR
                                        MODEL    MAKE              PLATE NUMBER
VEHICLE ID NUMBER
3HSDJSJR1BN386386              2011 INTL        3QKJ776
                      UNLADEN                                      REGISTRATION
BODY TYPE MODEL        AX   WEIGHT  FUEL  TRANSFER DATE  FEES PAID  EXPIRATION DATE
DS                    3  16000 D  07/27/16    $15      01/31/2015
                      YR 1ST                                      ISSUE DATE
                      SOLD   CLASS   YR    MO   EQUIPMT/TRUST NUMBER
                      LC    2015  XV                    08/01/16
MOTORCYCLE ENGINE NUMBER                    ODOMETER DATE    ODOMETER READING

REGISTERED OWNER(S)
RDX INC
5724 MAGILL AVE
FRESNO CA 93722
                                                          - - - - -

I certify (or declare) under penalty of perjury under the laws of the State of California that THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.
1a _____  X _____
      DATE            SIGNATURE OF REGISTERED OWNER
1b _____  X _____
      DATE            SIGNATURE OF REGISTERED OWNER

Federal and state law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads [ _ _ _ _ _ _ ] (no tenths), miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked. Mileage is VOID if altered or erased.

**WARNING**  ☐ Odometer reading is not the actual mileage.  ☐ Mileage exceeds the odometer mechanical limits.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| DATE | TRANSFEROR/SELLER SIGNATURE(S) | DATE | TRANSFEREE/BUYER SIGNATURE(S) |
|------|------|------|------|
|  | X |  | X |
| PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY | | PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY | |

**IMPORTANT READ CAREFULLY**
Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.
LIENHOLDER(S)

TBK BANK SSB                    2. X _____
12700 PARK CENTRAL DR              Signature releases interest in vehicle. (Company
STE 1700                           names must be countersigned)
DALLAS                             Release Date _____
TX 75251                                          CA167443392
                        022145      REG. 17 30RS (REV.02/2016)

**KEEP IN A SAFE PLACE - VOID IF ALTERED**

79

# CERTIFICATE OF TITLE

## STATE OF OKLAHOMA

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | TITLE NO. |
|---|---|---|---|
| 3HSDJSJR2BN386395 ✓ | 2011 | INTL | 810002980214 |

| BODY TYPE | MODEL | | DATE 1st SOLD | DATE ISSUED |
|---|---|---|---|---|
| TR | PRO | | | 12/16/2016 |

| AGENT NO. | | ODOMETER | TYPE OF TITLE |
|---|---|---|---|
| M1430 | | 0 | Add Lien |
| | | None | DATE INS. |
| | | | LOSS OR SALVAGE |

NAME AND ADDRESS OF VEHICLE OWNER

RDX INC. ✓
12700 PARK CENTRAL DR STE 1700
DALLAS TX 75251-1517

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):

12/14/2016      TBK BANK SSB ✓

*It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named herein is the owner of the vehicle described above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.*

CONTROL NO.
43648648

(This is not a title number)

### ASSIGNMENT OF TITLE BY REGISTERED OWNER (If Dealer, List License # Here: _____ )

IF REGISTERED OWNER (SELLER) IS A LICENSED DEALER PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser's Name (Type or Print): _____

Purchaser(s) Complete Address: _____

Actual Purchase Price of Vehicle: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐ 1. The odometer has exceeded its mechanical limits.

☐ 2. The odometer reading is NOT the actual mileage. Warning— Odometer Discrepancy

(NO TENTHS)

Signature of Seller(s): _____          Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of _____ 20___

Notary Public _____  Commission Expiration: _____

Affix Notary Seal Stamp Here

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____          Printed Name of Buyer(s): _____

VOID IF ALTERED

## OKLAHOMA TAX COMMISSION / MOTOR VEHICLE DIVISION
### NOTICE OF TRANSFER

(SUBMISSION OF THIS FORM IS OPTIONAL - REFER TO INSTRUCTIONS ON REVERSE)

VEHICLE IDENTIFICATION NUMBER  3HSDJSJR2BN386395          TITLE NUMBER  810002980214

BUYER'S NAME (Printed): _____

BUYER'S ADDRESS/CITY/STATE/ZIP: _____

SELLER'S NAME (Printed): _____

SELLERS ADDRESS/CITY/STATE/ZIP: _____

SIGNATURE OF SELLER _____          DATE OF SALE: _____

CONTROL No. (Not a Title Number) _____          VEHICLE LICENSE PLATE NUMBER _____

NOTICE OF TRANSFER FILING FEE: $10.00

90

400406361

OKLAHOMA TAX COMMISSION

LIEN HOLDERS RELEASE FORMS                              1732715472

VIN: 3HSDJSJR2BN386395✓          VEHYR: 2011     MAKE: INTL      MODEL: PRO      BODY: TR
AGNT #: M1430                              LIEN DATE: 12/14/2016

LIEN DEBTOR: RDX INC

RDX INC ✓
12700 PARK CENTRAL DR STE 1700
DALLAS TX  75251-1517

LIEN HOLDER:  TBK BANK SSB

TBK BANK SSB ✓                                          REF#: 1732715472
12700 PARK CENTRAL DR STE 1700
DALLAS TX  75251-1517

TO:   OKLAHOMA TAX COMMISSION
      MOTOR VEHICLE DIVISION
      P.O. BOX 269061
      OKLAHOMA CITY OK 73126

TO WHOM IT MAY CONCERN: WE HAVE RELEASED OUR SECURITY INTEREST IN THE MOTOR VEHICLE
DESCRIBED ABOVE, EFFECTIVE ON THE DATE WHICH APPEARS BY MY SIGNATURE. PLEASE REVISE YOUR
RECORDS TO REFLECT THIS RELEASE.
SIGNATURE OF REPRESENTATIVE OF SECURED PARTY

X                                              DATE _____

**LENDER: TO ENSURE PROPER PROCESSING OF YOUR COMPLETED LIEN RELEASE,
PLEASE NOTE THE FOLLOWING.**

DO NOT ALTER THIS DOCUMENT

NO STAPLES

NO TAPE

NO FOREIGN FIXTURES OR ATTACHMENTS

NO WRITING OR MARKING
(OTHER THAN SIGNATURE AND DATE FOR RELEASE)

DO NOT ALTER THE SIZE OF THIS DOCUMENT

# CERTIFICATE OF TITLE

## STATE OF OKLAHOMA

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | TITLE NO. |
|---|---|---|---|
| 3HSDJSJR3BN386339 ✓ | 2011 | INTL | 810002933525 |

| BODY TYPE | MODEL | | |
|---|---|---|---|
| TR | PRO | DATE 1st SOLD | DATE ISSUED |
| | | | 12/16/2016 |

| AGENT NO | | ODOMETER | TYPE OF TITLE |
|---|---|---|---|
| M1430 | | 0 | Add Lien |
| | | None | DATE INS. |
| | | | LOSS OR SALVAGE |

NAME AND ADDRESS OF VEHICLE OWNER

RDX INC. ✓
12700 PARK CENTRAL DR STE 1700
DALLAS TX 75251-1517

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S)

12/14/2016     TBK BANK SSB ✓

This is to certify that, according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle described hereon subject to the liens as shown; however, the vehicle may be subject to other liens or security interests.

CONTROL NO
3648645

(This is not a file number)

### ASSIGNMENT OF TITLE BY REGISTERED OWNER     (If Dealer, List License # Here: _____ )

IF REGISTERED OWNER / SELLER IS A LICENSED DEALER PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): _____

Purchaser(s) Complete Address: _____

Actual Purchase Price of Vehicle: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked

☐ 1. The odometer has exceeded its mechanical limits.

☐ 2. The odometer reading is NOT the actual mileage. Warning---Odometer Discrepancy

[ _ _ _ _ _ _ _ ] (NO TENTHS)

Signature of Seller(s): _____     Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of _____ 20___

Notary Public: _____ Commission Expiration: _____

Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.

Signature of Buyer(s): _____     Printed Name of Buyer(s): _____

VOID IF ALTERED

### OKLAHOMA TAX COMMISSION / MOTOR VEHICLE DIVISION
### NOTICE OF TRANSFER

(SUBMISSION OF THIS FORM IS OPTIONAL. REFER TO INSTRUCTIONS ON REVERSE)

VEHICLE IDENTIFICATION NUMBER  3HSDJSJR3BN386339          TITLE NUMBER  810002933525

BUYER'S NAME (Printed): _____

BUYER'S ADDRESS/CITY/STATE/ZIP: _____

SELLER'S NAME (Printed): _____

SELLER'S ADDRESS/CITY/STATE/ZIP: _____

SIGNATURE OF SELLER: _____ DATE OF SALE: _____

CONTROL No. (Not a Title Number) _____          VEHICLE LICENSE PLATE NUMBER: _____

**NOTICE OF TRANSFER FILING FEE: $10.00**

82

400406361

OKLAHOMA TAX COMMISSION

LIEN HOLDERS RELEASE FORMS                                    2029456432

VIN: 3HSDJSJR3BN386339✓          VEHYR: 2011     MAKE: INTL        MODEL: PRO        BODY: TR
AGNT #: M1430                              LIEN DATE: 12/14/2016

LIEN DEBTOR: RDX INC

RDX INC ✓
12700 PARK CENTRAL DR STE 1700
DALLAS TX 75251-1517

LIEN HOLDER: TBK BANK SSB

TBK BANK SSB ✓                                              REF#: 2029456432
12700 PARK CENTRAL DR STE 1700
DALLAS TX 75251-1517

TO:   OKLAHOMA TAX COMMISSION
      MOTOR VEHICLE DIVISION
      P.O. BOX 269061
      OKLAHOMA CITY OK 73126

TO WHOM IT MAY CONCERN: WE HAVE RELEASED OUR SECURITY INTEREST IN THE MOTOR VEHICLE
DESCRIBED ABOVE, EFFECTIVE ON THE DATE WHICH APPEARS BY MY SIGNATURE. PLEASE REVISE YOUR
RECORDS TO REFLECT THIS RELEASE.
SIGNATURE OF REPRESENTATIVE OF SECURED PARTY

X _____          _____          DATE _____

**LENDER: TO ENSURE PROPER PROCESSING OF YOUR COMPLETED LIEN RELEASE,
PLEASE NOTE THE FOLLOWING.**

DO NOT ALTER THIS DOCUMENT

NO STAPLES

NO TAPE

NO FOREIGN FIXTURES OR ATTACHMENTS

NO WRITING OR MARKING
(OTHER THAN SIGNATURE AND DATE FOR RELEASE)

DO NOT ALTER THE SIZE OF THIS DOCUMENT

# CERTIFICATE OF TITLE

## STATE OF OKLAHOMA

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | TITLE NO |
|---|---|---|---|
| 3HSDJSJR3BN386373 | 2011 | INTL | 810002980213 |

| BODY TYPE | MODEL | | |
|---|---|---|---|
| TR | PRO | DATE 1st SOLD | DATE ISSUED |
| | | | 12/16/2016 |

| AGENT NO. | | ODOMETER | TYPE OF TITLE |
|---|---|---|---|
| M1430 | | 0 | Add Lien |
| | | None | DATE INS. |
| | | | LOSS OR SALVAGE |

NAME AND ADDRESS OF VEHICLE OWNER

RDX INC.
12700 PARK CENTRAL DR STE 1700
DALLAS TX 75251-1517

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S)

12/14/2016          TBK BANK SSB

It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named herein is the owner of the vehicle described above which is subject to a lien(s) as shown, however, the vehicle may be subject to other liens or security interests.

CONTROL NO
43648647

(This is not a title number)

### ASSIGNMENT OF TITLE BY REGISTERED OWNER     (If Dealer, List License # Here: _____)

IF REGISTERED OWNER (SELLER) IS A LICENSED DEALER, PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print) _____

Purchaser(s) Complete Address: _____

Actual Purchase Price of Vehicle: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐ 1. The odometer has exceeded its mechanical limits
☐ 2. The odometer reading is NOT the actual mileage. Warning – Odometer Discrepancy

(NO TENTHS)

Signature of Seller(s): _____     Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of _____ 20___

Notary Public _____     Commission Expiration _____

*Notarization required only of seller's signature(s) Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____     Printed Name of Buyer(s): _____

VOID IF ALTERED

---

## OKLAHOMA TAX COMMISSION / MOTOR VEHICLE DIVISION
### NOTICE OF TRANSFER

(SUBMISSION OF THIS FORM IS OPTIONAL - REFER TO INSTRUCTIONS ON REVERSE)

| VEHICLE IDENTIFICATION NUMBER | 3HSDJSJR3BN386373 | TITLE NUMBER | 810002980213 |
|---|---|---|---|

BUYER'S NAME (Printed): _____

BUYER'S ADDRESS/CITY/STATE/ZIP: _____

SELLER'S NAME (Printed): _____

SELLERS ADDRESS/CITY/STATE/ZIP: _____

SIGNATURE OF SELLER: _____     DATE OF SALE: _____

CONTROL No. (Not a Title Number) _____     VEHICLE LICENSE PLATE NUMBER _____

NOTICE OF TRANSFER FILING FEE: $10.00

84

46040636l

OKLAHOMA TAX COMMISSION

LIEN HOLDERS RELEASE FORMS                              122102736

VIN: 3HSDJSJR3BN386373 ✓          VEHYR: 2011     MAKE: INTL      MODEL: PRO      BODY: TR
AGNT #:  M1430                              LIEN DATE: 12/14/2016

LIEN DEBTOR:  RDX INC

RDX INC ✓
12700 PARK CENTRAL DR STE 1700
DALLAS TX  75251-1517

LIEN HOLDER:  TBK BANK SSB

TBK BANK SSB ✓                                       REF#: 122102736
12700 PARK CENTRAL DR STE 1700
DALLAS TX  75251-1517

TO:   OKLAHOMA TAX COMMISSION
      MOTOR VEHICLE DIVISION
      P.O. BOX 269061
      OKLAHOMA CITY OK 73126

TO WHOM IT MAY CONCERN: WE HAVE RELEASED OUR SECURITY INTEREST IN THE MOTOR VEHICLE
DESCRIBED ABOVE, EFFECTIVE ON THE DATE WHICH APPEARS BY MY SIGNATURE. PLEASE REVISE YOUR
RECORDS TO REFLECT THIS RELEASE.
SIGNATURE OF REPRESENTATIVE OF SECURED PARTY

X                                                      DATE

**LENDER: TO ENSURE PROPER PROCESSING OF YOUR COMPLETED LIEN RELEASE,
PLEASE NOTE THE FOLLOWING.**

DO NOT ALTER THIS DOCUMENT

NO STAPLES

NO TAPE

NO FOREIGN FIXTURES OR ATTACHMENTS

NO WRITING OR MARKING
(OTHER THAN SIGNATURE AND DATE FOR RELEASE)

DO NOT ALTER THE SIZE OF THIS DOCUMENT

85

# CERTIFICATE OF TITLE

## STATE OF OKLAHOMA

466406361

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | TITLE NO. |
|---|---|---|---|
| 3HSDJSJR6BN353836 ✓ | 2011 | INTL | 810003047441 |

| BODY TYPE | MODEL | DATE 1st SOLD | DATE ISSUED |
|---|---|---|---|
| TR | PRO | | 12/16/2016 |

| AGENT NO | | ODOMETER | TYPE OF TITLE |
|---|---|---|---|
| M1430 | | 0<br>None | Add Lien |

DATE REG.
LOSS OR SALVAGE

NAME AND ADDRESS OF VEHICLE OWNER

RDX INC. ✓
12700 PARK CENTRAL DR STE 1700
DALLAS TX 75251-1517

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):

12/14/2016       TBK BANK SSB ✓

*It is hereby verified that according to the records of the Oklahoma Tax Commission the person named below is the owner of the vehicle described above which is subject to a lien(s) as shown, however, the vehicle may be subject to other liens or security interests.*

CONTROL NO.
43648650
(This is not a Title number)

IF REGISTERED OWNER (SELLER) IS A LICENSED DEALER PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

**ASSIGNMENT OF TITLE BY REGISTERED OWNER** (If Dealer, List License # Here: _____ )

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate

Purchaser(s) Name (Type or Print): _____

Purchaser(s) Complete Address: _____

Actual Purchase Price of Vehicle: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐ 1 The odometer has exceeded its mechanical limits.
☐ 2 The odometer reading is NOT the actual mileage. Warning — Odometer Discrepancy

[ ] [ ] [ ] [ ] [ ] [ ] (NO TENTHS)

Signature of Seller(s): _____       Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of _____ 20___

Notary Public: _____       Commission Expiration: _____

Affix Notary Seal / Stamp Here

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____       Printed Name of Buyer(s): _____

VOID IF ALTERED

## OKLAHOMA TAX COMMISSION / MOTOR VEHICLE DIVISION
### NOTICE OF TRANSFER

(SUBMISSION OF THIS FORM IS OPTIONAL - REFER TO INSTRUCTIONS ON REVERSE)

VEHICLE IDENTIFICATION NUMBER   3HSDJSJR6BN353836          TITLE NUMBER   810003047441

BUYER'S NAME (Printed): _____

BUYER'S ADDRESS/CITY/STATE/ZIP: _____

SELLER'S NAME (Printed): _____

SELLERS ADDRESS/CITY/STATE/ZIP: _____

SIGNATURE OF SELLER: _____       DATE OF SALE: _____

CONTROL No (Not a Title Number)          VEHICLE LICENSE PLATE NUMBER: _____

**NOTICE OF TRANSFER FILING FEE: $10.00**

86

400406361

OKLAHOMA TAX COMMISSION

LIEN HOLDERS RELEASE FORMS                         1073061840

VIN: 3HSDJSJR6BN353836 ✓          VEHYR: 2011      MAKE: INTL      MODEL: PRO      BODY: TR
AGNT #: M1430                                LIEN DATE: 12/14/2016

LIEN DEBTOR:  RDX INC

RDX INC ✓
12700 PARK CENTRAL DR STE 1700
DALLAS TX  75251-1517

LIEN HOLDER:  TBK BANK SSB

TBK BANK SSB ✓                                    REF#: 1073061840
12700 PARK CENTRAL DR STE 1700
DALLAS TX  75251-1517

TO:    OKLAHOMA TAX COMMISSION
       MOTOR VEHICLE DIVISION
       P.O. BOX 269061
       OKLAHOMA CITY OK 73126

TO WHOM IT MAY CONCERN: WE HAVE RELEASED OUR SECURITY INTEREST IN THE MOTOR VEHICLE
DESCRIBED ABOVE, EFFECTIVE ON THE DATE WHICH APPEARS BY MY SIGNATURE. PLEASE REVISE YOUR
RECORDS TO REFLECT THIS RELEASE.
SIGNATURE OF REPRESENTATIVE OF SECURED PARTY

X _____                         DATE _____

**LENDER: TO ENSURE PROPER PROCESSING OF YOUR COMPLETED LIEN RELEASE,
PLEASE NOTE THE FOLLOWING.**

DO NOT ALTER THIS DOCUMENT

NO STAPLES

NO TAPE

NO FOREIGN FIXTURES OR ATTACHMENTS

NO WRITING OR MARKING
(OTHER THAN SIGNATURE AND DATE FOR RELEASE)

DO NOT ALTER THE SIZE OF THIS DOCUMENT

A. NEW OWNER'S LAST NAME (OR) COMPANY NAME     FIRST

B. NEW OWNER'S ADDRESS     APT NUMBER

C. ODOMETER READING (NO TENTHS)

D. CITY    STATE    ZIP CODE

E. DATE OF SALE OR LEASE RETURN    MO   DAY   YR

F. SELLER'S OR LESSEE'S LAST NAME (OR) COMPANY NAME    FIRST

G. SELLING PRICE (NO CENTS)    WHOLE DOLLARS

H. SELLER'S OR LESSEE'S ADDRESS    APT NUMBER

I. SELLER'S OR LESSEE'S SIGNATURE    X

J. CITY    STATE    ZIP CODE

VEHICLE ID NUMBER     YR MODEL   MAKE     PLATE NUMBER

**3HSDJSJR6BN386500     2011 INTL     3QKJ773**

REG 138A (REV 10/2012)

---

## STATE OF CALIFORNIA

### CERTIFICATE OF TITLE

**VEHICLE HISTORY**

**61416080102**

**COMMERCIAL     TITLE ONLY**

VEHICLE ID NUMBER     YR MODEL   MAKE     PLATE NUMBER

**3HSDJSJR6BN386500     2011 INTL     3QKJ773**

BODY TYPE MODEL    AX   UNLADEN WEIGHT   FUEL   TRANSFER DATE    FEES PAID    REGISTRATION EXPIRATION DATE

**DS     3 16000 D   07/27/16   #15    01/31/2015**

YR 1ST SOLD   CLASS   *YR   MO   EQUIPMT/TRUST NUMBER    ISSUE DATE

**LC 2015 XV    08/01/16**

MOTORCYCLE ENGINE NUMBER    ODOMETER DATE    ODOMETER READING

REGISTERED OWNER(S)

**RDX INC
5724 MAGILL AVE
FRESNO CA 93722**

- - - - -

I certify (or declare) under penalty of perjury under the laws of the State of California that THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.

1a   DATE   X     SIGNATURE OF REGISTERED OWNER

1b   DATE   X     SIGNATURE OF REGISTERED OWNER

Federal and state law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads [   ,   ] (no tenths) miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked. Mileage is VOID if altered or erased.

**WARNING** ☐ Odometer reading is not the actual mileage. ☐ Mileage exceeds the odometer mechanical limits.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE   TRANSFEROR/SELLER'S SIGNATURE(S)   X

DATE   TRANSFEREE/BUYER SIGNING   X

PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY

PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY

### IMPORTANT READ CAREFULLY

Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)

**TBK BANK SSB** ✓
**12700 PARK CENTRAL DR
STE 1700
DALLAS
TX 75251**

2. X _____
Signature releases interest in vehicle. (Company names must be countersigned)

Release Date _____

**022143**

**CA167443390**

REG. 17 36RS (REV 03/2016)

**KEEP IN A SAFE PLACE - VOID IF ALTERED**

VOID WITHOUT BEAR WATERMARK. HOLD TO LIGHT TO VIEW

# CERTIFICATE OF TITLE

## STATE OF OKLAHOMA

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | TITLE NO |
|---|---|---|---|
| 3HSDJSJR7BN386344 ✓ | 2011 | INTL | 810002961800 |

| BODY TYPE | MODEL | | DATE 1st SOLD | DATE ISSUED |
|---|---|---|---|---|
| TR | PRO | | | 12/16/2016 |

| AGENT NO | | | ODOMETER | TYPE OF TITLE |
|---|---|---|---|---|
| M1430 | | | 0 | Add Lien |
| | | | None | DATE INE |
| | | | | LOSS OR SALVAGE |

NAME AND ADDRESS OF VEHICLE OWNER

RDX INC. ✓
12700 PARK CENTRAL DR STE 1700
DALLAS TX 75251-1517

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):

12/14/2016     TBK BANK SSB ✓

*It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle described above which is subject to a lien(s) as shown, however, the vehicle may be subject to other liens or security interests.*

CONTROL NO
436...
(This is not a title number)

### ASSIGNMENT OF TITLE BY REGISTERED OWNER     (If Dealer, List License # Here: _____ )

IF REGISTERED OWNER (SELLER) IS A LICENSED DEALER, PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate

Purchaser(s) Name (Type or Print) _____

Purchaser(s) Complete Address _____

Actual Purchase Price of Vehicle: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐ 1 The odometer has exceeded its mechanical limits.
☐ 2 The odometer reading is NOT the actual mileage. Warning— Odometer Discrepancy

__ __ __ __ __ __ (NO TENTHS)

Signature of Seller(s): _____     Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of _____, 20__.

Notary Public _____     Commission Expiration _____

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Affix Notary Seal Stamp Here

Signature of Buyer(s): _____     Printed Name of Buyer(s): _____

VOID IF ALTERED

---

## OKLAHOMA TAX COMMISSION / MOTOR VEHICLE DIVISION
## NOTICE OF TRANSFER

(SUBMISSION OF THIS FORM IS OPTIONAL - REFER TO INSTRUCTIONS ON REVERSE)

VEHICLE IDENTIFICATION NUMBER   3HSDJSJR7BN386344     TITLE NUMBER   810002961800

BUYER'S NAME (Printed): _____

BUYER'S ADDRESS/CITY/STATE/ZIP: _____

SELLER'S NAME (Printed): _____

SELLER'S ADDRESS/CITY/STATE/ZIP: _____

SIGNATURE OF SELLER _____ DATE OF SALE _____

CONTROL No (Not a Title Number) _____     VEHICLE LICENSE PLATE NUMBER _____

NOTICE OF TRANSFER FILING FEE: $10.00

88

400406361

OKLAHOMA TAX COMMISSION

LIEN HOLDERS RELEASE FORMS                                    868192816

VIN: 3HSDJSJR7BN386344 ✓        VEHYR: 2011    MAKE: INTL    MODEL: PRO    BODY: TR
AGNT #:  M1430                          LIEN DATE: 12/14/2016

LIEN DEBTOR:  RDX INC

RDX INC ✓
12700 PARK CENTRAL DR STE 1700
DALLAS TX  75251-1517

LIEN HOLDER:  TBK BANK SSB

TBK BANK SSB ✓                                    REF#: 868192816
12700 PARK CENTRAL DR STE 1700
DALLAS TX  75251-1517

TO:    OKLAHOMA TAX COMMISSION
       MOTOR VEHICLE DIVISION
       P.O. BOX 269061
       OKLAHOMA CITY OK 73126

TO WHOM IT MAY CONCERN: WE HAVE RELEASED OUR SECURITY INTEREST IN THE MOTOR VEHICLE
DESCRIBED ABOVE, EFFECTIVE ON THE DATE WHICH APPEARS BY MY SIGNATURE. PLEASE REVISE YOUR
RECORDS TO REFLECT THIS RELEASE.
SIGNATURE OF REPRESENTATIVE OF SECURED PARTY

X                                                          DATE

## LENDER: TO ENSURE PROPER PROCESSING OF YOUR COMPLETED LIEN RELEASE, PLEASE NOTE THE FOLLOWING.

DO NOT ALTER THIS DOCUMENT

NO STAPLES

NO TAPE

NO FOREIGN FIXTURES OR ATTACHMENTS

NO WRITING OR MARKING
(OTHER THAN SIGNATURE AND DATE FOR RELEASE)

DO NOT ALTER THE SIZE OF THIS DOCUMENT

| A. NEW OWNER'S LAST NAME (OR) COMPANY NAME | | FIRST | | |

| B. NEW OWNER'S ADDRESS | APT NUMBER | | C. ODOMETER READING (NO TENTHS) |

| D. CITY | STATE | ZIP CODE | | E. DATE OF SALE OR LEASE RETURN |

| E. SELLER'S OR LESSEE'S LAST NAME (OR) COMPANY NAME | FIRST | | G. SELLING PRICE (NO CENTS) WHOLE DOLLARS |

| H. SELLER'S OR LESSEE'S ADDRESS | APT NUMBER | | I. SELLER'S OR LESSEE'S SIGNATURE |
| | | | X |

| J. CITY | STATE | ZIP CODE |

VEHICLE ID NUMBER                YR. MODEL   MAKE          PLATE NUMBER

3HSDJSJR7BN410139          2011  INTL      3QKJ775

REG. 138A (REV. 10/2012)

## STATE OF CALIFORNIA
### CERTIFICATE OF TITLE

61416080102                              VEHICLE HISTORY

**COMMERCIAL        TITLE ONLY**

| VEHICLE ID NUMBER | YR MODEL | MAKE | PLATE NUMBER |
| 3HSDJSJR7BN410139 | 2011 | INTL | 3QKJ775 |

| BODY TYPE MODEL | AX | UNLADEN WEIGHT | FUEL | TRANSFER DATE | FEES PAID | REGISTRATION EXPIRATION DATE |
| DS | 3 | 16000 | D | 07/27/16 | $15 | 01/31/2015 |

| YR 1ST SOLD | CLASS | YR | MO | EQUIPMT/TRUST NUMBER | ISSUE DATE |
| | LC | 2015 | XV | | 08/01/16 |

MOTORCYCLE ENGINE NUMBER          ODOMETER DATE      ODOMETER READING

REGISTERED OWNER(S) ✓
RDX INC
5724 MAGILL AVE
FRESNO CA 93722

I certify (or declare) under penalty of perjury under the laws of the State of California that THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.

1a ___ DATE ___ X ___ SIGNATURE OF REGISTERED OWNER
1b ___ DATE ___ X ___ SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads [ ][ ][ ][ ][ ][ ] (no tenths) miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked. Mileage is VOID if altered or erased.

WARNING ☐ Odometer reading is not the actual mileage. ☐ Mileage exceeds the odometer mechanical limits.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| DATE | TRANSFEROR/SELLER SIGNATURE(S) X | DATE | TRANSFEREE/BUYER SIGNATURE(S) X |
| PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY | PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY |

**IMPORTANT READ CAREFULLY**
Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)
TBK BANK SSB ✓
12700 PARK CENTRAL DR
STE 1700
DALLAS
TX 75251

2. X
Signature releases interest in vehicle. (Company names must be countersigned)
Release Date

CA167443391

022144          REG. 17.30RS (REV.02/2016)

**KEEP IN A SAFE PLACE - VOID IF ALTERED**

90

# CERTIFICATE OF TITLE

## STATE OF OKLAHOMA

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | TITLE NO |
|---|---|---|---|
| 3HSDJSJRXBN353838 ✓ | 2011 | INTL | 810002933524 |

| BODY TYPE | MODEL | | DATE 1st SOLD | DATE ISSUED |
|---|---|---|---|---|
| TR | PRO | | | 12/16/2016 |

| AGENT NO | | ODOMETER | TYPE OF TITLE |
|---|---|---|---|
| M1430 | | 0 | Add Lien |
| | | None | DATE INS |
| | | | LOSS OR SALVAGE |

NAME AND ADDRESS OF VEHICLE OWNER

RDX INC. ✓
12700 PARK CENTRAL DR STE 1700
DALLAS TX 75251-1517

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S)

12/14/2016          TBK BANK SSB ✓

*It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named herein is the owner of the vehicle described above, which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.*

CONTROL NO.
43648644
(This is not a title number)

### ASSIGNMENT OF TITLE BY REGISTERED OWNER    (If Dealer, List License # Here: _____)

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

IF REGISTERED OWNER (SELLER) IS A LICENSED DEALER, PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

Purchaser(s) Name (Type or Print): _____

Purchaser(s) Complete Address: _____

Actual Purchase Price of Vehicle: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked

☐ 1. The odometer has exceeded its mechanical limits
☐ 2. The odometer reading is NOT the actual mileage  Warning — Odometer Discrepancy

☐☐☐☐☐☐ (NO TENTHS)

Signature of Seller(s): _____  Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of _____, 20__

Notary Public _____  Commission Expiration: _____

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____  Printed Name of Buyer(s)

VOID IF ALTERED

## OKLAHOMA TAX COMMISSION / MOTOR VEHICLE DIVISION
### NOTICE OF TRANSFER
(SUBMISSION OF THIS FORM IS OPTIONAL - REFER TO INSTRUCTIONS ON REVERSE)

VEHICLE IDENTIFICATION NUMBER  3HSDJSJRXBN353838          TITLE NUMBER  810002933524

BUYER'S NAME (Printed): _____

BUYER'S ADDRESS/CITY/STATE/ZIP: _____

SELLER'S NAME (Printed): _____

SELLERS ADDRESS/CITY/STATE/ZIP: _____

SIGNATURE OF SELLER: _____  DATE OF SALE: _____

CONTROL No. (Not a Title Number) _____  VEHICLE LICENSE PLATE NUMBER _____

**NOTICE OF TRANSFER FILING FEE: $10.00**

91

400406361

OKLAHOMA TAX COMMISSION

LIEN HOLDERS RELEASE FORMS          821496880

VIN: 3HSDJSJRXBN353838 ✓     VEHYR: 2011    MAKE: INTL     MODEL: PRO     BODY: TR
AGNT #: M1430                  LIEN DATE: 12/14/2016

LIEN DEBTOR: RDX INC

RDX INC ✓
12700 PARK CENTRAL DR STE 1700
DALLAS TX 75251-1517

LIEN HOLDER: TBK BANK SSB

TBK BANK SSB ✓                   REF#: 821496880
12700 PARK CENTRAL DR STE 1700
DALLAS TX 75251-1517

TO:    OKLAHOMA TAX COMMISSION
       MOTOR VEHICLE DIVISION
       P.O. BOX 269061
       OKLAHOMA CITY OK 73126

TO WHOM IT MAY CONCERN: WE HAVE RELEASED OUR SECURITY INTEREST IN THE MOTOR VEHICLE
DESCRIBED ABOVE, EFFECTIVE ON THE DATE WHICH APPEARS BY MY SIGNATURE. PLEASE REVISE YOUR
RECORDS TO REFLECT THIS RELEASE.
SIGNATURE OF REPRESENTATIVE OF SECURED PARTY

X                                 DATE

**LENDER: TO ENSURE PROPER PROCESSING OF YOUR COMPLETED LIEN RELEASE,
PLEASE NOTE THE FOLLOWING.**

DO NOT ALTER THIS DOCUMENT

NO STAPLES

NO TAPE

NO FOREIGN FIXTURES OR ATTACHMENTS

NO WRITING OR MARKING
(OTHER THAN SIGNATURE AND DATE FOR RELEASE)

DO NOT ALTER THE SIZE OF THIS DOCUMENT

# CERTIFICATE OF TITLE

## STATE OF OKLAHOMA

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | TITLE NO |
|---|---|---|---|
| 3HSDSJSJRXBN386595 ✓ | 2011 | INTL | 810003048426 |

| BODY TYPE | MODEL | | DATE 1st SOLD | DATE ISSUED |
|---|---|---|---|---|
| TR | PRO | | | 12/16/2016 |

| AGENT NO | | ODOMETER | TYPE OF TITLE |
|---|---|---|---|
| M1430 | | 0 | Add Lien |
| | | None | DATE INS. |
| | | | LOSS OR SALVAGE |

NAME AND ADDRESS OF VEHICLE OWNER

RDX INC. ✓
12700 PARK CENTRAL DR STE 1700
DALLAS TX 75251-1517

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):

12/14/2016          TBK BANK SSB ✓

*It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named herein is the owner of the vehicle described above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.*

CONTROL NO.
43643651

( This is not a title number)

ASSIGNMENT OF TITLE BY REGISTERED OWNER     (If Dealer, List License # Here: _____)

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate

Purchaser(s) Name (Type or Print) _____

Purchaser(s) Complete Address: _____

Actual Purchase Price of Vehicle: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked

☐ 1 The odometer has exceeded its mechanical limits

☐ 2 The odometer reading is NOT the actual mileage Warning — Odometer Discrepancy

[ ] [ ] [ ] [ ] [ ] [ ] (NO TENTHS)

Signature of Seller(s): _____     Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this _____ City of _____

Notary Public: _____     Commission Expiration _____

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____     Printed Name of Buyer(s): _____

VOID IF ALTERED

OKLAHOMA TAX COMMISSION / MOTOR VEHICLE DIVISION
NOTICE OF TRANSFER

(SUBMISSION OF THIS FORM IS OPTIONAL - REFER TO INSTRUCTIONS ON REVERSE)

VEHICLE IDENTIFICATION NUMBER  3HSDSJRXBN386595          TITLE NUMBER  810003048426

BUYER'S NAME (Printed) _____

BUYER'S ADDRESS/CITY/STATE/ZIP: _____

SELLER'S NAME (Printed): _____

SELLERS ADDRESS/CITY/STATE/ZIP _____

SIGNATURE OF SELLER _____     DATE OF SALE _____

CONTROL No. (Not a Title Number) _____     VEHICLE LICENSE PLATE NUMBER _____

NOTICE OF TRANSFER FILING FEE: $10.00

93

400406361

OKLAHOMA TAX COMMISSION

LIEN HOLDERS RELEASE FORMS                          1124326448

VIN: 3HSDJSJRXBN386595 ✓          VEHYR: 2011     MAKE: INTL          MODEL: PRO          BODY: TR
AGNT #:  M1430                              LIEN DATE:  12/14/2016

LIEN DEBTOR:  RDX INC

RDX INC ✓
12700 PARK CENTRAL DR STE 1700
DALLAS TX  75251-1517

LIEN HOLDER:  TBK BANK SSB

TBK BANK SSB ✓                                              REF#: 1124326448
12700 PARK CENTRAL DR STE 1700
DALLAS TX  75251-1517

TO:     OKLAHOMA TAX COMMISSION
        MOTOR VEHICLE DIVISION
        P.O. BOX 269061
        OKLAHOMA CITY OK 73126

TO WHOM IT MAY CONCERN: WE HAVE RELEASED OUR SECURITY INTEREST IN THE MOTOR VEHICLE
DESCRIBED ABOVE, EFFECTIVE ON THE DATE WHICH APPEARS BY MY SIGNATURE. PLEASE REVISE YOUR
RECORDS TO REFLECT THIS RELEASE.
SIGNATURE OF REPRESENTATIVE OF SECURED PARTY

X _____                          DATE

**LENDER: TO ENSURE PROPER PROCESSING OF YOUR COMPLETED LIEN RELEASE,
PLEASE NOTE THE FOLLOWING.**

DO NOT ALTER THIS DOCUMENT

NO STAPLES

NO TAPE

NO FOREIGN FIXTURES OR ATTACHMENTS

NO WRITING OR MARKING
(OTHER THAN SIGNATURE AND DATE FOR RELEASE)

DO NOT ALTER THE SIZE OF THIS DOCUMENT

94

# CERTIFICATE OF TITLE

## STATE OF OKLAHOMA

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | TITLE NO |
|---|---|---|---|
| 3HSDJSJR0BN386461 ✓ | 2011 | INTL | 810003048466 |

| BODY TYPE | MODEL | DATE 1st SOLD | DATE ISSUED |
|---|---|---|---|
| TR | PRO | | 12/16/2016 |

| AGENT NO | ODOMETER | TYPE OF TITLE |
|---|---|---|
| M1430 | 0 | Add Lien |
| | None | DATE INS. |
| | | LOSS OR SALVAGE |

NAME AND ADDRESS OF VEHICLE OWNER

RDX INC. ✓
12700 PARK CENTRAL DR STE 1700
DALLAS TX 75251-1517

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):

12/14/2016     TBK BANK SSB ✓

*It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle described above which is subject to a lien(s) as shown, however the vehicle may be subject to other liens or security interests.*

CONTROL NO.
43648652
(This is not a title number)

---

**ASSIGNMENT OF TITLE BY REGISTERED OWNER**    (If Dealer, List License # Here: _____ )

IF REGISTERED OWNER (SELLER) IS A LICENSED DEALER PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances if any, properly noted on this certificate

Purchaser(s) Name (Type or Print): _____

Purchaser(s) Complete Address: _____

Actual Purchase Price of Vehicle: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐ 1 The odometer has exceeded its mechanical limits

☐ 2 The odometer reading is NOT the actual mileage Warning — **Odometer Discrepancy**

☐☐☐☐☐☐☐ (NO TENTHS)

Signature of Seller(s): _____    Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of _____ 20___

Notary Public: _____ Commission Expiration: _____

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____    Printed Name of Buyer(s): _____

VOID IF ALTERED

---

## OKLAHOMA TAX COMMISSION / MOTOR VEHICLE DIVISION
### NOTICE OF TRANSFER

(SUBMISSION OF THIS FORM IS OPTIONAL - REFER TO INSTRUCTIONS ON REVERSE)

VEHICLE IDENTIFICATION NUMBER   3HSDJSJR0BN386461     TITLE NUMBER   810003048466

BUYER'S NAME (Printed): _____

BUYER'S ADDRESS/CITY/STATE/ZIP: _____

SELLER'S NAME (Printed): _____

SELLER'S ADDRESS/CITY/STATE/ZIP: _____

SIGNATURE OF SELLER: _____ DATE OF SALE _____

CONTROL No (Not a Title Number) _____ VEHICLE LICENSE PLATE NUMBER: _____

**NOTICE OF TRANSFER FILING FEE: $10.00**

95

400406381

OKLAHOMA TAX COMMISSION

LIEN HOLDERS RELEASE FORMS                         438557744

VIN: 3HSDJSJR0BN386461 ✓        VEHYR: 2011      MAKE: INTL       MODEL: PRO      BODY: TR
AGNT #:  M1430                              LIEN DATE: 12/14/2016

LIEN DEBTOR:  RDX INC

RDX INC ✓
12700 PARK CENTRAL DR STE 1700
DALLAS TX  75251-1517

LIEN HOLDER:  TBK BANK SSB

TBK BANK SSB ✓                                                    REF#: 438557744
12700 PARK CENTRAL DR STE 1700
DALLAS TX  75251-1517

TO:   OKLAHOMA TAX COMMISSION
       MOTOR VEHICLE DIVISION
       P.O. BOX 269061
       OKLAHOMA CITY OK 73126

TO WHOM IT MAY CONCERN: WE HAVE RELEASED OUR SECURITY INTEREST IN THE MOTOR VEHICLE
DESCRIBED ABOVE, EFFECTIVE ON THE DATE WHICH APPEARS BY MY SIGNATURE. PLEASE REVISE YOUR
RECORDS TO REFLECT THIS RELEASE.
SIGNATURE OF REPRESENTATIVE OF SECURED PARTY

X                                                    DATE _____

**LENDER: TO ENSURE PROPER PROCESSING OF YOUR COMPLETED LIEN RELEASE,
PLEASE NOTE THE FOLLOWING.**

DO NOT ALTER THIS DOCUMENT

NO STAPLES

NO TAPE

NO FOREIGN FIXTURES OR ATTACHMENTS

NO WRITING OR MARKING
(OTHER THAN SIGNATURE AND DATE FOR RELEASE)

DO NOT ALTER THE SIZE OF THIS DOCUMENT

96