Debtor    **RDX, INC.**    Case number *(If known)*
          Name

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**    $750.00
    Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No. Go to Part 9.
    ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| 47.1. Debtor has a total of 63 trucks and 15 chassis of various makes and models, which are secured by an all-inclusive lien from TBK Bank. Attached to the Petition as Exhibit A is a list of all the trucks, which includes the VIN numbers. | Unknown | N/A | Unknown |
| 47.2. Debtor has a total of 5 trucks of various makes and models, which are secured by an all-inclusive lien from TBK Bank. Attached to the Petition as Exhibit A is a list of all the trucks, which includes the VIN numbers. | $0.00 | | Unknown |
| 47.3. Debtor has a total of 3 trucks of various makes and models, which are secured by an all-inclusive lien from Ascentium Capital. Attached to the Petition as Exhibit A is a list of all the trucks, which includes the VIN numbers. | $0.00 | | Unknown |
| 47.4. Debtor has a total of 5 trucks of various makes and models, which are secured by an all-inclusive lien from Wells Fargo. Attached to the Petition as Exhibit A is a list of all the trucks, which includes the VIN numbers. | $0.00 | | Unknown |

Debtor    **RDX, INC.**                Case number *(If known)*
        Name

| | | | |
|---|---|---|---|
| 47.5. | Debtor has a total of 2 trucks of various makes and models, which are secured by an all-inclusive lien from Exchange Bank. Attached to the Petition as Exhibit A is a list of all the trucks, which includes the VIN numbers. | $0.00 | Unknown |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**                                                              $0.00

    Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
 - ■ No
 - ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
 - ■ No
 - ☐ Yes

### Part 9: Real property

54. **Does the debtor own or lease any real property?**

- ■ No. Go to Part 10.
- ☐ Yes Fill in the information below.

### Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

- ■ No. Go to Part 11.
- ☐ Yes Fill in the information below.

### Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☐ No. Go to Part 12.
- ■ Yes Fill in the information below.

                                                                                                                **Current value of debtor's interest**

71. **Notes receivable**
    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

| Debtor | RDX, INC. | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| Auto Accident - Claim against Starla Marie Williams<br>Claim opened with Infinity Insurance<br>Infinity has denied liability<br>DOI = 1-23-2017<br>Claim No.: 20002880197 | | Unknown |
| Nature of claim | Auto Accident | |
| Amount requested | $0.00 | |
| RDX, Inc. v. Baghel Keshgurh<br>16CECG03405 | | Unknown |
| Nature of claim | Complaint for Damages, Fraud, Breach of Contract | |
| Amount requested | $0.00 | |
| RDX, Inc. v. Tic Tac Towing, Inc., et al.<br>Complaint for Conversion, Conspiracy, and Permanent Injunction<br>Complaint filed in February 2017-CV17-196 - County of Yolo | | Unknown |
| Nature of claim | Complaint for Conversion, Conspiracy, and Permanent Injunction | |
| Amount requested | $0.00 | |
| Debtor has a claim against West Coast Growers for approximately $486,897.35, for services provided. West Coast Growers has filed for bankruptcy, Case No. 15-11079-A-7, in the Eastern District of California. | | $486,897.35 |
| Nature of claim | $486,897.35 is owed to RDX by West Coast Growers for transportation services | |
| Amount requested | $486,897.35 | |

| | | |
|---|---|---|
| 75. | Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims | |
| 76. | Trusts, equitable or future interests in property | |
| 77. | Other property of any kind not already listed *Examples:* Season tickets, country club membership | |
| | Various tires for trucks | $600.00 |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $487,497.35 |
| 79. | Has any of the property listed in Part 11 been appraised by a professional within the last year?<br>■ No<br>☐ Yes | |

Debtor    **RDX, INC.**
Name

Case number *(If known)*

**Part 12:**    Summary

In Part 12 copy all of the totals from the earlier parts of the form
Type of property

| | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $10.00 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $0.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $3,121.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $0.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $750.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $0.00 | |
| 88. Real property. *Copy line 56, Part 9.* ............> | | $0.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $487,497.35 | |
| 91. **Total.** Add lines 80 through 90 for each column | $491,378.35   + 91b. | $0.00 |
| 92. Total of all property on Schedule A/B. Add lines 91a+91b=92 | | $491,378.35 |

# Exhibit 8



TEL: 562.699.9777   FAX: 800.850.9577

**INVOICE**

**6222017**
06/22/17

To: TRIUMP BANK / JASON CHAPMAN
Address:
City:
Phone:

| P.O. NUMBER | | | ORDER DATE |
|---|---|---|---|
| Verbal Auth 5/26/17 | | | May 26, 2017 |

| VIN | TYPE | DESCRIPTION | TOTAL PER ITEM |
|---|---|---|---|
| AV0920 | Cascadia | Truck Repairs | $3,844.00 |
| AV9689 | Cascadia | Truck Repairs | $6,202.00 |
| Y78912 | Columbia | Truck Repairs | $3,403.00 |
| Z46469 | Cascadia | Truck Repairs | $3,392.00 |
| Z46470 | Columbia | Truck Repairs | $1,550.00 |
| Z46472 | Columbia | Truck Repairs | $2,664.00 |
| AA9113 | Columbia | Truck Repairs | $2,889.00 |
| 410139 | Prostar | Truck Repairs | $7,253.00 |
| | | SUBTOTAL | $31,197.00 |
| | | SHIPPING AND HANDLING | |
| | | TOTAL DUE | $31,197.00 |

ITM Equipment   10641 Mulberry Avenue, Fontana, CA  92337

148

| VIN | TYPE | MILES | COLOR | YEAR | BATTERIES (4) | BUMPER | FAIRING | BRACKETS | FENDER | BODY REPAIR | SEAT CVRS | GRILLE | DASH COVER | DASH BOARD | MIRROR(S) | LIGHTS/BEZEL | DETAILING | LABOR | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AV0920 | F.L CASCADIA | 854,482 | BLACK | 2010 | $480 | $1,190 | $390 | $180 | $100 | | $279 | | | | | $400 | $275 | $550 | $3,844 |
| | Light/H Extended Fairing, Brackets | | | | | | | | | | | | | | | | | | |
| AV9689 | F.L CASCADIA | 663,804 | WHT | 2011 | $480 | $799 | | | | $3,500 | $279 | $599 | | | | | $275 | $270 | $6,202 |
| | Engine Knocks, Replace Hood | | | | | | | | | | | | | | | | | | |
| 728912 | F.L COLUMBIA | 738,363 | BLUE | 2008 | $480 | $749 | | | | | | $499 | | $1,000 off | $400 | $400 | $275 | $550 | $3,403 |
| | 1 Hood Mirror, 2 Lights, Passenger Side Mirror | | | | | | | | | | | | | | | | | | |
| 246469 | F.L Cascadia | 394,257 | BLUE | 2008 | $480 | $799 | | | $100 | | $279 | $599 | | $1,000 | $400 | $400 | $275 | $460 | $3,392 |
| 246470 | F.L COLUMBIA | 393,078 | BLUE | 2008 | $240 | | | | | | $275 | | | $4 | | $400 | $275 | $360 | $1,550 |
| | 2 Lights/Bezel | | | | | | | | | | | | | | | | | | |
| 246472 | F.L COLUMBIA | 363,900 | BLUE | 2008 | $240 | $799 | | | | | | | | | $500 | $400 | $275 | $450 | $2,664 |
| | Both Lights/ Bezel & Passenger & Driver Side Mirrors | | | | | | | | | | | | | | | | | | |
| AA9113 | F.L COLUMBIA | 238,478 | RED | 2009 | $400 | $799 | | | | | $275 | | | | $200 | $400 | $275 | $460 | $2,889 |
| | 2 Lights/Bezels | | | | | | | | | | | | | | | | | | |
| 410139 | INT'L PROSTAR | 478,218 | WHITE | 2011 | $480 | $1,190 | $749 | | | $3,500 | | | | | $99 | $400 | $275 | $560 | $7,253 |
| | Side Fairing Only, Replace Hood | | | | | | | | | | | | | | | | | | |

$31,197





149

# Exhibit 9



TEL: 562.699.9777    FAX: 800.850.9577

INVOICE

**6262017**

Date: 06/26/17

To: TRIUMP BANK / JASON CHAPMAN
Address:
City:
Phone:

| P.O. NUMBER | | | ORDER DATE |
|---|---|---|---|
| Verbal Auth 6/26/17 | | | June 22, 2017 |

| VIN | TYPE | DESCRIPTION | TOTAL PER ITEM |
|---|---|---|---|
| HA1841 | Cascadia | Truck Repairs | $10,300.00 |
| HA1842 | Cascadia | Truck Repairs | $5,297.00 |
| HA1844 | Columbia | Truck Repairs | $4,199.00 |
| HA1845 | Cascadia | Truck Repairs | $5,218.00 |
| HA1843 | Cascadia | Truck Repairs | $8,303.00 |
| Six Trucks In Stockton | | Transportation | $2,800.00 |
| | | | |
| | | | |
| | | | |
| | | SUBTOTAL | $35,820.00 |
| | | SHIPPING AND HANDLING | |
| | | TOTAL DUE | $35,820.00 |

ITM Equipment     10641 Mulberry Avenue, Fontana, CA  92337

151

| VIN | TYPE | MILES | COLOR | YEAR | BATTERIES (4) | BUMPER | WINDSHIELD | DEER GUARD | FERRING | SEAT CVRS / REPAIR | GRILLE | MUD FLAPS | TIRES | MIRROR(S) | LIGHTS/BEZEL | KEYS MADE | FUEL | TRANSPORTATION | DETAILING | LABOR | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GSHA1841 | F.L CASCADIA | 209,411 | WHT | 2016 | $480 | $899 | $500 | $800 | | $175 | $649 | $175 | $3,200 | $900 | $400 | | $50 | $200 | $500 | $275 | $800 | $10,003 |
| GSHA1842 | F.L CASCADIA | | WHT | 2016 | $480 | $899 | $500 | $800 | | $175 | $649 | $175 | | | | $50 | $200 | $500 | $275 | $594 | $5,297 |
| GSHA1844 | F.L CASCADIA | | WHT | 2016 | $480 | | | $800 | | $175 | $649 | $175 | | | $400 | $50 | $200 | $500 | $275 | $495 | $4,199 |
| GSHA1845 | F.L CASCADIA | | WHT | 2016 | $120 | | $500 | $800 | $780 | $175 | $649 | $175 | | | $400 | $50 | $200 | $500 | $275 | $594 | $5,218 |
| GSHA1843 | F.L CASCADIA | 210,159 | WHT | 2016 | $480 | $899 | $500 | | | $175 | $649 | $175 | $3,200 | | $400 | $50 | $200 | $500 | $275 | $800 | $8,303 |
| TRANSPORTATION CHARGE: | | | | | | | | | | | | | | | | | | | | | $2,800.00 |
| 6 DRIVERS TO STOCKTON TO PICK UP TRUCKS - TRUCKS DEEMED TOO DAMAGED TO DRIVE BACK FOR REPAIRS | | | | | | | | | | | | | | | | | | | | | $35,820 |

152

# Exhibit 10

**From:** Belinda Rudy [mailto:belindar@easytruckinsurance.com]
**Sent:** Monday, June 12, 2017 12:22 PM
**To:** Amy M. Walker
**Subject:** RE: Insurance Policy - RDX

Hello Amy,

The attached certificates were not issued from our office, sorry. Our office does not issue certificates where the boxes are crudely marked/written in manually.

Thank you,

Belinda Rudy

**Easy Truck Insurance Services, Inc.**
7635 Clement Rd Suite #A
Vacaville, CA 95688
866-999-8785 x 130
Direct fax # (707)451-6404
belindar@easytruckinsurance.com
CA license #0G23762
www.easytruckinsurance.com

*Important Notice:* This e-mail and any attachments contain confidential and privileged information. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this e-mail and destroy any copies. Any dissemination or use of this information by a person other than the intended recipient is unauthorized and may be illegal. Thank you for your cooperation in connection with the above.

**From:** Amy M. Walker [mailto:AWalker@triumphcf.com]
**Sent:** Monday, June 12, 2017 9:58 AM
**To:** 'Belinda Rudy'
**Subject:** RE: Insurance Policy - RDX

Good morning Belinda. I hope you are well and had a nice weekend.

After our conversation last week, I did a little more research on this account and reviewed the insurance provided to us on the first transaction we did back in March 2016. Attached are 11 certificates provided to us by the borrower. Can you please tell me if these were valid certificates or if these were also fraudulent? They have the same erroneous policy number as the one referenced below.

Thank you,

Amy Walker
Vice President of Operations



TRIUMPH
COMMERCIAL FINANCE

12700 Park Central Drive
Suite 1700
Dallas, TX 75251

214-365-6977 (Direct)
awalker@triumphcf.com
www.triumphcf.com

---

**From:** Belinda Rudy [mailto:belindar@easytruckinsurance.com]
**Sent:** Friday, June 09, 2017 3:51 PM
**To:** Amy M. Walker
**Subject:** FW: Insurance Policy - RDX

Amy,

The attached certificate was <u>not</u> issued from our office and is fraudulent.

Thank you,

Belinda Rudy

**Easy Truck Insurance Services, Inc.**
7635 Clement Rd Suite #A
Vacaville, CA 95688
866-999-8785 x 130
Direct fax # (707)451-6404
belindar@easytruckinsurance.com
CA license #0G23762
www.easytruckinsurance.com

*Important Notice: This e-mail and any attachments contain confidential and privileged information. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this e-mail and destroy any copies. Any dissemination or use of this information by a person other than the intended recipient is unauthorized and may be illegal. Thank you for your cooperation in connection with the above.*

**From:** Amy M. Walker [mailto:AWalker@triumphcf.com]
**Sent:** Friday, June 9, 2017 1:24 PM
**To:** 'certificate@easytruckinsurance.com'
**Subject:** Insurance Policy - RDX

Per our conversation, Thanks,


Amy Walker
Vice President of Operations



12700 Park Central Drive
Suite 1700
Dallas, TX 75251

214-365-6977 (Direct)
awalker@triumphcf.com
www.triumphcf.com



The information contained in this email is confidential and intended only for the exclusive use of the addressee. Copying, distributing or any other use of this communication by the addressee or any other person or entity is prohibited. If you have received this communication by mistake, notify the sender immediately and destroy all forms of this communication (electronic or paper).

The information contained in this email is confidential and intended only for the exclusive use of the addressee. Copying, distributing or any other use of this communication by the addressee or any other person or entity is prohibited. If you have received this communication by mistake, notify the sender immediately and destroy all forms of this communication (electronic or paper).



# CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY):** 06/29/2016

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

**PRODUCER:** Easy Truck Insurance Service, 7635 Clement Rd Suite A, Vacaville, CA 95688
**PHONE (A/C, No, Ext):** 707 451-6400
**FAX (A/C, No):** 707 451-6404
**E-MAIL ADDRESS:** certificate@easytruckinsurance.com

**INSURERS AFFORDING COVERAGE / NAIC #**
- INSURER A: UNITED SPECIALTY INSURANCE CO — 12537
- INSURER B: LLOYDS OF LONDON
- INSURER C: HARTFORD CASUALTY INS CO — 29424
- INSURER D: PENNSYLVANIA MANUFACTURERS — 12262
- INSURER E: STATE COMPENSATION INSURANCE FUND — 35076
- INSURER F:

**INSURED:** RDX, Inc, 2436 S. Sarah Street, Fresno, CA 93706

## COVERAGES — CERTIFICATE NUMBER: — REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS |
|---|---|---|---|---|---|---|---|
| D | GENERAL LIABILITY — [X] COMMERCIAL GENERAL LIABILITY — CLAIMS-MADE [X] OCCUR; GEN'L AGGREGATE LIMIT APPLIES PER: [X] POLICY [ ] PROJECT [ ] LOC | | | 301401-0300947Y-XGL336 | 07/01/2016 | 07/01/2017 | EACH OCCURRENCE $1,000,000; DAMAGE TO RENTED PREMISES (Ea occurrence) $100,000; MED EXP (Any one person) $5,000; PERSONAL & ADV INJURY $1,000,000; GENERAL AGGREGATE $2,000,000; PRODUCTS - COMP/OP AGG $1,000,000 |
| A | AUTOMOBILE LIABILITY — [ ] ANY AUTO — [ ] ALL OWNED AUTOS [X] SCHEDULED AUTOS — [X] HIRED AUTOS [X] NON-OWNED AUTOS | | | MAT-0001400-10194 | 07/01/2016 | 07/01/2017 | COMBINED SINGLE LIMIT (Ea accident) $1,000,000; BODILY INJURY (Per person); BODILY INJURY (Per accident); PROPERTY DAMAGE (Per accident) |
| | UMBRELLA LIAB [ ] OCCUR / EXCESS LIAB [ ] CLAIMS-MADE; DED / RETENTION $ | | | | | | EACH OCCURRENCE; AGGREGATE |
| E | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY — ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) Y/N — N/A | | | 9138251-16 | 07/01/2016 | 07/01/2017 | WC STATUTORY LIMITS; E.L. EACH ACCIDENT $1,000,000; E.L. DISEASE - EA EMPLOYEE $1,000,000; E.L. DISEASE - POLICY LIMIT $1,000,000 |
| B | PHYSICAL DAMAGE | | | TRNMB00117 | 07/01/2016 | 07/01/2017 | COLL/OTC $1,000 DED |
| C | MOTOR TRUCK CARGO | | | 72 MS ZD5329 | 07/01/2016 | 07/01/2017 | $200,000 PER LOSS $2,500 DED |
| C | TRAILER INTERCHANGE | | | 72 MS ZD5329 | 07/01/2016 | 07/01/2017 | $30,000 PER TRAILER $1,000 DED |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES** (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

TRUCKS FRHT 2016 VIN# 3AKJGLD55GSHA1641, 2016 VIN# 3AKJGLD57GSHA1842, 2016 VIN# 3AKJGLD59GSHA1843, 2016 VIN# 3AKJGLD50GSHA1844, AND 2016 VIN# 3AKJGLD52GSHA1845 ALL UNITS VALUED AT $160,000 EACH.

NAVDEEP K. SINGH ADDITIONAL INSURED

**CERTIFICATE HOLDER:** LOSS PAYEE & ADDITIONAL INSURED
TBK BANK, SSB
12700 PARK CENTRAL DRIVE, SUITE 1700
DALLAS, TX 75251

**CANCELLATION:** SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

**AUTHORIZED REPRESENTATIVE:** *[signature]*

© 1988-2010 ACORD CORPORATION. All rights reserved.

ACORD 25 (2010/05)     The ACORD name and logo are registered marks of ACORD

158

# Exhibit 11

C&I EQUIPMENT TCF 400406361     TBK Bank SSB     7/3/2017 1:03:11 PM

## Note 400406361 - RDX INC

| | Relationship | Date of Birth | Phone Number | Tax Identification |
|---|---|---|---|---|
| RDX INC | Owner/Signer | | ********** | EIN **-******* |
| NAVDEEP K SINGH | Owner/Signer | | ********** | SSN ***-**-**** |
| PO BOX 1490 | | | | |
| SELMA CA 93662-1490 | | | | |

Additional Relationships
Tax Name: RDX INC

## Loan To Date - Details

| Date | Description | Transaction Amount | Principal | Interest |
|---|---|---|---|---|
| Mar 25, 2016 | Fees Financed | $2,500.00 | $2,500.00 | |
| Mar 25, 2016 | LOAN PROCEEDS | $1,984,836.71 | $1,984,836.71 | |
| Jun 13, 2016 | Automatic Late Charge | $3,047.70 | | |
| | Late Charge: | $3,047.70 | | |
| Jun 16, 2016 | REGULAR PAYMENT EXTRA TO PRIN | $17,465.81 | $0.00 | $17,465.81 |
| Jun 16, 2016 | REGULAR PAYMENT EXTRA TO PRIN | $43,534.19 | $33,508.51 | $10,025.68 |
| Jul 11, 2016 | Automatic Late Charge | $3,047.70 | | |
| | Late Charge: | $3,047.70 | | |
| Jul 19, 2016 | NSF FEE | $25.00 | | |
| Jul 20, 2016 | LATE CHARGE WAIVED | $6,095.40 | | |
| Jul 20, 2016 | REGULAR PAYMENT EXTRA TO PRIN | $60,908.12 | $49,836.43 | $11,071.69 |
| Aug 08, 2016 | Payment - Extra To Principal | $60,954.06 | $54,924.76 | $6,029.30 |
| Sep 08, 2016 | Payment - Extra To Principal | $25.00 | $0.00 | $25.00 |
| Sep 08, 2016 | Payment - Extra To Principal | $60,954.06 | $51,400.55 | $9,528.51 |
| | Fees: | $25.00 | | |
| Oct 11, 2016 | Automatic Late Charge | $3,047.70 | | |
| | Late Charge: | $3,047.70 | | |
| Nov 06, 2016 | Payment - Extra To Principal | $60,954.06 | $43,277.01 | $17,677.05 |
| Nov 07, 2016 | NSF FEE | $25.00 | | |
| Nov 14, 2016 | Automatic Late Charge | $3,047.70 | | |
| | Late Charge: | $3,047.70 | | |
| Dec 05, 2016 | RTN NSF FEE | $25.00 | | |
| Dec 12, 2016 | Automatic Late Charge | $3,047.70 | | |
| | Late Charge: | $3,047.70 | | |
| Jan 05, 2017 | NSF FEE | $25.00 | | |
| Jan 11, 2017 | Automatic Late Charge | $3,047.70 | | |
| | Late Charge: | $3,047.70 | | |
| Jan 20, 2017 | REGULAR PAYMENT EXTRA TO PRIN | $25,000.00 | $3,070.14 | $21,929.86 |
| Feb 13, 2017 | Automatic Late Charge | $3,047.70 | | |
| | Late Charge: | $3,047.70 | | |
| Feb 28, 2017 | DOC FEE | $750.00 | $750.00 | |
| Feb 28, 2017 | PRINCIPAL ADVANCE | $9,924.14 | $9,924.14 | |
| Feb 28, 2017 | INTEREST DECREASE | $9,924.14 | | $9,924.14 |
| Mar 03, 2017 | PRINCIPAL DECREASE | $48,145.01 | $48,145.01 | |

| C&I EQUIPMENT TCF 400406361 | | TBK Bank SSB | | 7/3/2017 1:03:11 PM | |
|---|---|---|---:|---:|---:|
| Date | Description | | Transaction Amount | Principal | Interest |
| Apr 11, 2017 | Automatic Late Charge | | $3,081.82 | | |
| | Late Charge: | | $3,081.82 | | |
| May 11, 2017 | Automatic Late Charge | | $3,081.82 | | |
| | Late Charge: | | $3,081.82 | | |
| May 31, 2017 | 400407277 KTR LOGISTICS LOAN PROCEEDS | | $176,000.00 | $176,000.00 | |
| Jun 12, 2017 | Automatic Late Charge | | $3,081.82 | | |
| | Late Charge: | | $3,081.82 | | |

161

# Exhibit 12

| C&I EQUIPMENT TCF 400406539 | TBK Bank SSB | | 7/3/2017 1:05:20 PM |

### Note 400406539 - RDX INC

| | Relationship | Date of Birth | Phone Number | Tax Identification |
|---|---|---|---|---|
| RDX INC | Owner/Signer | | | EIN **-*******  |
| PO BOX 1490 | | | | |
| SELMA CA 93662-1490 | | | | |

Additional Relationships
Tax Name: RDX INC

### Loan To Date - Details

| Date | Description | Transaction Amount | Principal | Interest |
|---|---|---|---|---|
| Jun 30, 2016 | Fees Financed | $750.00 | $750.00 | |
| Jun 30, 2016 | LOAN PROCEEDS | $695,000.00 | $695,000.00 | |
| Sep 08, 2016 | Payment - Extra To Principal | $11,549.10 | $3,432.02 | $8,117.08 |
| Oct 17, 2016 | Automatic Late Charge | $577.45 | | |
| | Late Charge: | $577.45 | | |
| Nov 06, 2016 | Payment - Extra To Principal | $11,549.10 | $4,741.31 | $6,807.79 |
| Nov 07, 2016 | NSF FEE | $25.00 | | |
| Nov 15, 2016 | Automatic Late Charge | $577.45 | | |
| | Late Charge: | $577.45 | | |
| Dec 05, 2016 | RTN NSF FEE | $25.00 | | |
| Dec 05, 2016 | Payment - Extra To Principal | $11,549.10 | $8,225.82 | $3,323.28 |
| Dec 19, 2016 | NSF FEE | $25.00 | | |
| Dec 19, 2016 | Automatic Late Charge | $577.45 | | |
| | Late Charge: | $577.45 | | |
| Dec 21, 2016 | Payment - Extra To Principal | $13,356.45 | $11,544.85 | $1,811.60 |
| Jan 17, 2017 | Automatic Late Charge | $577.45 | | |
| | Late Charge: | $577.45 | | |
| Feb 15, 2017 | Payment - Extra To Principal | $9,741.75 | $3,508.90 | $6,232.85 |
| Feb 15, 2017 | Automatic Late Charge | $577.45 | | |
| | Late Charge: | $577.45 | | |
| Mar 15, 2017 | Automatic Late Charge | $577.45 | | |
| | Late Charge: | $577.45 | | |
| Mar 27, 2017 | TBK BANK, SSB NOTE PYMNT XXXXX6539 LJ | $11,549.10 | $7,120.46 | $4,428.64 |
| Mar 31, 2017 | TBK BANK, SSB NOTE PYMNT XXXXX6539 AB | $11,549.10 | $11,110.99 | $438.11 |
| Apr 17, 2017 | Automatic Late Charge | $577.45 | | |
| | Late Charge: | $577.45 | | |
| May 05, 2017 | REGULAR PAYMENT EXTRA TO PRIN | $5,500.00 | $1,731.29 | $3,768.71 |
| May 08, 2017 | REGULAR PAYMENT EXTRA TO PRIN | $5,500.00 | $5,177.84 | $322.16 |
| May 15, 2017 | Automatic Late Charge | $577.45 | | |
| | Late Charge: | $577.45 | | |
| May 16, 2017 | TBK BANK, SSB NOTE PYMNT XXXXX6539 LJ | $549.10 | $0.00 | $549.10 |
| Jun 15, 2017 | Automatic Late Charge | $577.45 | | |
| | Late Charge: | $577.45 | | |